Laurence M. Rosen, Esq. (SBN 219683)
**THE ROSEN LAW FIRM, P.A.**
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Telephone: (213) 785-2610
Facsimile: (213) 226-4684
Email: lrosen@rosenlegal.com

*Counsel for Plaintiff Mark Cullen*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGSWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC., and R.F. LAFFERTY & CO.,<br><br>    Defendants. | Case No. 3:23-cv-00185-GPC-WVG<br><br>**NOTICE OF ERRATA**<br><br>CLASS ACTION<br><br>JUDGE: Gonzalo P. Curiel |

1

NOTICE OF ERRATA
3:23-cv-00185-GPC-WVG

**PLEASE TAKE NOTICE** that due to an inadvertent clerical error, Plaintiff Mark Cullen's certification pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA") was not filed with his complaint. As such, attached hereto as Exhibit A is Mark Cullen's PSLRA certification.

Dated: March 23, 2023                         Respectfully submitted,

                                              **THE ROSEN LAW FIRM, P.A.**

                                              /s/ Laurence M. Rosen
                                              Laurence M. Rosen, Esq. (SBN 219683)
                                              355 South Grand Avenue, Suite 2450
                                              Los Angeles, CA 90071
                                              Telephone: (213) 785-2610
                                              Facsimile: (213) 226-4684
                                              Email: lrosen@rosenlegal.com

                                              *Counsel for Plaintiff Mark Cullen*

**CERTIFICATE OF SERVICE**

I, Laurence M. Rosen, hereby declare under penalty of perjury as follows:

I am the Managing Partner of The Rosen Law Firm, P.A., with offices at 355 South Grand Avenue, Suite 2450, Los Angeles, CA 90071. I am over the age of eighteen.

On March 23, 2023, I electronically filed the following **NOTICE OF ERRATA** with the Clerk of the Court using the CM/ECF system which sent notification of such filing to counsel of record.

Executed on March 23, 2023.

/s/ Laurence M. Rosen
Laurence M. Rosen