UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVVL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC. and R.F. LAFFERTY & CO.,<br><br>Defendants. | Case No.:  23cv185-GPC(WVG)<br><br>**ORDER GRANTING DEFENDANT BYELICK'S MOTION FOR EXTENSION OF TIME TO RESPOND**<br><br>**[Dkt. No. 26.]** |

Defendant J. Drew Byelick, proceeding pro se, filed a motion for extension of time and seeks a briefing schedule in line with the Court's prior order, filed on May 17, 2023, (Dkt. No. 22), granting the joint motion of Lead Plaintiff Scot S. Cook and Defendants Ryvyl Inc., Ben Erraz, Fredi Nisan, and Benajmin Chung, regarding scheduling deadlines.  Good cause appearing and in the interest of efficiency, the Court GRANTS Byelick's motion.  Accordingly, IT IS HEREBY ORDERED that Defendant Byelick need not respond to the initial Complaint, (Dkt. No. 1), but shall respond to the Amended

1

Complaint on or before 45 days following the filing of the Amended Complaint by the Plaintiffs.

IT IS SO ORDERED.

Dated:  June 14, 2023

Hon. Gonzalo P. Curiel
United States District Judge

23cv185-GPC(WVG)