Sean T. Prosser (SBN 163903)
stprosser@mintz.com
Cesar M. Dulanto (SBN 318650)
cmdulanto@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road Suite 300
San Diego, CA 92130
Telephone:  858 314 1500
Facsimile:   858 314 1501

Attorneys for Defendants
RYVYL INC., BEN ERREZ, FREDI NISAN
AND BENJAMIN CHUNG

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGSWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC., and R.F. LAFFERTY & CO.,<br><br>Defendants. | Case No.  3:23-cv-00185-GPC-SBC<br><br><br>**NOTICE OF RELATED CASE**<br><br><br>Room:      2D<br>Judge:     Hon. Gonzalo P. Curiel |

NOTICE OF RELATED CASE

Case No.  3:23-cv-00185-GPC-SBC

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Civil Local Rule 40.1(f), Defendants RYVYL Inc., Ben Erraz, Fredi Nisan, and Benjamin Chung (collectively, the "RYVYL Defendants") hereby submit this notice of a pending related case in this Court, the United States District Court for the Southern District of California, *Christy Hertel, derivatively on behalf of RYVYL Inc., f/k/a Greenbox POS v. Ben Errez et al.*, Case No. 3:23-CV-01165-GPC-SBC ("Derivative Action"), filed on June 22, 2023.

The Derivative Action meets the criteria for a related case as set forth in Civil Local Rule 40.1(g) because it involves: (1) some of the same parties and is based on the same or similar claims; (2) the same property, transactions, or events; and (3) substantially the same facts and questions of law. Indeed, as in the present action, the Derivative Action involves:

1. Defendants RYVYL Inc. f/k/a Greenbox POS ("RYVYL Inc."); Ben Errez; Fredi Nisan; J. Drew Byelick; and Benjamin Chung;

2. Claims involving violations of Section 11 of the Securities Act of 1933; violations of Section 10(b), 20(a), and Rule 10b-5 of the Securities Exchange Act of 1934; and

3. Allegations of misconduct by officers and/or directors of RYVYL, Inc., including the failure to implement adequate internal controls.

Assignment of the Derivative Action to District Judge Gonzalo P. Curiel will therefore effect a saving of judicial effort and other economies.

///

///

///

///

///

///

2

NOTICE OF RELATED CASE

Case No.  3:23-cv-00185-GPC-SBC

Dated:  July 13, 2023

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By:   *s/ Cesar M. Dulanto*
Sean T. Prosser
Cesar M. Dulanto

Attorneys for Defendants,
RYVYL INC., BEN ERREZ, FREDI NISAN, AND BENJAMIN CHUNG

507544207v.1

---

3

NOTICE OF RELATED CASE

Case No.  3:23-cv-00185-GPC-SBC