UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVVL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC. and R.F. LAFFERTY & CO.,<br><br>Defendants. | Case No.: 23cv185-GPC(WVG)<br><br>**ORDER GRANTING DEFENDANT J. DREW BYELICK'S MOTION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT** |

Before the Court is Defendant J. Drew Byelick's motion to extend time to respond to the Amended Complaint by three days due to accessibility issues with the Court's CM/ECF electronic filing system as a new user. Good cause appearing, the Court GRANTS Defendant Byelick's motion and he must file a response to the Amended

/ / /

/ / /

/ / /

1

Complaint on or before **August 17, 2023**.

IT IS SO ORDERED.

Dated:  August 15, 2023

Hon. Gonzalo P. Curiel
United States District Judge