J. DREW BYELICK, Defendant *pro se*
7700 Jefferson Circle
Colleyville, Texas 76034
Tel: (949) 413-4633

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN *et al*, | * |
| Plaintiffs, | * Case No. 23-cv-0185 GPC -AGS |
| | * |
| | * **DEFENDANT J. DREW BYELICK'S** |
| v. | * **RE-FILED NOTICE OF MOTION, &** |
| | * **VERIFIED MOTION PURSUANT** |
| | * **TO FRE 201 FOR JUDICIAL** |
| | * **NOTICE OF DEFENDANT** |
| | * **RYVYL INC.'S SEC FILINGS** |
| RYVYL, INC., F/K/A GREENBOX | * **AND SUPPORTING** |
| | * **MEMORANDUM** |
| | * |
| Defendants. | * Date:        November 17, 2023 |
| | * |
| | * Time:        1:30 p.m. |
| | * Courtroom:  2D, 2nd Floor |
| | * Judge:       Hon. Gonzalo P. Curiel |
| | * |
| | * |
| | * |

**VERIFIED DEFENDANT J. DREW BYELICK'S NOTICE OF MOTION AND VERIFIED MOTION PURSUANT TO FRE 201 FOR JUDICIAL NOTICE OF DEFENDANT RYVYL INC. SEC FILINGS AND SUPPORTING MEMORANDUM**

**NOTICE**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE, that on November 17, 2023, at 1:30 p. m, before the Hon. Gonzalo P. Curiel, in Courtroom 2D, 5th Floor, 221 West Broadway San Diego, CA 92101, the Defendant J. Drew Byelick's ("Defendant Byelick") Re-Filed Motion pursuant to Federal Rule of Evidence 201 for Judicial Notice of Defendant RYVYL, INC.'S Security and Exchange ("SEC") filings in the above-styled matter will be heard.

*Cullen et al v. RYVYL  et al, USDC SD CA SD*

Defendant Byelick's Re-Filed Motion for Leave to File 40 Page Motion and Brief          1

<u>**MOTION**</u>

**COMES NOW,** defendant **J. DREW BYELICK** ("Defendant"), and, pursuant to **F. R. E. 201**, files and serves this his Verified Motion to Take Judicial Notice of the attached filings made by or on behalf of Defendant RAVEL, Inc. with the United States Securities and Exchange Commission ("SEC"), true copies of which are attached hereto as **Exhibits 2 through 9**.

**I.   Introduction.**

1.   Plaintiffs Mark Cullen *et al* have filed a class action securities lawsuit on behalf of persons or entities who allegedly purchased or acquired publicly-traded securities of defendant **RYVYL, INC.** (the "Company") as set forth in their Amended Complaint **[Dkt. No. 33]**.

2.   Defendant **J. DREW BYELICK** ("Defendant Byelick") was hired as the new Chief Financial Officer of the Company in August, 2022, and served in such capacity for a period of less than eight (8) months, until Byelick resigned on March 3, 2023 (the "Byelick CFO Period").

3.   Defendant's Byelick's Verification (**Exhibit 1**) confirms that the copies of the RAVEL, Inc. SEC documents attached hereto as **Exhibits 2 - 10** are true and authentic copies of the originals or extracts of the originals of the same, as noted thereon.,

**II.   Adjudicative Facts to Be Noticed: RYVYL Inc. SEC Filings**

4.   Pursuant to **FRE 201(d)**, Defendant Byelick asks the Court to take judicial notice of the following facts and documents and/or excerpts thereof which have been filed at various times by or on behalf of the Company with the United

*Cullen et al v. RYVYL, Inc. et al,* Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

States Securities and Exchange Commission :

    a.    **EXHIBIT 2**: November 22, 2022 RYVYL, Inc. SEC Form 10Q;

    b.    **EXHIBIT 3**: January 29, 2021 RYVYL INC. (fka GREEN BOX) SEC Registration Statement (extract);

    c.    **EXHIBIT 4**: August 2022 RYVYL INC. SEC Form 8-K;

    d.    **EXHIBIT 5**: February 15, 2021 RYVYL INC. SEC Prospectus (extract);

    e.    **EXHIBIT 6**: July 9, 2021 RYVYL INC. SEC Form S-3 (extract);

    f.    **EXHIBIT 7**: June 2022 RYVYL INC. Form 10Q;

    g.    **EXHIBIT 8**: January 20, 2023 RYVYL INC. SEC Form 8-K;

    h.    **EXHIBIT 9**: March 2, 2023 RYVYL INC. SEC Form 8-K; and

    I.    **EXHIBIT 10**: April 19, 2022 RYVYL INC. SEC Form 8-K.

**III.**     **Legal Argument - Judicial Notice, Hearing thereon, Res Judicata.**

**A.**     **Judicial Notice**.

5.     This Court has legal authority to take judicial notice of adjudicative facts and rulings.

6.     **FRE 201(b)** permits the Court to take judicial notice of facts that are not subject to reasonable dispute if the facts are either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resorting to sources whose accuracy may not reasonably be disputed. **Fed. R. Evid. 201(b)**).

7.     It is well established that Courts have taken judicial notice of public disclosure documents required by law to be filed that have actually been filed with the United States Securities and Exchange Commission. *See, e.g.,* Lovelace v.

*Cullen et al v. RYVYL, Inc. et al,* Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings     3

Software Spectrum, Inc. 78 F.3d 1015, 1018 n. 1 (5th Cir. 1996); Barron v. Reich, 13 F.3d 1370, 1377 (9th Cir. 1994).

8.     The judicial notice rule is intended to streamline judicial proceedings by acknowledging that there are some things so universally known or beyond challenge that requiring proof of their existence would be a waste of time and resources.

9.     **Exhibits 2 - 10** are true copies of public disclosure documents required by law to be filed that have actually been filed by Defendant RYVYL INC. with the United States Securities and Exchange Commission. **Exhibit 1**, Declaration of Defendant J. Drew Byelick.

10.     The Court must take judicial notice of a fact if a party properly requests that the Court take judicial notice and supplies the Court with the necessary information. **Fed. R. Evid. 201(d)**.

11.     Attached hereto as **Exhibits 2 - 10** are true copies of public disclosure documents required by law to be filed that have actually been filed by Defendant RYVYL INC. with the United States Securities and Exchange Commission.

12.     **Exhibits 2 - 10** are the documents/adjudicative facts necessary for the Court to take judicial notice of such matters.

**B.     Defendant Byelick is entitled to a Hearing on This Request for Judicial Notice.**

13.     Here, Defendant Byelick has made a timely request that this Court take judicial notice of **Exhibits 2 - 10**, true copies of public disclosure documents required by law to be filed that have actually been filed by Defendant RYVYL

*Cullen et al v. RYVYL, Inc. et al*, Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings                    4

INC. with the United States Securities and Exchange Commission.

14. Defendant Byelick hereby asks the Court to hold a hearing to consider Defendant Byelick's Motion for Judicial Notice as set forth above.

15. Under Fed. R. Evid 201(g), moreover, the Court "shall instruct the jury in this case to accept as conclusive any fact judicially noticed."

16. Accordingly, Defendant Byelick requests that, after receiving the **Exhibits 2 - 10**, true copies of public disclosure documents required by law to be filed that have actually been filed by Defendant RYVYL INC. with the United States Securities and Exchange Commission, into evidence, the Court instruct the jury that the Court has taken judicial notice of such Rule.

## IV.   Conclusion.

Here, Defendant J. Drew Byelick has made a timely request that this Court take judicial notice of **Exhibits 2 - 10**, true copies of public disclosure documents required by law to be filed that have actually been filed by Defendant RYVYL INC. with the United States Securities and Exchange Commission, and having done so, Defendant Byelick is entitled to a hearing on the propriety or taking judicial notice thereof and the tenor of this motion making such request. Fed. R. Evid. 201(e).

Accordingly, Defendant Byelick hereby asks the Court to hold a hearing to consider Byelick's Motion for Judicial Notice of **Exhibits 2 - 10**, true copies of public disclosure documents required by law to be filed that have actually been filed by Defendant RYVYL INC. with the United States Securities and Exchange Commission.

*Cullen et al v. RYVYL, Inc. et al*, Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings                    5

Under Fed. R. Evid 201(g), moreover, the Court "shall instruct the jury to accept as conclusive any fact judicially noticed."

Accordingly, Defendant Byelick requests that, after receiving **Exhibits 2 - 10**, true copies of public disclosure documents required by law to be filed that have actually been filed by Defendant RYVYL INC. with the United States Securities and Exchange Commission into evidence, the Court instruct the jury that the Court has taken judicial notice of such adjudicative facts.

This the 23rd day of August, 2023.

_____

J. Drew Byelick, Defendant *pro se*

7700 Jefferson Circle
Colleyville, Texas
Tel: (949) 413-4633

*Cullen et al v. RYVYL, Inc. et al*, Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

## DECLARATION OF DEFENDANT J. DREW BYELICK

COMES NOW, **J. DREW BYELICK**, a named defendant in the above-styled matter, and, pursuant to 28 U.S.C. §1746, hereby certifies, under penalty of perjury, that all copies of documents or extracts of documents attached hereto as **Exhibits 2 - 9**, are true and/or true copies of the originals of the same.

This 23rd day of August, 2023.

_____
J. Drew Byelick, Defendant *pro se*

*Cullen et al v. RYVYL, Inc. et al,* Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings          7

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the attached and foregoing Plaintiff's Verified Motion for Judicial Notice has been served, via CM/ ECF, to all counsel of record in the above-styled matter.

**Dated** : August 23, 2023.

J. Drew Byelick, Defendant *pro se*

7700 Jefferson Circle
Colleyville, Texas
Tel: (949) 413-4633

*Cullen et al v. RYVYL, Inc. et al,* Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings