## EXHIBIT "3"

## JANUARY 29, 2021  RYVYL, INC.  SEC REGISTRATION STATEMENT
### (Extract)

*Cullen et al v. RYVYL, Inc. et al,* Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings

Registration Statement No. 333-

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

# FORM S-1
### REGISTRATION STATEMENT UNDER THE
### SECURITIES ACT OF 1933

---

# GREENBOX POS
(Exact name of registrant as specified in its charter)

| Nevada | 8742 | 22-3962936 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**GreenBox POS**
**8880 Rio San Diego Drive, Suite 102**
**San Diego, CA 92108**
**(484) 893-0060**

*(Address, including zip code, and telephone number, including area code, of registrant's principal executive offices)*

**Ben Errez**
**716 Seneca Heights, Las Vegas, NV 89081**
**(213) 625-1200**

*(Name, address, including zip code, and telephone number, including area code, of agent for service)*

Copies to:

| | |
|---|---|
| Joseph M. Lucosky, Esq. | Andrew M. Tucker, Esq. |
| Lucosky Brookman LLP | Nelson Mullins Riley & Scarborough LLP |
| 101 Wood Avenue South, 5th Floor | 101 Constitution Ave NW, Suite 900 |
| Woodbridge, New Jersey 08830 | Washington, DC 20001 |
| Tel. No.: (732) 395-4400 | Tel. No.: (202) 689-2800 |

**Approximate date of commencement of proposed sale to the public**: As soon as practicable after this registration statement becomes effective.

If any of the securities being registered on this Form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box ☐

If this Form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, please check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this Form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering.

If this Form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

| | |
|---|---|
| Large accelerated filer ☐ | Accelerated filer ☐ |
| Non-accelerated filer X | Smaller reporting company X |
| | Emerging growth company ☐ |

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 7(a)(2)(B) of the Securities Act. ☐

CALCULATION OF REGISTRATION FEE

| Title of Each Class of Securities To Be Registered | Proposed Maximum Aggregate Offering Price (1) | Amount of Registration Fee |
|---|---|---|
| Common stock, $0.001 par value per share | $ 46,000,000 | $ 5,018.60 |
| **Total** | $ 46,000,000 | $ 5,018.60 |

(1) Estimated solely for the purpose of calculating the registration fee in accordance with Rule 457(o) under the Securities Act of 1933, as amended. Includes shares to be sold upon exercise of the underwriters' option to purchase additional shares.

In accordance with Rule 416(a) under the Securities Act, the registrant is also registering hereunder an indeterminate number of shares that may be issued and resold resulting from stock splits, stock dividends or similar transactions.

**The registrant hereby amends this registration statement on such date or dates as may be necessary to delay its effective date until the registrant shall file a further amendment which specifically states that this registration statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the registration statement shall become effective on such date as the Securities and Exchange Commission, acting pursuant to said Section 8(a), may determine.**

The information in this preliminary prospectus is not complete and may be changed. The securities may not be sold until the registration statement filed with the Securities and Exchange Commission is effective. This preliminary prospectus is not an offer to sell these securities and it is not soliciting an offer to buy these securities in any jurisdiction where the offer or sale is not permitted.

PRELIMINARY PROSPECTUS                                             SUBJECT TO COMPLETION, DATED JANUARY 29, 2021

**GreenBox POS**

**_____ Shares of Common Stock**

We are offering _____ shares of Common Stock, par value $0.001 ("Common Stock", and each a "Share" and collectively, the "Shares") of GreenBox POS (the "Company," "GreenBox," "PubCo," "we," "our" or "us") at $___ per share of Common Stock. Our Common Stock is currently traded on the OTC Capital Markets under the symbol GRBX. On January 28, 2021, the last reported sale of our Common Stock was $0.98. We have applied to list our Common Stock on the Nasdaq Capital Market under the symbol "GBOX". We will not proceed with this offering in the event the Common Stock is not approved for listing on Nasdaq.

**Investing in our securities involves a high degree of risk. See "Risk Factors" beginning on page 8 of this prospectus. You should carefully consider these risk factors, as well as the information contained in this prospectus, before purchasing any of the securities offered by this prospectus.**

|  | Per Share | Total |
|---|---|---|
| Offering price | $ | $ |
| Underwriter's discounts and commissions (1) | $ | $ |
| Proceeds to our company before expenses | $ | $ |

(1)   See "Underwriting" beginning on page 53 for additional information regarding underwriting compensation.

**NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR PASSED UPON THE ADEQUACY OR ACCURACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

We have granted a 45-day option to the representative of the underwriters, exercisable one or more times in whole or in part, to purchase up to _____ additional shares of Common Stock to cover over-allotments, at the public offering price per share of Common Stock, less, in each case, the underwriting discounts payable by us. The securities issuable upon exercise of this overallotment option are identical to those offered by this prospectus and have been registered under the registration statement of which this prospectus forms a part.

The underwriters expect to deliver the securities against payment in New York, New York on or about _____ , 2021.

*Sole Book-Running Manager*

**KINGSWOOD CAPITAL MARKETS**
division of Benchmark Investments, Inc.