**EXHIBIT "5"**

**FEBRUARY 18, 2021   RYVYL, INC.  SEC PROSPECTUS**
**(Extract)**

*Cullen et al v. RYVYL, Inc. et al,* Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings

Filed pursuant to Rule 424(b)(4)
Registration Nos. 333-252576 and 333-253183

**PROSPECTUS**

### GreenBox POS

### 4,150,000 Shares of Common Stock

We are offering 4,150,000 shares of Common Stock, par value $0.001 ("Common Stock", and each a "Share" and collectively, the "Shares") of GreenBox POS (the "Company," "GreenBox," "PubCo," "we," "our" or "us") at a public offering price of $10.50 per share of Common Stock. Our Common Stock was previously traded on the OTCQB under the symbol GRBX. Our Common Stock has been approved for listing on the Nasdaq Capital Market under the symbol "GBOX" and will begin trading there on February 17, 2021.

Unless otherwise noted and other than in our historical financial statements and the notes thereto, the share and per share information in this prospectus reflects the reverse stock split of the outstanding Common Stock and treasury stock of the Company at a 1-for-6 ratio which was implemented on February 16, 2021 and will be effective at the commencement of trading of our Common Stock on February 17, 2021.

**Investing in our securities involves a high degree of risk. See "Risk Factors" beginning on page 8 of this prospectus. You should carefully consider these risk factors, as well as the information contained in this prospectus, before purchasing any of the securities offered by this prospectus.**

|  | Per Share | | Total | |
| --- | --- | --- | --- | --- |
| Offering price | $ | 10.50 | $ | 43,575,000 |
| Underwriter's discounts and commissions (1) | $ | 0.7875 | $ | 3,268,125 |
| Proceeds to our company before expenses | $ | 9.7125 | $ | 40,306,875 |

(1)  See "Underwriting" beginning on page 53 for additional information regarding underwriting compensation.

**NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR PASSED UPON THE ADEQUACY OR ACCURACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

We have granted a 45-day option to the representative of the underwriters, exercisable one or more times in whole or in part, to purchase up to 622,500 additional shares of Common Stock to cover over-allotments, at the public offering price per share of Common Stock, less, in each case, the underwriting discounts payable by us. The securities issuable upon exercise of this overallotment option are identical to those offered by this prospectus and have been registered under the registration statement of which this prospectus forms a part.

The underwriters expect to deliver the securities against payment in New York, New York on or about February 19, 2021.

*Sole Book-Running Manager*

**Kingswood Capital Markets**
division of Benchmark Investments, Inc.

The date of this prospectus is February 16, 2021.

### TABLE OF CONTENTS

|  | Page |
|---|---|
| Summary of Offering | 3 |
| Summary of Consolidated Financial Information | 4 |
| Risk Factors | 8 |
| Cautionary Note Regarding Forward-Looking Statements | 19 |
| Use of Proceeds | 20 |
| Dividend Policy | 21 |
| Capitalization | 21 |
| Dilution | 22 |
| Management's Discussion and Analysis of Financial Condition and Results of Operations | 24 |
| Business | 32 |
| Management | 37 |
| Executive and Director Compensation | 41 |
| Certain Relationships and Related Person Transactions | 42 |
| Principal Shareholders | 43 |
| Description of our Securities | 44 |
| Shares Eligible for Future Sale | 47 |
| Material U.S. Federal Income Tax Considerations | 48 |
| Underwriting | 53 |
| Legal Matters | 58 |
| Experts | 58 |
| Where You Can Find Additional Information | 58 |

No dealer, salesperson or other person is authorized to give any information or to represent anything not contained in this prospectus. You must not rely on any unauthorized information or representations. This prospectus is an offer to sell only the shares of Common Stock offered hereby, but only under circumstances and in jurisdictions where it is lawful to do so. The information contained in this prospectus is current only as of its date.

**You should rely only on the information contained in this prospectus. Neither we nor the placement agent have authorized anyone to provide any information or to make any representations other than those contained in this prospectus we have prepared. We take no responsibility for, and can provide no assurance as to the reliability of, any other information that others may give you. This prospectus is an offer to sell only the securities offered hereby, but only under circumstances and in jurisdictions where it is lawful to do so. The information contained in this prospectus is current only as of its date. You should also read this prospectus together with the additional information described under "Additional Information."**

**Unless the context otherwise requires, we use the terms "we," "us," "the Company", "GreenBox," "PubCo," and "our" to refer to GreenBox POS and its consolidated subsidiaries.**

## PROSPECTUS SUMMARY

*This summary highlights selected information contained elsewhere in this prospectus. This summary does not contain all of the information that you should consider before deciding to invest in our Common Stock. You should read the entire prospectus carefully, including the "Risk Factors," ""Management's Discussion and Analysis of Financial Condition and Results of Operations," and our combined financial statements and the related notes thereto that are included elsewhere in this prospectus, before making an investment decision. Unless otherwise noted and other than in our historical financial statements and the notes thereto, the share and per share information in this prospectus reflects the reverse stock split of the outstanding Common Stock and treasury stock of the Company at a 1-for-6 ratio which was implemented on February 16, 2021 and will be effective at the commencement of trading of our Common Stock on February 17, 2021.*

### Our Business

GreenBox POS is a technology company that develops, markets and sells innovative blockchain-based payment solutions, which we believe will lead to major developments and advances in the payment solutions marketplace. Our core focus is to develop and monetize disruptive blockchain-based applications, integrated within an end-to-end suite of financial products, capable of supporting a multitude of industries. Our proprietary, blockchain-based ecosystem is designed to facilitate, record and store a virtually limitless volume of tokenized assets, representing cash or data, on a secured, immutable blockchain-based ledger.

In March 2018, we formally announced the launch of our five products:

a)   DEL (Delivery App), which provides APIs (Application Programming Interfaces) to POS and PAY.

b)   PAY (Payment App), which provides financial APIs to all our other software components.

c)   QuickCard Payment System is a comprehensive physical and virtual cash management system, including software that facilitates deposits, cash and e-wallet management.

d)   POS Solutions is our complete end-to-end Point of Sale solution, comprising both software and hardware.

e)   Loopz Software Solution is a mobile delivery service operations management solution with automated dispatch functionality.

We have one pending U.S. patent application, USSN 16/212,627, which was filed on December 6, 2018, and which claims priority to five provisional applications filed between December 6 and December 11, 2017.

### Recent Developments

*October 2020 Debenture Offering*

On October 27, 2020, the Company consummated the initial closing of a private placement offering (the "Offering") whereby pursuant to the Securities Purchase Agreements (the "Purchase Agreements") entered into by the Company with thirteen (13) accredited investors (the "Investors"), the Company issued certain Convertible Debentures for an aggregate purchase price of $3,019,550 (each a "Debenture", collectively, the "Debentures") and five (5) year warrants (the "Warrants") to purchase shares of the Company's Common Stock. The second closing occurred on October 28, 2020 for an aggregate purchase price of $480,450 for a total purchase price of $3,500,000. The total principal of the Debentures is $3,850,000.

The Debentures include a 10% original issuance discount, carry an interest rate of 10% per annum and mature on July 27, 2021 (the "Maturity Date"). The Debentures contain a voluntary conversion mechanism whereby the holders may convert, in whole or in part, the outstanding balance of the Debentures into shares of the Common Stock at a conversion price of $1.98 per share, subject to adjustment as provided therein. Additionally, the Debentures contain a mandatory conversion mechanism whereby any principal and accrued interest on the Debentures converts into shares of the Company's Common Stock on the date in which the Company's Common Stock is listed for trading on a senior national exchange. The mandatory conversion mechanism shall take effect only if (i) the shares of Common Stock underlying the Debentures are registered on an effective registration statement, (ii) the average closing bid price of the Common Stock over the preceding five trading days is above $4.80 per share and (iii) the average trading volume of Common Stock over the preceding five trading days is at least $200,000. The mandatory conversion mechanism contains a conversion price of $1.98 per share, subject to adjustment as provided therein. The Debentures contain customary events of default (each an "Event of Default"). If an Event of Default occurs, interest under the Debentures will accrue at a rate of eighteen percent (18%) per annum and the outstanding principal amount of the Debentures, plus accrued but unpaid interest, liquidated damages and other amounts owing with respect to the Debentures will become, at the Debenture holder's election, immediately due and payable in cash.

1