

**EXHIBIT "7"**

**JUNE 2022  RYVYL, INC.  SEC FORM 10Q**
**(Extract)**

*Cullen et al v. RYVYL, Inc. et al,* Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings

# UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

---

# FORM 10-Q

---

(MARK ONE)

X  **QUARTERLY REPORT UNDER SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**
For the quarterly period ended June 30, 2022

OR

☐  **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT**
For the transition period from _____ to _____

Commission file number: **001-34294**

# GREENBOX POS
(Exact name of small business issuer as specified in its charter)

| | |
|---|---|
| **Nevada** | **22-3962936** |
| (State or other jurisdiction of incorporation or organization) | (IRS Employer Identification Number) |

| | |
|---|---|
| **3131 Camino Del Rio North, Suite 1400**<br>**San Diego, CA** | **92108** |
| (Address of principal executive offices) | (Zip Code) |

**(619) 631-8261**
(Registrant's telephone number, including area code)

---

(Former name or former address, if changed since last report)

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value | GBOX | The Nasdaq Stock Market LLC (Nasdaq Capital Market) |

Check whether the issuer (1) filed all reports required to be filed by Section 13 or 15(d) of the Exchange Act during the past 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes X No ☐

Indicate by check mark whether the registrant has submitted electronically every Interactive Data File required to be submitted pursuant to Rule 405 of Regulation S-T (§232.405 of this chapter) during the preceding 12 months (or for such shorter period that the registrant was required to submit such files). Yes X No ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, a smaller reporting company, or an emerging growth company. See the definitions of "large accelerated filer," "accelerated filer," "smaller reporting company," and "emerging growth company" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐                                 Accelerated filer ☐
Non-accelerated filer X                                   Smaller reporting company X
                                                          Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act). Yes ☐ No X

Number of shares outstanding of the issuer's classes of common equity, as of August 11, 2022 was 44,842,023 Shares of Common Stock (One Class)

Exhibit 31.2

**Certification of Principal Financial Officer**
**Pursuant to Section 302 of the Sarbanes-Oxley Act**

I, Benjamin Chung, certify that:

1. I have reviewed this Quarterly Report on Form 10-Q for the period ended June 30, 2022 of GreenBox POS;

2. Based on my knowledge, this report does not contain any untrue statement of a material fact or omit to state a material fact necessary to make the statements made, in light of the circumstances under which such statements were made, not misleading with respect to the period covered by this report;

3. Based on my knowledge, the financial statements, and other financial information included in this report, fairly present in all material respects the financial condition, results of operations and cash flows of the registrant as of, and for, the periods presented in this report;

4. The registrant's other certifying officer and I are responsible for establishing and maintaining disclosure controls and procedures (as defined in Exchange Act Rules 13a-15(e) and 15d-15(e)) and internal control over financial reporting (as defined in Exchange Act Rules 13a-15(f) and 15d-15(f)) for the registrant and have:

(a) Designed such disclosure controls and procedures, or caused such disclosure controls and procedures to be designed under our supervision, to ensure that material information relating to the registrant, including its consolidated subsidiaries, is made known to us by others within those entities, particularly during the period in which this report is being prepared;

(b) Designed such internal controls over financial reporting, or caused such internal controls over financial reporting to be designed under our supervision, to provide reasonable assurance regarding the reliability of financial reporting and the preparation of financial statements for external purposes in accordance with generally accepted accounting principles;

(c) Evaluated the effectiveness of the registrant's disclosure controls and procedures and presented in this report our conclusions about the effectiveness of the disclosure controls and procedures, as of the end of the period covered by this report based on such evaluation; and

(d) Disclosed in this report any change in the registrant's internal control over financial reporting that occurred during the registrant's most recent fiscal quarter (the registrant's fourth fiscal quarter in the case of an annual report) that has materially affected, or is reasonably likely to materially affect, the registrant's internal control over financial reporting; and

5. The registrant's other certifying officer and I have disclosed, based on our most recent evaluation of internal control over financial reporting, to the registrant's auditors and the audit committee of the registrant's board of directors (or persons performing the equivalent functions):

(a) All significant deficiencies and material weaknesses in the design or operation of internal control over financial reporting which are reasonably likely to adversely affect the registrant's ability to record, process, summarize and report financial information; and

(b) Any fraud, whether or not material, that involves management or other employees who have a significant role in the registrant's internal control over financial reporting.

By:    /s/ Benjamin Chung
       _____
       Benjamin Chung
       Chief Financial Officer
       (Principal Financial Officer)

Date: August 15, 2022

Exhibit 32.1

**Certification of Principal Executive Officer**
**Pursuant to Section 906 of the Sarbanes-Oxley Act**

I, Fredi Nisan, the Principal Executive Officer of GreenBox POS (the "Company"), hereby certify that, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. Section 1350, to my knowledge:

1.  The Company's Quarterly Report on Form 10-Q for the period ended June 30, 2022 (the "Form 10-Q") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2.  The information contained in the Form 10-Q fairly presents, in all material respects, the financial condition and results of operations of the Company.

By:      /s/ Fredi Nisan
Name:    Fredi Nisan
Title:   Chief Executive Officer
         (Principal Executive Officer)

Date: August 15, 2022

Exhibit 32.2

**Certification of Principal Financial Officer**
**Pursuant to Section 906 of the Sarbanes-Oxley Act**

I, Benjamin Chung, the Principal Financial Officer of GreenBox POS (the "Company"), hereby certify that, pursuant to Section 906 of the Sarbanes-Oxley Act of 2002, 18 U.S.C. Section 1350, to my knowledge:

1.      The Company's Quarterly Report on Form 10-Q for the period ended June 30, 2022 (the "Form 10-Q") fully complies with the requirements of Section 13(a) or 15(d) of the Securities Exchange Act of 1934; and

2.      The information contained in the Form 10-Q fairly presents, in all material respects, the financial condition and results of operations of the Company.

<table>
<tr><td>By:</td><td>/s/ Benjamin Chung</td></tr>
<tr><td>Name:</td><td>Benjamin Chung</td></tr>
<tr><td>Title:</td><td>Chief Financial Officer</td></tr>
<tr><td></td><td>(Principal Financial Officer)</td></tr>
</table>

Date: August 15, 2022