**EXHIBIT "9"**

**MARCH 2023  RYVYL, INC. SEC FORM 8-K**

*Cullen et al v. RYVYL, Inc. et al,* Case No. 22-cv-0185-GPC-AGS

U. S. District Court Southern California

Defendant Byelick's Motion for Judicial Notice of RYVYL SEC Filings

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

# FORM 8-K

### CURRENT REPORT

Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934

Date of Report (Date of earliest event reported): **March 2, 2023**

# RYVYL Inc.
(Exact name of registrant as specified in its charter)

| **Nevada** | **001-34294** | **22-3962936** |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Commission File Number) | (IRS Employer Identification No.) |

**3131 Camino Del Rio North, Suite 1400**
**San Diego, CA 92108**
(Address of principal executive offices)

**(619) 631 8261**
(Registrant's telephone number, including area code)

(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

☐ Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)
☐ Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)
☐ Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))
☐ Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Securities registered pursuant to Section 12(b) of the Act:

| Title of each class | Trading Symbol(s) | Name of each exchange on which registered |
|---|---|---|
| Common Stock, $0.001 par value | RVYL | The Nasdaq Stock Market LLC |

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§240.12b-2 of this chapter).

Emerging growth company ☐

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act. ☐

**Item 5.02 Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On March 2, 2023, Mr. J. Drew Byelick resigned as Chief Financial Officer of RYVYL Inc. (the "Company"), effective immediately.

On March 8, 2023, the Company came to an agreement for the appointment of an Interim Chief Financial Officer with such Interim CFO having a start date of March 9, 2023. The Company will file a Current Report on Form 8-K with regard to such appointment on or prior to March 14, 2023.

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the Registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

**RYVYL INC.**

Dated: March 8, 2023

By:     /s/ Min Wei
        _____
        Min Wei
        Chief Operating Officer