UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVVL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC. and R.F. LAFFERTY & CO.,<br><br>Defendants. | Case No.:  23cv185-GPC(WVG)<br><br>**ORDER GRANTING DEFENDANT J. DREW BYELICK'S SECOND MOTION TO EXTEND TIME TO RESPOND TO THE AMENDED COMPLAINT AND REQUEST FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES**<br><br>**[Dkt. Nos. 51, 52.]** |

Before the Court is Defendant J. Drew Byelick's motion to extend time to respond to the amended complaint to August 23, 2023 due to his inadvertence of filing a motion to dismiss on August 15, 2023 without the hearing date and time as required by Civil Local Rule 5.1.  Therefore, good cause appearing, the Court GRANTS Defendant Byelick's motion and accepts the concurrently filed motion to dismiss filed on August 23, 2023 as timely.

In addition, Defendant Byelick filed a request for leave to file an oversized brief of 40 pages in support of his motion to dismiss because he needs extra pages to address and respond to the allegations in the lengthy amended complaint.  In light of the complex issues in this securities fraud case, the Court finds good cause to grant Defendant Byelick leave to file a motion in excess of 25 pages.

IT IS SO ORDERED.

Dated:  August 25, 2023

Hon. Gonzalo P. Curiel
United States District Judge