SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ROBERT D. WEBER, Cal Bar No. 165992
NOLAN WALTER, Cal. Bar. No. 325021
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:  310.228.3701
E mail      rweber@sheppardmullin.com

Attorneys for Defendants
EF HUTTON F/K/A KINGSWOOD
CAPITAL MARKETS, A DIVISION OF
BENCHMARK INVESTMENTS, INC.
and R.F. LAFFERTY & CO.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW  BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGSWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC.,  and R.F. LAFFERTY & CO.,<br><br>        Defendants. | Case No. 3:23-cv-0185-GPC-SBC<br><br>*Judge: Hon. Gonzalo P. Curiel*<br><br><u>CLASS ACTION</u><br><br>**SECOND REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF UNDERWRITER DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS AMENDED CLASS ACTION COMPLAINT; DECLARATION OF ROBERT D. WEBER**<br><br>[*Reply Brief and Declaration of Robert D. Weber filed concurrently herewith*]<br><br>Date:    November 17, 2023<br>Time:    1:30 p.m.<br>Dept:    2D |

## REQUEST FOR JUDICIAL NOTICE

Pursuant to Federal Rule of Evidence 201, the Underwriter Defendants respectfully request that the Court take judicial notice of the following additional documents in connection with their motion to dismiss Lead Plaintiff's Amended Class Action Complaint ("**AC**").  Each of the referenced documents is attached to the accompanying Reply Declaration of Robert D. Weber ("**Reply Weber Decl.**").

### A.     The Court May Properly Take Judicial Notice of the News Article

The Underwriter Defendants request that the Court take judicial notice of a GlobeNewswire artilce entitled "GreenBox POS Announces Closing and Exercise of Full Over-Allotment Option of $50.1 Million Public Offering" published February 19, 2021, attached to the Reply Weber Declaration as **Exhibit 1**. The GlobeNewswire article demonstrates that the Offering opened February 17, 2021 and closed February 19, 2021.

Federal Rule of Evidence 201(c)(2) provides that a court must take judicial notice of adjudicative facts if requested by a party and supplied with the necessary information.  "The court may judicially notice a fact that is not subject to reasonable dispute because it:  (1) is generally known within the trial court's territorial jurisdiction or (2) can be accurately and readily determined from sources whose accuracy cannot be reasonably questioned."  Fed. R. Evid. 201(b).

Additionally, in ruling on a motion to dismiss, the Court may consider documents outside the pleadings without the proceeding turning into summary judgment. *See Lee v. City of Los Angeles*, 250 F.3d 668, 688-89 (9th Cir. 2001). In particular, the Court may consider (a) documents that are properly submitted as part of the complaint, (b) documents on which plaintiff's complaint necessarily relies and whose authenticity is not contested, and (c) matters of public record of which the court may take judicial notice under Rule 201 of the Federal Rules of Evidence. *Drescher v. Baby It's You, LLC*, 2011 U.S. Dist. LEXIS 3250, at *6 (C.D. Cal. Jan. 7, 2011).

Judicial Notice of the **Exhibit 1** is proper under Rule 201(b) of the Federal Rules of Evidence "as they are not subject to reasonable dispute." *In re: Bofi Holding, Inc. Sec. Litig.*, Case No. 3:15-CV-02324-GPC-KSC, 2016 WL 539053, at *15 (S.D. Cal. Sept. 27, 2016) (citing *Dreiling v. American Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006)). Courts are permitted to take judicial notice of news articles. *See In re American Funds Securities Litigation*, 556 F. Supp. 2d 1100, 1105 (C.D. Cal. 2008) ("Defendants have submitted various news articles in support of their motion of which the Court takes judicial notice."); *Stewart v. City of Oakland*, No. 17-cv-04478-MMC, 2018 U.S. Dist. LEXIS 65567, at *7 n.3 (N.D. Cal. Apr. 18, 2018) ("The Court takes judicial notice of the article, which has been submitted in the instant case by Stewart."); *TYR Sport, Inc. v. Warnaco Swimwear, Inc.*, 709 F. Supp. 2d 821, 830 n.4 (C.D. Cal. 2010) ("The Court takes judicial notice of SwimNews.com."). Therefore, the Court should take judicial notice of the **Exhibit 1**, specifically of the fact that the Offering opened on February 17, 2021 and closed on February 19, 2021.

**B.      The Court May Take Judicial Notice of the Chart Demonstrating Historical GreenBox POS Share Prices**

The Underwriter Defendants request that the Court take judicial notice of the chart attached to the Reply Weber Declaration as **Exhibit 2**, which lists the share price of GreenBox POS's stock from February 16, 2021 to February 24, 2021. The chart was downloaded from StockInvest.us.

Judicial Notice of **Exhibit 2** is proper under Rule 201(b) of the Federal Rules of Evidence as the historic share price of GreenBox POS is "not subject to reasonable dispute." *In re: Bofi Holding, Inc. Sec. Litig.*, Case No. 3:15-CV-02324-GPC-KSC, 2016 WL 539053, at *15 (S.D. Cal. Sept. 27, 2016) (citing *Dreiling v. American Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006)). *See also In re Verifone Securities Litigation*, 784 F. Supp. 1471, 1474 n.2 (N.D. Cal. 1992) ("The court takes judicial notice of the daily closing prices of Verifone common stock, as

reported by Dow Jones News and provided by defendants."); *In re WageWorks, Inc. Sec. Litig.*, 2020 WL 2896547, at *4 (N.D. Cal. June 1, 2020) ("[C]ourts regularly take notice of historical stock prices because they can be readily and accurately ascertained."); *In re Cloudera, Inc. Sec. Litig.*, No. 19-cv-03221-MMC, 2022 U.S. Dist. LEXIS 194404, at *11 (N.D. Cal. Oct. 25, 2022) ("[T]he Court takes judicial notice of Exhibit 36 only to the extent it establishes Cloudera's historical stock prices.").

Accordingly, the Court should take judicial notice of **Exhibit 2**.

## CONCLUSION

For the reasons set forth above, the Court should take judicial notice of **Exhibits 1** and **2**.

Dated:  October 27. 2023          SHEPPARD. MULLIN. RICHTER & HAMPTON LLP

By: _____ */s/Robert D. Weber*

ROBERT D. WEBER
NOLAN WALTER
Attorneys for Defendants
EF Hutton and R.F. Lafferty & Co.

<u>REPLY DECLARATION OF ROBERT D. WEBER</u>

I, Robert D. Weber, declare as follows:

1.     I am an attorney duly admitted to practice before this Court.  I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for Defendants  EF Hutton and R.F. Lafferty & Co.

2.     If called as a witness, I could and would competently testify to all facts within my personal knowledge except where stated upon information and belief.

3.     This declaration is submitted in support of Request For Judicial Notice in Support of Underwriter Defendants' Reply in Support of Motion to Dismiss Amended Class Action Complaint.

4.     Attached hereto as **Exhibit 1** is a true and correct copy of an article entitled "GreenBox POS Announces Closing and Exercise of Full Over-Allotment Option of $50.1 Million Public Offering" published on February 19, 2021 by GlobalNewswire, available at https://www.globenewswire.com/en/news-release/2021/02/19/2179068/0/en/GreenBox-POS-Announces-Closing-and-Exercise-of-Full-Over-Allotment-Option-of-50-1-Million-Public-Offering.html, which I caused to be downloaded on or about October 25, 2023.

5.     Attached hereto as **Exhibit 2** is a true and correct copy of a chart displaying GreenBox POS's share price from February 3, 2021 to March 10, 2021, which I caused to be downloaded from https://stockinvest.us/stock-price/GBOX?page=20 on or about October 25, 2023.

6.     Attached hereto as **Exhibit 3** is a true and correct copy of excerpts of a Prospectus on Form 424(b)(4) filed with the SEC by Ryvyl, Inc. on February 18, 2021.  The Underwriter Defendants previously requested that the Court take judicial notice of portions of the Prospectus, attached to the Weber Declaration as Exhibit H, in connection with the Motion to Dismiss. (EFC No. 40.)

SMRH:4892-3358-0427.1                    UNDERWRITER DEFENDANTS' SECOND REQUEST FOR JUDICIAL NOTICE

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 27th day of October, 2023, at Los Angeles, California.

_____
/s/ Robert D. Weber
Robert D. Weber

Case No. 3:23-cv-0185-GPC-SBC

SMRH:4892-3358-0427.1

UNDERWRITER DEFENDANTS' SECOND REQUEST FOR JUDICIAL NOTICE

# EXHIBIT 1

**GREENBOX**

# GreenBox POS Announces Closing and Exercise of Full Over-Allotment Option of $50.1 Million Public Offering

February 19, 2021 13:54 ET| Source: **GreenBox POS**    **Follow**

**Share**




SAN DIEGO, CA, Feb. 19, 2021 (GLOBE NEWSWIRE) -- GreenBox POS (NASDAQ:GBOX) (the "Company"), an emerging financial technology company leveraging proprietary blockchain security to build customized payment solutions today announced the closing of an underwritten public offering of 4,772,500 shares of common stock at a public offering price of $10.50 per share, which included the full exercise of the underwriter's over-allotment option for 622,500 shares of common stock, for gross proceeds to the Company of $50,111,250 before deducting underwriting discounts and other offering expenses.

The Company received approval to list its common stock on the Nasdaq Capital Market under the symbol "GBOX", with trading that began on February 17, 2021.

Kingswood Capital Markets, division of Benchmark Investments, Inc., acted as sole bookrunning manager for the offering.

The United States Securities and Exchange Commission ("SEC") declared effective a registration statement on Form S-1 relating to these securities on February 12, 2021. A final prospectus relating to this offering was filed with the SEC. Copies of the final prospectus relating to this offering can be obtained at the SEC's website at www.sec.gov or from Kingswood Capital Markets, division of Benchmark Investments Inc., 17 Battery Place, Suite 625, New York, NY 10004, Attention: Syndicate

## Company Profile

GreenBox POS

Website:
https://greenboxpos.

## Press Release Actions

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

**GREENBOX**    GreenBox POS Announces Closing and Exercise of Full ...    ≡

interested parties should read in their entirety the prospectus, which provides more information about the Company and such offering.

This press release shall not constitute an offer to sell or the solicitation of an offer to buy any of the securities described herein, nor shall there be any sale of these securities in any state or jurisdiction in which such offer, solicitation or sale would be unlawful prior to registration or qualification under the securities laws of any such state or jurisdiction.

**About GreenBox POS**

GreenBox POS is an emerging financial technology company leveraging proprietary blockchain security to build customized payment solutions. The Company's applications enable an end-to-end suite of turnkey financial products, helping to reduce fraud and improve the efficiency of handling large-scale commercial processing volumes for its merchant clients globally. For more information, please visit the Company's website at www.greenboxpos.com.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of the "safe harbor" provisions of the Private Securities Litigation Reform Act of 1995. Statements other than statements of historical facts included in this press release may constitute forward-looking statements and are not guarantees of future performance, condition or results and involve a number of risks and uncertainties. Actual results may differ materially from those in the forward-looking statements as a result of a number of factors, including those described from time to time in our filings with the Securities and Exchange Commission and elsewhere. The Company undertakes no duty to update any forward-looking statement made herein. All forward-looking statements speak only as of the date of this press release.

**Investor Relations Contact:**

**GREENBOX**   GreenBox POS Announces Closing and Exercise of Full ...

312-261-6450

[GRBX@mzgroup.us](mailto:GRBX@mzgroup.us)

[www.mzgroup.us](http://www.mzgroup.us)

---

**Tags**

| GreenBox POS | GBOX | Closing and Exercise |

| Full Over-Allotment Option | Public Offering |

| Kingswood Capital Markets |

# Recommended Reading

October 19, 2023 08:00 ET

Source:  RYVYL Inc.

**RYVYL Appoints George Oliva as Chief Financial Officer**

SAN DIEGO, CA, Oct. 19, 2023 (GLOBE NEWSWIRE) -- RYVYL Inc. (NASDAQ: RVYL) ("RYVYL" or the "Company"), a leading innovator of payment transaction solutions leveraging proprietary blockchain ledger...



September 25, 2023 08:00 ET

Source:  RYVYL Inc.

**RYVYL to Present at LD Micro Main Event XVI**

SAN DIEGO, CA, Sept. 25, 2023 (GLOBE NEWSWIRE) -- RYVYL Inc. (NASDAQ: RVYL) ("RYVYL" or the "Company"), a leading innovator of payment transaction solutions leveraging proprietary blockchain ledger...



# Explore

 **GreenBox** GreenBox POS Announces Closing and Exercise of Full ... ☰









[YACSS Announces Dates for 2nd...](#)

[YeePay Showcases International...](#)

[September 2023 Quarterly Activities...](#)

[Group 78 EB-5 Investor Receives ...](#)

October 25, 2023 22:03 ET

October 25, 2023 21:00 ET

October 25, 2023 19:28 ET

October 25, 2023 18:15 ET



**About Us**

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:  in

**Newswire Distribution Network & Management**

· [Home](#)

· [Legal](#)

· [Newsroom](#)

· [Contact us](#)

· [RSS Feeds](#)

# EXHIBIT 2



## Historical GreenBox POS prices

| Date | Open | High | Low | Close | Volume |
|------|------|------|-----|-------|--------|
| 2021-03-10 | $12.30 | $12.49 | $11.61 | $11.94 | 328 087 |
| 2021-03-09 | $11.56 | $12.47 | $11.05 | $12.05 | 416 163 |
| 2021-03-08 | $11.75 | $11.98 | $10.70 | $11.01 | 300 016 |
| 2021-03-05 | $11.36 | $11.61 | $9.60 | $11.35 | 421 342 |
| 2021-03-04 | $11.65 | $12.07 | $10.00 | $11.25 | 630 971 |
| 2021-03-03 | $12.10 | $12.52 | $11.31 | $11.50 | 427 029 |
| 2021-03-02 | $12.90 | $12.97 | $12.00 | $12.08 | 287 898 |
| 2021-03-01 | $12.59 | $12.90 | $11.40 | $12.59 | 581 402 |
| 2021-02-26 | $12.50 | $13.10 | $11.05 | $11.91 | 390 476 |
| 2021-02-25 | $13.45 | $14.00 | $11.83 | $12.45 | 770 015 |
| 2021-02-24 | $10.69 | $13.47 | $10.11 | $12.99 | 1 123 292 |
| 2021-02-23 | $10.80 | $10.89 | $8.50 | $10.10 | 1 209 283 |
| 2021-02-22 | $13.48 | $14.01 | $11.31 | $11.41 | 1 240 727 |
| 2021-02-19 | $14.90 | $15.35 | $13.55 | $14.26 | 818 891 |
| 2021-02-18 | $14.10 | $15.00 | $12.70 | $14.33 | 1 124 418 |
| 2021-02-17 | $12.55 | $15.01 | $11.70 | $14.25 | 1 754 753 |
| 2021-02-16 | $14.22 | $14.52 | $12.54 | $13.20 | 535 631 |
| 2021-02-12 | $14.97 | $15.00 | $11.10 | $13.98 | 449 392 |
| 2021-02-11 | $12.06 | $15.60 | $11.70 | $12.30 | 418 658 |
| 2021-02-10 | $9.60 | $11.94 | $9.54 | $11.40 | 509 379 |
| 2021-02-09 | $10.20 | $10.20 | $9.30 | $9.36 | 365 925 |
| 2021-02-08 | $9.00 | $10.38 | $8.94 | $9.72 | 733 678 |
| 2021-02-05 | $8.52 | $9.18 | $8.10 | $8.70 | 193 956 |
| 2021-02-04 | $7.02 | $8.64 | $6.93 | $8.58 | 330 031 |
| 2021-02-03 | $7.20 | $7.50 | $6.90 | $7.02 | 156 975 |

« 1 2 … 17 18 19 **20** 21 22 23 … 39 40 »

# EXHIBIT 3

424B4 1 greenbox20210217b_424b4.htm FORM 424B4

**Filed pursuant to Rule 424(b)(4)**
**Registration Nos. 333-252576 and 333-253183**

**PROSPECTUS**

**GreenBox POS**

**4,150,000 Shares of Common Stock**

We are offering 4,150,000 shares of Common Stock, par value $0.001 ("Common Stock", and each a "Share" and collectively, the "Shares") of GreenBox POS (the "Company," "GreenBox," "PubCo," "we," "our" or "us") at a public offering price of $10.50 per share of Common Stock. Our Common Stock was previously traded on the OTCQB under the symbol GRBX. Our Common Stock has been approved for listing on the Nasdaq Capital Market under the symbol "GBOX" and will begin trading there on February 17, 2021.

Unless otherwise noted and other than in our historical financial statements and the notes thereto, the share and per share information in this prospectus reflects the reverse stock split of the outstanding Common Stock and treasury stock of the Company at a 1-for-6 ratio which was implemented on February 16, 2021 and will be effective at the commencement of trading of our Common Stock on February 17, 2021.

**Investing in our securities involves a high degree of risk. See "Risk Factors" beginning on page 8 of this prospectus. You should carefully consider these risk factors, as well as the information contained in this prospectus, before purchasing any of the securities offered by this prospectus.**

|  | Per Share | | Total | |
| --- | --- | --- | --- | --- |
| Offering price | $ | 10.50 | $ | 43,575,000 |
| Underwriter's discounts and commissions (1) | $ | 0.7875 | $ | 3,268,125 |
| Proceeds to our company before expenses | $ | 9.7125 | $ | 40,306,875 |

(1) See "Underwriting" beginning on page 53 for additional information regarding underwriting compensation.

**NEITHER THE SECURITIES AND EXCHANGE COMMISSION NOR ANY STATE SECURITIES COMMISSION HAS APPROVED OR DISAPPROVED OF THESE SECURITIES OR PASSED UPON THE ADEQUACY OR ACCURACY OF THIS PROSPECTUS. ANY REPRESENTATION TO THE CONTRARY IS A CRIMINAL OFFENSE.**

We have granted a 45-day option to the representative of the underwriters, exercisable one or more times in whole or in part, to purchase up to 622,500 additional shares of Common Stock to cover over-allotments, at the public offering price per share of Common Stock, less, in each case, the underwriting discounts payable by us. The securities issuable upon exercise of this overallotment option are identical to those offered by this prospectus and have been registered under the registration statement of which this prospectus forms a part.

The underwriters expect to deliver the securities against payment in New York, New York on or about February 19, 2021.

*Sole Book-Running Manager*

**Kingswood Capital Markets**
division of Benchmark Investments, Inc.

The date of this prospectus is February 16, 2021.

**UNDERWRITING**

We are offering our shares of Common Stock described in this prospectus through the underwriters named below. Kingswood Capital Markets, division of Benchmark Investments, Inc. ("Kingswood") is acting as the sole representative of the underwriters. We have entered into an underwriting agreement with the underwriters. Subject to the terms and conditions of the underwriting agreement, each of the underwriters has severally agreed to purchase, and we have agreed to sell to the underwriters, the number of shares of Common Stock listed next to its name in the following table.

| Underwriter | Total Number of Shares |
|---|---|
| Kingswood Capital Markets, division of Benchmark Investments, Inc. | 4,100,000 |
| R.F. Lafferty & Co. | 50,000 |
| **TOTAL** | 4,150,000 |

The underwriting agreement provides that the underwriters must buy all of the shares of Common Stock if they buy any of them. However, the underwriters are not required to take or pay for the shares covered by the underwriters' option to purchase additional shares as described below. Our shares of Common Stock are offered subject to a number of conditions, including:

- receipt and acceptance of our shares of Common Stock by the underwriters; and

- the underwriters' right to reject orders in whole or in part.

We have been advised by Kingswood that the underwriters intend to make a market in our shares of Common Stock but that they are not obligated to do so and may discontinue making a market at any time without notice.

In connection with this offering, certain of the underwriters or securities dealers may distribute prospectuses electronically.

**Option to Purchase Additional Shares**

We have granted the underwriters an option to buy up to an aggregate of 622,500 additional shares of Common Stock. The underwriters have 45 days from the date of this prospectus to exercise this option. If the underwriters exercise this option, they will each purchase additional shares of Common Stock approximately in proportion to the amounts specified in the table above.

**Underwriting Discount**

Shares sold by the underwriters to the public will initially be offered at the initial offering price set forth on the cover of this prospectus. Any shares sold by the underwriters to securities dealers may be sold at a discount of up to $0.3675 per share from the public offering price. The underwriters may offer the shares through one or more of their affiliates or selling agents. If all the shares are not sold at the public offering price, Kingswood may change the offering price and the other selling terms. Upon execution of the underwriting agreement, the underwriters will be obligated to purchase the shares at the prices and upon the terms stated therein.

The underwriting discount is equal to the public offering price per share, less the amount paid by the underwriters to us per share. The underwriting discount was determined through an arms' length negotiation between us and the underwriters. We have agreed to sell the shares of Common Stock to the underwriters at the offering price of $9.7125 per share, which represents the public offering price of our shares set forth on the cover page of this prospectus less a 7.5% underwriting discount.

The following table shows the per share and total underwriting discount we will pay to the underwriters assuming both no exercise and full exercise of the underwriters' option to purchase up to 622,500  additional shares.

| | No Exercise | Full Exercise |
|---|---|---|
| Per share | $ 0.7875 | $ 0.7875 |
| Total | $ 3,268,125.00 | $ 3,758,343.75 |

53

Table of Contents

We have agreed to pay Kingswood's out-of-pocket accountable expenses, including Kingswood's legal fees, up to a maximum amount of $100,000, irrespective of whether the offering is consummated. We have paid $25,000 to Kingswood as an advance to be applied towards reasonable out-of-pocket expenses (which we refer to as the Advance). Any portion of the Advance shall be returned back to us to the extent not actually incurred.

We estimate that the total expenses of the offering payable by us, not including the underwriting discount, will be approximately $200,000. We have also agreed to reimburse the underwriters for certain expenses incurred by them.

**Right of First Refusal**

We have also granted Kingswood an irrevocable right of first refusal for a period of twelve (12) months after the effective date of this offering, to act as sole investment banker, sole book-runner, and/or sole placement agent, at Kingswood's sole discretion, for each and every future public and private equity and debt offering, including all equity linked financings, during such twelve (12) month period, of the Company, or any successor to or subsidiary of the Company, on terms and conditions customary to Kingswood for such transactions.

**Lock-up Agreements**

The Company, each of our directors and executive officers, and our 5% and greater stockholders, have agreed not to, subject to certain limited exceptions, offer, pledge, sell, contract to sell, grant any option to purchase, or otherwise dispose of our common stock or any securities convertible into or exchangeable or exercisable for common stock, or to enter into any hedge or other arrangement or any transaction that transfers, directly or indirectly, the economic consequence of ownership of the shares of our common stock, in the case of the Company for a period of 180 days after the date of this prospectus, and in the case of our directors and executive officers and our 5% and greater stockholders for a period of 180 days after the date of this prospectus, without the prior written consent of Kingswood.

**Indemnification**

We have agreed to indemnify the several underwriters against certain liabilities, including certain liabilities under the Securities Act. If we are unable to provide this indemnification, we have agreed to contribute to payments the underwriters may be required to make in respect of those liabilities.

**Other Relationships**

Some of the underwriters and their affiliates have engaged in, and may in the future engage in, investment banking and other commercial dealings in the ordinary course of business with us or our affiliates. They have received, or may in the future receive, customary fees and commissions for these transactions.

**Stock Exchange**

Our Common Stock has been approved for listing on the Nasdaq Capital Market under the symbol "GBOX" and will begin trading there on February 17, 2021.

**Price Stabilization, Short Positions**

In connection with this offering, the underwriters may engage in activities that stabilize, maintain or otherwise affect the price of our shares of Common Stock during and after this offering, including:

- stabilizing transactions;

- short sales;

- purchases to cover positions created by short sales;

- imposition of penalty bids; and

- syndicate covering transactions.

54