

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN and SCOT S. COOK, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, and BENJAMIN CHUNG,<br><br>Defendants. | Case No.: 23-cv-00185-GPC-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>**[ECF No. 94]** |

Before the Court is a Joint Motion Regarding the deadline to respond to Plaintiff's Third Amended Complaint ("TAC") ("Joint Motion") by Lead Plaintiff Scot S. Cook ("Lead Plaintiff") and Defendants RYVYL Inc., Ben Errez, Fredi Nisan, and Benjamin Chung (collectively, "Defendants," and, together with Plaintiff, the "Parties"). Having reviewed the Joint Motion and finding good cause, the Court GRANTS the Joint Motion to Extend Deadline to Respond. The deadline for Defendants to file and serve their responses to the TAC is hereby extended to December 30, 2024.

23-cv-00185-GPC-WVG

However, the Court will not accept the agreed upon briefing schedule in the event that Defendants respond by way of a motion. The parties have already briefed multiple motions to dismiss and the issues on any future motion to dismiss have been narrowed. The parties do not otherwise present any compelling reasons for the extended briefing schedule they propose. As such, Lead Plaintiffs' response shall be due within 30 days after the filing of the motion, and Defendants shall reply within 20 days thereafter.

**IT IS SO ORDERED.**

Dated:  December 3, 2024

Hon. Gonzalo P. Curiel
United States District Judge

23-cv-00185-GPC-WVG