UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN and SCOT S. COOK, individually and on behalf of all others similarly situated,,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, and BENJAMIN CHUNG,<br><br>　　　　　　　　　　　Defendants. | Case No.:  23-cv-00185-GPC-WVG<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT**<br><br>**[ECF No. 96]** |

Before the Court is a Joint Motion Regarding the deadline to respond to Plaintiff's Third Amended Complaint ("Joint Motion") by Lead Plaintiff Scot S. Cook ("Lead Plaintiff") and Defendants RYVYL Inc., Ben Errez, Fredi Nisan, and Benjamin Chung (collectively, "Defendants" and, together with Plaintiff, the "Parties").  Having reviewed the Joint Motion, the Court finds good cause to GRANT the Joint Motion in part.  The Court has shortened the parties' proposed briefing schedule to avoid any further delays.

23-cv-00185-GPC-WVG

Accordingly, the Court ORDERS as follows:

1.    The deadline for Defendants to file and serve their responses to the Third Amended Complaint ("TAC") is hereby extended to January 31, 2025; and

2.    If Defendants respond to the TAC by way of motion, Lead Plaintiff's response shall be due **within 21 days** after the filing of such motion, and Defendants shall reply **within 14 days** thereafter.

**IT IS SO ORDERED.**

Dated:  January 3, 2025

Hon. Gonzalo P. Curiel
United States District Judge

2

23-cv-00185-GPC-WVG