UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN and SCOT S. COOK, individually and on behalf of all others similarly situated,, | Case No.: 23-cv-00185-GPC-WVG |
| Plaintiffs, | **ORDER GRANTING JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO THIRD AMENDED COMPLAINT** |
| v. | |
| RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, and BENJAMIN CHUNG, | **[ECF No. 98]** |
| Defendants. | |

Before the Court is a Joint Motion regarding the deadline to respond to Plaintiff's Third Amended Complaint ("TAC") ("Joint Motion") by Lead Plaintiff Scot S. Cook ("Lead Plaintiff") and Defendants RYVYL Inc., Ben Errez, Fredi Nisan, and Benjamin Chung (collectively, "Defendants" and, together with Plaintiff, the "Parties"). ECF No. 98. Having reviewed the Joint Motion, the Court finds good cause to GRANT the Joint Motion.

23-cv-00185-GPC-WVG

However, the Court notes that this is the third Joint Motion for an extension of time to respond to the TAC, all of which have been made on the grounds that the parties are progressing towards resolving the litigation. *See* ECF Nos. 94, 96, & 98. While the Court appreciates the favorability of resolving the litigation, it also notes the need to avoid inordinate delays in the litigation, especially given that the TAC was filed on November 12, 2024. Accordingly, barring any compelling reasons, the Court will not grant any future extensions to Defendants' deadline to respond to the TAC.

Accordingly, the Court ORDERS as follows:

1. The deadline for Defendants to file and serve their responses to the TAC is hereby extended to March 3, 2025; and

2. If Defendants respond to the TAC by way of motion, Lead Plaintiff's response shall be due within 30 days after the filing of such motion, and Defendants shall reply within 20 days thereafter.

**IT IS SO ORDERED.**

Dated: February 3, 2025

Hon. Gonzalo P. Curiel
United States District Judge

2

23-cv-00185-GPC-WVG