ROBERT V. PRONGAY (#270796)
  rprongay@glancylaw.com
EX KANO S. SAMS II (#192936)
  esams@glancylaw.com
CHARLES LINEHAN (#307439)
  clinehan@glancylaw.com
PAVITHRA RAJESH (#323055)
  prajesh@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160

*Attorneys for Lead Plaintiff*
*Scot S. Cook*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGSWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC., and R.F. LAFFERTY & CO.,<br><br>Defendants. | Case No.  3:23-cv-0185-GPC-SBC<br><br>**JOINT MOTION REGARDING STAY PENDING CONSIDERATION OF CLASS ACTION SETTLEMENT**<br><br>Room:   2D<br>Judge:   Hon. Gonzalo P. Curiel |

Court-appointed lead plaintiff Scot S. Cook ("Lead Plaintiff") and defendants RYVYL Inc., Ben Erraz, Fredi Nisan, and Benjamin Chung (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties"), through their undersigned counsel, respectfully notify the Court of their agreement in principle to settle the above-captioned action (the "Action").  Accordingly, the Parties hereby stipulate and agree as follows:

WHEREAS, the Parties participated in a private mediation with the Jed Melnick, Esq., on February 6, 2024;

WHEREAS, the Parties were unable to reach an agreement during the mediation, but continued their negotiations through Mr. Melnick and have now reached an agreement in principle to settle all claims, subject to, among other items, definitive documentation reflecting customary terms of a securities class action settlement, and the Court's approval thereof;

WHEREAS, the Parties require time to negotiate and memorialize the attendant details of the settlement;

WHEREAS, Plaintiff intends to move for preliminary approval of the proposed settlement as soon as practicable after the final settlement agreement is executed;

WHEREAS, the Parties wish for their litigation positions to remain undisturbed while they negotiate and finalize their settlement agreement, and to preserve the Court's and the Parties' resources;

NOW, THEREFORE, the Parties hereby stipulate, agree, and respectfully request that the Court enter the accompanying [Proposed] Order, which provides that: "all outstanding deadlines in this Action are hereby stayed pending the Parties' formal agreement to, and the Court's consideration of, the proposed class action settlement."

JOINT MOTION RE STAY PENDING CONSIDERATION OF CLASS ACTION SETTLEMENT
Case No.  3:23-cv-0185-GPC-SBC

Dated:  March 3, 2025

GLANCY, PRONGAY & MURRAY LLP

By:

/s/ Ex Kano S. Sams II
Robert V. Prongay
Ex Kano S. Sams II
Charles Linehan
Pavithra Rajesh
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone:  (310) 201-9150
Facsimile:  (310) 201-9160
Email:  info@glancylaw.com

*Attorneys for Lead Plaintiff
Scot S. Cook*

Dated:  March 3, 2025

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By:

/s/ Sean T. Prosser
Sean T. Prosser
Cesar M. Dulanto
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Fax: (858) 314-1501
Email: cmdulanto@mintz.com

*Attorneys for Defendants,
RYVYL Inc., Ben Errez, Fredi Nisan, and
Benjamin Chung*

JOINT MOTION RE STAY PENDING CONSIDERATION OF CLASS ACTION SETTLEMENT
Case No.  3:23-cv-0185-GPC-SBC

## <u>SIGNATURE CERTIFICATION</u>

Pursuant to Section 2(f)(4) of the Southern District of California's CM/ECF Administrative Policies and Procedures Manual, I hereby certify that authorization for the filing of this document has been obtained from each of the other signatories shown above and that all signatories concur in this filing's content.

Dated: March 3, 2025

*/s/ Ex Kano S. Sams II*
Ex Kano S. Sams II

JOINT MOTION RE STAY PENDING CONSIDERATION OF CLASS ACTION SETTLEMENT
Case No.  3:23-cv-0185-GPC-SBC

### **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old.  On March 3, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 3, 2025, at Los Angeles, California.

*/s/ Ex Kano S. Sams II*
Ex Kano S. Sams II