

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN and SCOT S. COOK, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br><br> v. <br><br> RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, and BENJAMIN CHUNG, <br><br> Defendants. | Case No.:  23-cv-00185-GPC-SBC <br><br> **ORDER REGARDING STAY PENDING CONSIDERATION OF CLASS ACTION SETTLEMENT** <br><br> **[ECF No. 100]** |

Before the Court is a Joint Motion Regarding Stay Pending Consideration of Class Action Settlement submitted by lead plaintiff Scot S. Cook ("Lead Plaintiff") and Defendants RYVYL Inc., Ben Erraz, Fredi Nisan, and Benjamin Chung (collectively, "Defendants" and, together with Lead Plaintiff, the "Parties").  Having reviewed the Joint Motion, and finding good cause, the Court GRANTS the Parties' Joint Motion and ORDERS as follows:

23-cv-00185-GPC-SBC

1.     All outstanding deadlines in this Action are hereby stayed pending the Parties' formal agreement to, and the Court's consideration of, the proposed class action settlement.

2.     Pending the formal agreement, the parties are directed to report the status of the proposed settlement on the 15th day of each month.

**IT IS SO ORDERED.**

Dated:  March 4, 2025

Hon. Gonzalo P. Curiel
United States District Judge

2

23-cv-00185-GPC-SBC