Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Joseph D. Cohen (SBN 155601)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com
Email: jcohen@glancylaw.com

Counsel for Lead Plaintiff Scot S. Cook and the Settlement Class

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGSWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC., and R.F. LAFFERTY & CO.,<br><br>Defendants. | Case No. 3:23-cv-0185-GPC-SBC<br><br>**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION AND MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing Date: December 19, 2025<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 12A<br>Judge: Hon. Gonzalo P. Curiel |

NOTICE OF MOTION AND MOTION

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on December 19, 2025, at 1:30 p.m., or as soon thereafter as the Parties[1] may be heard by the Honorable Gonzalo P. Curiel at the United States District Court for the Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, 12th Floor, Courtroom 12A, San Diego, CA 92101, Court-appointed lead plaintiff Scot S. Cook ("Lead Plaintiff") will, and hereby does, move the Court for entry of an Order: (i) granting final approval of the Settlement in the above-captioned action on the terms set forth in the Stipulation; and (ii) approving the proposed Plan of Allocation for distribution of the Net Settlement Fund.[2]

This motion is based upon the accompanying Memorandum of Law, the Declaration of Ex Kano S. Sams II in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, all the documents and exhibits in support thereof, as well as all the pleadings and papers on file in this matter and any further evidence and argument as may be presented at the hearing.

Lead Counsel conferred with Defendants' Counsel with respect to this motion. Defendants' counsel has authorized Lead Counsel to represent that Defendants do not oppose this motion.

---

[1] All capitalized terms, unless otherwise defined herein, have the same meaning as set forth in the Stipulation and Agreement of Settlement dated July 9, 2025 (ECF No. 106-3).

[2] Lead Plaintiff will submit a [Proposed] Judgment and a [Proposed] Order Approving the Plan of Allocation in conjunction with their Reply Brief once Settlement Class Members have had the opportunity to request exclusion and object.

| | | |
|---|---|---|
|1| | |
|2|DATED: November 13, 2025|**GLANCY PRONGAY & MURRAY LLP**|
|3| |By:  *s/ Ex Kano S. Sams II*|
|4| |Robert V. Prongay|
| | |Ex Kano S. Sams II|
|5| |Joseph D. Cohen|
|6| |1925 Century Park East, Suite 2100|
| | |Los Angeles, California 90067|
|7| |Telephone: (310) 201-9150|
| | |Email: rprongay@glancylaw.com|
|8| |Email: esams@glancylaw.com|
|9| |Email: jcohen@glancylaw.com|
|10| |*Counsel for Lead Plaintiff Scot S. Cook*|

**PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned say:

I am not a party to the above case, and I am over eighteen years old. On November 13, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 13, 2025.

*s/ Ex Kano S. Sams II*
Ex Kano S. Sams II
