# EXHIBIT 2

Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Joseph D. Cohen (SBN 155601)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com
Email: jcohen@glancylaw.com

Counsel for Lead Plaintiff Scot S. Cook and the
Settlement Class

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK CULLEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGSWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC., and R.F. LAFFERTY & CO.,<br><br>Defendants. | Case No. 3:23-cv-0185-GPC-SBC<br><br>**DECLARATION OF JACOB KAMINER CONCERNING: (A) MAILING/ EMAILING OF NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**<br><br>Hearing Date: December 19, 2025<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 12A<br>Judge: Hon. Gonzalo P. Curiel |

I, Jacob Kamenir, declare as follows:

1. I am a Vice President of Notice at Simpluris, Inc. ("Simpluris"), a nationally recognized class action administration firm.[1] I have an extensive background specializing in the administration of class action cases. Simpluris was established in 2007 and has administered over ten thousand (10,000) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2. Pursuant to the Court's Order: (1) Provisionally Approving Certification of the Proposed Settlement Class; (2) Appointing Class Counsel; (3) Conditionally Approving the Proposed Notice Form and Method of Notice; (4) Approving Lead Plaintiff's Plan of Allocation; [and] (5) Granting Preliminary Approval of Class Action Settlement, dated August 20, 2025 (ECF No. 112) (the "Preliminary Approval Order"), Simpluris was appointed as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). Among other things, Simpluris will administer the Court-approved notice program, interface with Settlement Class Members, and process Claims. I submit this declaration in order to provide the Court and the Parties with information regarding the notice program, as well as updates concerning other aspects of the Settlement administration process.

## MAILING/EMAILING OF NOTICE

3. Pursuant to the Preliminary Approval Order, Simpluris printed and mailed the Postcard Notice to potential members of the Settlement Class. A true and correct copy of the Postcard Notice is attached hereto as **Exhibit A**.

4. On August 22, 2025, Simpluris received from Defendants' Counsel a list containing the names and addresses of record holders ("Record Holder List") for the purchasers of Ryvyl Inc. and/or Greenbox POS common stock during the Settlement Class Period. The Record Holder List contained 13,901 mailing records.

5. Additionally, as in most securities class actions of this nature, many potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" – *i.e.*,

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 9, 2025 (ECF No. 106-3) (the "Stipulation").

DECLARATION OF JACOB KAMENIR

the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the respective nominees, on behalf of the beneficial purchasers. Simpluris maintains a proprietary database with the names and addresses of the largest and most common banks, brokers, and other nominees (the "Broker Mailing Database"). At the time of the initial mailing, the Broker Mailing Database contained 3,644 mailing records.

6. On September 18, 2025, Simpluris caused the Postcard Notice to be sent by First-Class Mail to the combined 17,545 mailing records contained in the Record Holder List and the Broker Mailing Database.

7. Contemporaneously with the mailing of the Postcard Notice, Simpluris posted downloadable copies of: (a) the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"); (b) the Proof of Claim and Release Form (the "Claim Form");[2] (c) the Stipulation; (d) Preliminary Approval Order; and (e) Third Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint"); online at www.RyvylSecuritiesSettlement.com (the "Settlement Website"). Upon request, Simpluris mailed copies of the Notice and/or Claim Form to Settlement Class Members and will continue to do so until the deadline to submit a Claim Form has passed.

8. Simpluris also sent an email to each of the nominees on the Broker Mailing Database, which included a copy of the Notice, eFiling Guidelines, and an eFiling Template. A true and correct copy of the email is attached hereto as **Exhibit D**.

9. The Notice directed those who purchased the publicly traded common stock of Ryvyl and/or Greenbox POS, during the period from May 13, 2021 and January 20, 2023, both dates inclusive, for the beneficial interest of persons other than themselves to, within seven (7) calendar days of receipt of the Claims Administrator's notice of the Settlement, either: (a) request from the Claims Administrator

---

[2] True and correct copies of the Notice and Claim Form (together, the "Notice Packet") are attached hereto as **Exhibits B and C**, respectively.

3

DECLARATION OF JACOB KAMENIR

sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; (b) request from the Claims Administrator a link to the Notice and Claim Form and, within seven (7) calendar days of receipt of the link, email the link to all such beneficial owners for whom valid email addresses are available; or (c) provide a list of the names, mailing addresses and email addresses (to the extent available) of all such beneficial owners to the Claims Administrator at *Ryvyl Securities Settlement*, c/o Claims Administrator, P.O. Box 25419, Santa Ana, CA 92799.

10. As of November 3, 2025, Simpluris received an additional 646 names and addresses of potential Settlement Class Members from individuals or brokerage firms, banks, institutions, and other nominees. Simpluris also received requests from brokers and other nominee holders for 5,606 Postcard Notices to be forwarded by the nominees to their customers. Additionally, Simpluris received a request from Broadridge Financial Solutions ("Broadridge") to provide an email link to the Notice and Claim Form to send to its list of potential Settlement Class Members. Broadridge has confirmed that it disseminated the link to the Notice Packet to 15,785 potential Settlement Class Members. Broadridge has also confirmed that it disseminated physical copies of the Notice Packet to 4,939 individuals who were potential Settlement Class Members. All requests for Postcard Notices and links to the Notice Package have been, and will continue to be, honored in a timely manner.

11. As of November 3, 2025, the USPS returned 1,709 Postcard Notices as undeliverable without forwarding addresses. Of these, Simpluris was able to locate 1,314 new addresses through TransUnion, an information supplier to which Simpluris subscribes to perform address skip tracing to locate a potential Settlement Class Member's current address when they have moved. Simpluris promptly re-mailed the Postcard Notices to the 1,314 potential Class Members at these updated addresses.

12. In sum, as of November 3, 2025, notice of the Settlement has been disseminated to 38,915 potential Settlement Class Members and nominees, which includes 23,130 Postcard Notices and Notice Packets mailed and 15,785 emailed links to the Notice Packet.

DECLARATION OF JACOB KAMENIR

**PUBLICATION OF THE SUMMARY NOTICE**

13.      Pursuant to the Preliminary Approval Order, the Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Summary Notice") was published once in *Investor's Business Daily* and transmitted once over the *PR Newswire* on September 22, 2025.  The PR Newswire pickup report is attached hereto as **Exhibit E.**

**TOLL-FREE PHONE LINE**

14.      On September 18, 2025, Simpluris established a case-specific, toll-free telephone helpline, (833) 360-6785, with an interactive voice response system and live operators, to: (a) assist potential Settlement Class Members with questions about the Action and the Settlement; and/or (b) request a Notice and Claim Form.  The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions.  Callers requiring further help have the option of being transferred to a live operator during business hours.

15.      As of November 3, 2025, Simpluris has received a total of 33 calls to the toll-free number dedicated to the Settlement, including 21 that were handled by a live operator.  Simpluris has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

**SETTLEMENT WEBSITE**

16.      On September 18, 2025, Simpluris established the case-specific Settlement Website.  The Settlement Website is accessible 24 hours a day, 7 days a week, allows for online claim filing, and provides instructions and a claims filing template for institutional investors.  The Settlement Website contains a home page; an important documents page with downloadable versions of the Notice, Claim Form, Preliminary Approval Order, Complaint, and Stipulation.  To date, the Settlement Website has received 3,900 pageviews from 1,100 unique users.

17.      The Settlement Website will continue to be updated with relevant case information and Court Documents.

DECLARATION OF JACOB KAMENIR

**REPORT ON EXCLUSIONS AND OBJECTIONS**

18.    The Postcard Notice, Notice, Summary Notice, and Settlement Website informed potential Settlement Class Members of the November 28, 2025, deadline for requesting exclusion.  The Notice and Settlement Website provided further instructions on requesting exclusion, including that written requests for exclusion are to be mailed to Simpluris such that they are postmarked no later than November 28, 2025.  Simpluris has monitored all mail delivered for this case.  To date, Simpluris has not received any exclusion requests.

19.    According to the Notice, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, must file their written objection with the Clerk of the Court on or before November 28, 2025, and must serve the papers on Lead Counsel and Defendants' Counsel so that that the papers are received by, or postmarked no later than, November 28, 2025.  As of the date of this declaration, Simpluris has not been notified of any objections or received any misdirected objections.

20.    Simpluris will submit a supplemental declaration after the November 28, 2025, deadline and before the December 19, 2025, Settlement Hearing, updating the Court concerning claims, requests for exclusion, and objections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 10th day of November 2025, in Albert Lea, Minnesota.

_____
Jacob Kamenir

6

DECLARATION OF JACOB KAMENIR

# EXHIBIT A

Ryvyl Securities Settlement
c/o Claims Administrator
PO Box 25419
Santa Ana, CA 92799

PRESORTED
FIRST CLASS
U.S. POSTAGE
PAID
SIMPLURIS INC

COURT-ORDERED LEGAL NOTICE
IMPORTANT NOTICE ABOUT A SECURITIES CLASS ACTION SETTLEMENT

**You may be entitled to a CASH payment. This Notice may affect your legal rights. Please read it carefully.**

*Cullen v. Ryvyl Inc. et al.,* Case No. 3:23-cv-00185-GPC-SBC (S.D. Cal.)

«IMbₗullBarcodeEncoded»

«FirstName» «LastName»
<<BusinessName>>
«Address1» «Address2»
«City», «State»  «Zip»

SIMID «SIMID»
barcode encoded

---

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.***
***PLEASE VISIT WWW.RYVYLSECURITIESSETTLEMENT.COM FOR MORE INFORMATION.***

There has been a proposed Settlement of claims against Ryvyl Inc. f/n/a Greenbox POS and its executives Ben Errez, Fredi Nisan, and Benjamin Chung (collectively, the "Defendants"). The Settlement would resolve a lawsuit in which the Lead Plaintiff alleges that Defendants disseminated materially false and misleading information to the investing public about Ryvyl's internal controls and financial results, in violation of the federal securities laws. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased the publicly traded common stock of Ryvyl Inc. (NASDAQ: RVYL) and/or Greenbox POS (NASDAQ: GBOX) between May 13, 2021, and January 20, 2023, both dates inclusive, and were damaged thereby.

Defendants have agreed to pay $300,000 in cash, 700,000 shares of Ryvyl common stock and provide a put option on the stock. The Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. **For Settlement details, read the Stipulation and full Notice, available at the Settlement website.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size, and timing of your transactions in Ryvyl/Greenbox common stock. If every eligible Settlement Class Member submits a valid Claim Form, the estimated average recovery is $0.04 per eligible share before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form.** The Claim Form can be found on the website www.RyvylSecuritiesSettlement.com or will be mailed to you upon request to the Claims Administrator (833-360-6785). **Claim Forms must be received or postmarked by December 27, 2025**. If you do not want to be legally bound by the Settlement, you must exclude yourself by **November 28, 2025**, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may submit an objection by **November 28, 2025**. The detailed Notice explains how to submit a Claim Form, exclude yourself, or object.

The Court will hold a hearing in this case on **December 19, 2025**, at 1:30 p.m. PT to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to 33⅓% of the Settlement Fund in attorneys' fees, plus actual costs up to $80,000 for litigating the case and negotiating the Settlement, and reimbursement of Lead Plaintiff's costs and expenses in an amount not to exceed $5,000. You may attend the hearing and ask to be heard by the Court, but you do not have to attend. If you want, you can hire your own attorney, at your own expense, to appear or speak for you at the hearing. For More information, call toll-free (833-360-6785) or visit the Settlement website (www.RyvylSecuritiesSettlement.com) and read the detailed Notice.



**THIS NOTICE IS ONLY A SUMMARY.  VISIT WWW.RYVYLSECURITIESSETTLEMENT.COM  OR SCAN THIS QR CODE
FOR MORE INFORMATION ABOUT THE LAWSUIT AND THE PRECISE TERMS AND CONDITIONS OF THE SETTLEMENT.**

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK CULLEN and SCOT S. COOK, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, AND BENJAMIN CHUNG, <br><br> Defendants. | Case No. 3:23-cv-0185-GPC-SBC |

**NOTICE OF: (I) PENDENCY OF CLASS ACTION, CERTIFICATION OF SETTLEMENT CLASS, AND PROPOSED SETTLEMENT; (II) SETTLEMENT FAIRNESS HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

**NOTICE OF PENDENCY OF CLASS ACTION:**  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the Southern District of California (the "Court"), if you purchased the publicly traded common stock of Ryvyl Inc. and/or Greenbox POS ("Ryvyl common stock") between May 13, 2021 and January 20, 2023, both dates inclusive, and were damaged thereby (the "Settlement Class Period").[1,2]

**NOTICE OF SETTLEMENT:**  Please also be advised that the Court-appointed Lead Plaintiff Scot S. Cook ("Lead Plaintiff"), on behalf of himself and the Settlement Class (as defined in ¶ 28 below), have reached a proposed settlement of the Action for, among other things, $300,000 in cash ("Cash Settlement Amount") and 700,000 freely tradable shares of Ryvyl common stock (the "Settlement

---

[1]  All capitalized terms used in this Notice that are not otherwise defined herein have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated July 9, 2025 (the "Stipulation"), which is available at www.RyvylSecuritiesSettlement.com.

[2]  Throughout the Settlement Class Period, Ryvyl common stock was listed on the Nasdaq Capital Market exchange.  On October 24, 2022, the Company changed its name from Greenbox POS to Ryvyl Inc. and the ticker symbol for its stock changed from "GBOX" to "RVYL."  Herein, references to Ryvyl common stock prices and quantities are not adjusted for the 1-for-10 reverse stock split that occurred after the Settlement Class Period, on or about September 7, 2023.

Shares") that, if approved, will resolve all claims in the Action (the "Settlement"). [3]

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash and stock from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact any Defendants in the Action, or their counsel.  All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 96 below).**

1.      **Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Ryvyl Inc. f/n/a Greenbox POS ("Ryvyl" or the "Company"), Ben Errez, Fredi Nisan and Benjamin Chung (collectively, "Individual Defendants"; and together with Ryvyl, "Defendants") violated the federal securities laws by making false and misleading statements regarding Ryvyl's internal controls and financial results. A more detailed description of the Action is set forth in paragraphs 11-27 below.  The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 28 below.

2.      **Statement of the Settlement Class's Recovery:**  Subject to Court approval, Lead Plaintiff, on behalf of himself and the Settlement Class, has agreed to settle the Action in exchange for the $300,000 Cash Settlement Amount, the 700,000 Settlement Shares, and the Put Option (collectively, the "Settlement Amount").  The Net Settlement Fund (*i.e.*, the Settlement Amount (including any money generated from the sale of the Settlement Shares), plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.  The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 14-19below.

3.      **Estimate of Average Amount of Recovery Per Share of Ryvyl Common Stock:**  Assuming that all Settlement Class Members elect to participate in the Settlement, the estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per affected share of Ryvyl common stock is $0.01 in cash and 0.03 shares of Ryvyl common stock (or the cash equivalent).  Settlement Class Members should note, however, that the foregoing average recovery per share of Ryvyl common stock is only an estimate.  Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, which, when, and at what prices they purchased and/or sold their Ryvyl common stock, and the total number of valid Claim Forms submitted.  Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 14-19

---

[3] Ryvyl will also provide the Settlement Class with a put option ("Put Option"), that may be exercised by Lead Counsel in its sole discretion, pursuant to which the Settlement Class can sell the Settlement Shares back to Ryvyl at $1.00 per share if the 10-day average closing price falls below $1.00 (as determined by Bloomberg) before Lead Counsel sells the Settlement Shares.  It is Lead Counsel's intention to sell the Settlement Shares, either on the open market, or through the Put Option, and distribute the Net Settlement Fund to the Settlement Class.  The Settlement Shares will not be distributed to Settlement Class members.

below) or such other plan of allocation as may be ordered by the Court.

4. **Average Amount of Damages Per Share of Ryvyl Common Stock:** Lead Plaintiff and Defendants (the "Parties") do not agree on the average amount of damages per share of Ryvyl common stock that would be recoverable if Lead Plaintiff were to prevail in the Action. Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5. **Attorneys' Fees and Expenses Sought:** Court-appointed Lead Counsel, Glancy Prongay & Murray LLP ("Lead Counsel"), which has been prosecuting the Action on a wholly contingent basis since its appointment as Lead Counsel in 2023, has not received any payment of attorneys' fees for its representation of the Settlement Class and has advanced the funds to pay expenses necessarily incurred to prosecute this Action. Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33⅓% of the Settlement Fund. In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $85,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiff directly related to his representation of the Settlement Class in an amount not to exceed $5,000. Lead Counsel will also apply for reimbursement of the Notice and Administration Costs in an amount not to exceed $99,000. Any fees and expenses awarded by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses. The estimated average cost per affected share of Ryvyl common stock, if the Court approves Lead Counsel's fee and expense application, is $0.017 (based on a cash equivalent of $1.00 per Settlement Share).

6. **Identification of Attorneys' Representatives:** Lead Plaintiff and the Settlement Class are represented by Ex Kano S. Sams II, Esq. of Glancy Prongay & Murray LLP, 1925 Century Park East, Suite 2100, Los Angeles, CA 90067, (310) 201-9150, settlements@glancylaw.com.

7. **Reasons for the Settlement:** Lead Plaintiff's principal reason for entering into the Settlement is the substantial immediate cash and/or cash equivalent benefit for the Settlement Class without the risk or the delays inherent in further litigation. Moreover, the substantial cash and/or cash equivalent benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and the likely appeals that would follow a trial. This process could be expected to last several years. Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the uncertainty, burden and expense of further protracted litigation.

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED OR ONLINE NO LATER THAN DECEMBER 27, 2025. GO TO PARAGRAPH 47 FOR HOW TO SUBMIT A CLAIM FORM.** | This is the only way to be eligible to receive a payment from the Settlement Fund. If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiff's Claims (defined in ¶ 41 below) that you have against Defendants and the other Released Defendants' Parties (defined in ¶ 42 below), so it is in your |

| | interest to submit a Claim Form. |
|---|---|
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION POSTMARKED NO LATER THAN NOVEMBER 28, 2025.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Released Defendants' Parties concerning the Released Plaintiff's Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION POSTMARKED NO LATER THAN NOVEMBER 28, 2025.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them. You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON DECEMBER 19, 2025 AT 1:30 P.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN NOVEMBER 28, 2025.** | Submitting a written objection and notice of intention to appear by November 28, 2025 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses. If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund. You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |



For complete information and to file a claim, scan this QR code to go directly to the Settlement website,

**www.RyvylSecuritiesSettlement.com**

## WHAT THIS NOTICE CONTAINS

Why Did I Get The Postcard Notice? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 5

What Is This Case About? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 6

How Do I Know If I Am Affected By The Settlement?  Who Is Included
      In The Settlement Class? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 8

What Are Lead Plaintiff's Reasons For The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . .   Page 8

What Might Happen If There Were No Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 10

How Are Settlement Class Members Affected By The Action And
      The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 10

How Do I Participate In The Settlement?  What Do I Need To Do? . . . . . . . . . . . . . . . . . .Page 12

How Much Will My Payment Be? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 12

What Payment Are The Attorneys For The Settlement Class Seeking?
      How Will The Lawyers Be Paid? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 19

What If I Do Not Want To Be A Member Of The Settlement Class?
      How Do I Exclude Myself? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 19

When And Where Will The Court Decide Whether To Approve The Settlement?
      Do I Have To Come To The Hearing?  May I Speak At The Hearing If I
      Don't Like The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 20

What If I Bought Shares On Someone Else's Behalf? . . . . . . . . . . . . . . . . . . . . . . . . . . .   Page 22

Can I See The Court File?  Whom Should I Contact If I Have Questions? . . . . . . . . . . . .   Page 22

## WHY DID I GET THE POSTCARD NOTICE?

8.     The Court directed that the Postcard Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased the publicly traded common stock of Ryvyl and/or Greenbox POS during the Settlement Class Period. The Court also directed that this Notice be posted online at www.RyvylSecuritiesSettlement.com and mailed to you upon request to the Claims Administrator.  The Court has directed us to disseminate these notices because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights. If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the claims administrator selected by Lead Plaintiff and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.     The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so.  It is also to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing").  *See* paragraphs 84-86 below for details about the Settlement Hearing, including the date and location of the hearing.

10.     The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still must decide whether to approve the

Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

## WHAT IS THIS CASE ABOUT?

11.    This litigation is about allegedly false and misleading statements made by Defendants concerning Ryvyl's internal controls and financial results.

12.    On February 1, 2023, a class action complaint was filed in the Court, styled *Cullen v. Ryvyl Inc. f/k/a Greenbox POS, et al.*, 23-cv-0185-GPC-AGS.

13.    By Order dated May 9, 2023, the Court appointed Scot S. Cook to serve as Lead Plaintiff and approved Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the putative class.

14.    On June 30, 2023, Lead Plaintiff filed and served his Amended Class Action Complaint for Violations of the Federal Securities Laws ("Amended Complaint") asserting claims against Defendants pursuant to Section 10(b) of the Securities Exchange Act of 1934 ("Exchange Act") and Securities and Exchange Commission ("SEC") Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a) of the Exchange Act.  Lead Plaintiff also asserted claims pursuant to Sections 11, 12(a)(2), and 15 of the Securities Act of 1933 ("Securities Act").  Among other things, the Amended Complaint alleged that Defendants made materially false and misleading statements and/or failed to disclose that: (a) Ryvyl misrepresented its serious issues with its internal controls; (b) Ryvyl's financial statements for December 31, 2021, through and including interim periods ended September 30, June 30, and March 31, 2022, contained errors resulting in overstatements of revenue, assets, and stockholders' equity and understatements of losses; (c) Ryvyl would need to restate its previously issued financial statements for those periods; and (d) as a result, Defendants' statements about the Company's business, operations, and prospects, were materially false and misleading and/or lacked a reasonable basis.  Lead Plaintiff further alleged that the alleged misrepresentations proximately caused class member losses when the truth was revealed.  In addition to claims asserted against Defendants, the Amended Complaint also asserted claims against EF Hutton F/K/A Kingswood Capital Markets and R.F. Lafferty & Co. ("Underwriter Defendants") and against former Company Chief Financial Officer ("CFO") J. Drew Byelick ("Byelick").

15.    On August 14, 2023, Defendants and the Underwriter Defendants each filed motions to dismiss the Amended Complaint, and, on August 23, 2023, former CFO Byelick filed his motion to dismiss the Amended Complaint.

16.    On September 28, 2023, Lead Plaintiff filed an omnibus opposition to the motions to dismiss filed by Defendants, the Underwriter Defendants, and defendant Byelick.  Defendants, the Underwriter Defendants, and defendant Byelick subsequently filed reply papers in support of their respective motions to dismiss.

17.    With briefing on the motions to dismiss complete, the parties attempted to negotiate a resolution of the Action through a mediation overseen by Jed Melnick, Esq., a well-respected mediator of complex cases.  The mediation proved unsuccessful, and the litigation continued.  The parties, however, continued their attempts to reach a resolution of the Action through efforts with Mr. Melnick.

18.   On March 1, 2024, the Court issued an order Granting in Part and Denying in Part the pending motions to dismiss. *Cullen v. Ryvyl Inc.*, No. 3:23-CV-0185-GPC-SBC, 2024 WL 898206 (S.D. Cal. Mar. 1, 2024).

19.   On May 1, 2024, Lead Plaintiff filed and served his Second Amended Class Action Complaint for Violations of the Federal Securities Laws ("Second Amended Complaint") in response to the Court's order Granting in Part and Denying in Part the Amended Complaint.  In light of the Court's order, and the holdings contained therein, Lead Plaintiff decided to allege Exchange Act claims, but not Securities Act claims.  Given the Court's ruling, Lead Plaintiff also elected not to pursue claims against the Underwriter Defendants or defendant Byelick in the Second Amended Complaint

20.   On July 1, 2024, Defendants filed a motion to dismiss the Second Amended Complaint. Lead Plaintiff filed an opposition to Defendants' motion on August 15, 2024, and Defendants filed a reply in support of their motion on September 16, 2024.

21.   On October 21, 2024, the Court issued an order Granting in Part and Denying in Part Defendants' Motion to Dismiss the Second Amended Complaint.  *Cullen v. Ryvyl Inc.*, No. 3:23-CV-0185-GPC-SBC, 2024 WL 4536471 (S.D. Cal. Oct. 21, 2024).

22.   In response to the Court's order, Lead Plaintiff filed and served his Third Amended Class Action Complaint for Violations of the Federal Securities Laws ("Complaint" or "Third Amended Complaint") on November 12, 2024.

23.   In the subsequent months, Defendants sought and received extensions to respond to the Third Amended Complaint as the Parties continued to explore the possibility of resolution of the Action through Mr. Melnick.  These negotiations culminated in an agreement to settle the Action for the equivalent of one million dollars ($1,000,000) in cash and stock.

24.   Lead Plaintiff's and Defendants' agreement in principle to settle the Action was memorialized in a term sheet (the "Term Sheet").  The Term Sheet sets forth, among other things, Lead Plaintiff's agreement to settle and release all claims asserted against Defendants in the Action in return for the equivalent of one million dollars ($1,000,000) in cash and stock for the benefit of the Settlement Class, subject to certain terms and conditions and the execution of a customary "long form" stipulation and agreement of settlement and related papers.

25.   Based on the investigation and mediation of the case and Lead Plaintiff's direct oversight of the prosecution of this matter and with the advice of his counsel, Lead Plaintiff has agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation, after considering, among other things: (a) the substantial financial benefit that Lead Plaintiff and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

26.   Defendants are entering into the Stipulation solely to eliminate the uncertainty, burden and expense of further protracted litigation.  Each of the Defendants denies any wrongdoing, and the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants, or any other of the Released Defendants' Parties (defined in ¶ 42 below), with respect to any claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted.  Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of Lead Plaintiff of any infirmity in any of

the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

27.    On August 20, 2025, the Court preliminarily approved the Settlement, authorized the Postcard Notice to be mailed to potential Settlement Class Members and this Notice to be posted online and mailed to potential Settlement Class Members upon request, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

| HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT? WHO IS INCLUDED IN THE SETTLEMENT CLASS? |
|:---:|

28.    If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded.  The Settlement Class consists of:

> all persons and entities that purchased the publicly traded common stock of Ryvyl Inc. (NASDAQ: RVYL) and/or Greenbox POS (NASDAQ: GBOX) between May 13, 2021 and January 20, 2023, both dates inclusive, and were damaged thereby.

Excluded from the Settlement Class are: (a) persons and entities that suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as a partner, control person, officer and/or director of the Company during the Settlement Class Period, and members of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of the Company; (iv) any entity in which any excluded person or entity has or had a controlling interest; (v) any trust of which an Individual Defendant is the settlor or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; and (vi) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (v) hereof.  Also excluded from the Settlement Class are any persons and entities who or which submit a request for exclusion from the Settlement Class that is accepted by the Court (*see* "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself," on page 19 below).  For the avoidance of doubt, "affiliates" are persons or entities that directly, or indirectly through one or more intermediaries, control, are controlled by or are under common control with one of the Defendants.

**PLEASE NOTE:  RECEIPT OF THE POSTCARD NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.**

> **If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Claim Form that is available online at www.RyvylSecuritiesSettlement.com or which can be mailed to you upon request to the Claims Administrator, and the required supporting documentation as set forth therein, postmarked or received no later than December 27, 2025.**

| WHAT ARE LEAD PLAINTIFF'S REASONS FOR THE SETTLEMENT? |
|:---:|

29.    Lead Plaintiff and Lead Counsel believe that the claims asserted against the Defendants have merit.  They recognize, however, many offsetting factors such as the expense and length of

the continued proceedings necessary to pursue their claims against the Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages. For instance, in the March 1, 2024 order Granting in Part and Denying in Part Motions to Dismiss, the Court found that the Company's restatement did not encompass the false and misleading statements alleged with respect to the claims alleged pursuant to the Securities Act. Specifically, the Court held that "[t]he 2023 restatement of Ryvyl's financial statements does not demonstrate anything about the Registration Documents because the Registration Documents depended on financial statements from 2019 and 2020, which were *not* restated." Additionally, the Court held that some of the false and misleading statements with respect to the Exchange Act claims were not adequately alleged, and that Lead Plaintiff had sufficiently alleged scienter under the Exchange Act with respect to some Defendants, but not others. Furthermore, most of the damages alleged in the Action related to the claims brought pursuant to the Securities Act, which the Court found to be deficient. Defendants, moreover, were self-insured, thereby reducing or foreclosing any available source of recovery from insurance in the Action.

30.   More broadly, for Lead Plaintiff to prevail at trial, he would have to *prove* each of the following elements: (i) falsity (*i.e.*, that the Defendants made false statements); (ii) materiality (that the Defendants made false statements about a *material* fact); (iii) scienter (that there was a strong, or cogent inference that the Defendants made such materially false statements on purpose, or with deliberate recklessness); (iv) loss causation (that the Defendants' materially false statements proximately caused the later decline in the Company's stock price, not something else—like a weakening business overall); and (v) damages.

31.   Each element had its respective risks. For instance, even if Lead Plaintiff could adequately prove falsity, he would still face a significant challenge in proving scienter with respect to some Defendants. Indeed, the Court granted Defendants' motion to dismiss "as to Defendant Errez, and as to Defendants Chung, Nisan, and Ryvyl . . . for the alleged misstatements in the 2021 interim reports and accompanying SOX certifications, and additionally as to Defendant Chung for the alleged misstatements in the third quarter 2022 report and its accompanying SOX certification."

32.   Furthermore, the amount of damages for the remaining claims severely limited any potential recovery in the Action. Indeed, Lead Plaintiff's best-case scenario for damages under the remaining Section 10(b) claims was, at most, $2.8 million.

33.   Simply put, if the litigation were to continue, Lead Plaintiff would need to prevail on multiple elements, and at several stages—motions for class certification, summary judgment, and trial—to recovery anything. And if he prevailed at all those stages, he would likely face appeals. Thus, there were very significant risks attendant to the continued prosecution of the Action, and even if Lead Plaintiff prevailed, it would be several years in the future.

34.   In light of these risks and other considerations, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Lead Plaintiff and Lead Counsel believe that the proposed Settlement is fair, reasonable, and adequate, and in the best interests of the Settlement Class. Lead Plaintiff and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely the equivalent of one million dollars ($1,000,000) in cash and stock (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller, or no recovery, after class certification, summary judgment, trial and appeals, possibly years in the future.

35.    Defendants have denied the claims asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to eliminate the burden and expense of continued litigation.  Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

## WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?

36.    If there were no Settlement and Lead Plaintiff failed to establish any essential legal or factual element of their claims against Defendants, neither Lead Plaintiff nor the other members of the Settlement Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement, or nothing at all.

## HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED BY THE ACTION AND THE SETTLEMENT?

37.    As a Settlement Class Member, you are represented by Lead Plaintiff and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense.  You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," on page 20 below.

38.    If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?," on page 19 below.

39.    If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement?," below.

40.    If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Lead Plaintiff and the other members of the Settlement Class, on behalf of themselves, and on behalf of any other person or entity legally entitled to bring Released Plaintiff's Claims (as defined in ¶ 41 below) on behalf of the respective Settlement Class Members in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever released each and every Released Plaintiff's Claim against the Defendants and the other Released Defendants' Parties (as defined in ¶ 42 below), and shall forever be barred and enjoined from prosecuting, directly or indirectly, representatively, or in any other capacity, against any of the Released Defendants' Parties any or all of the Released Plaintiff's Claims.

41.   "Released Plaintiff's Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, that Lead Plaintiff or any other member of the Settlement Class: (i) asserted in the Third Amended Class Action Complaint for Violations of the Federal Securities Laws (the "Complaint"); or (ii) could have asserted in any forum that arise out of or are based upon the allegations, transactions, facts, matters or occurrences, representations or omissions involved, set forth, or referred to in the Complaint and that relate to the purchase of publicly traded Ryvyl and/or Greenbox common stock during the Settlement Class Period.  Released Plaintiff's Claims do not include: (i) any claims relating to the enforcement of the Settlement; (ii) any derivative claims, including those asserted in the Derivative Actions; and (iii) any claims of any person or entity who or which submits a request for exclusion that is accepted by the Court.[4]

42.   "Released Defendants' Parties" means: (i) Defendants; (ii) the immediate family members (as defined in the Stipulation) of the Individual  Defendants; (iii) direct or indirect parent entities, subsidiaries, related entities, and affiliates of Ryvyl; (iv) any trust of which any Individual Defendant is the settlor or which is for the benefit of any Individual Defendant and/or his or her immediate family members; (v) for any of the entities listed in parts (i) through (iv), their respective past and present general partners, limited partners, principals, shareholders, joint venturers, officers, directors, managers, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, and any controlling person thereof; and (v) any entity in which a Defendant has a controlling interest; all in their capacities as such.

43.   "Unknown Claims" means any Released Plaintiff's Claims which Lead Plaintiff, any other Settlement Class Member, or any other person or entity legally entitled to bring Released Plaintiff's Claims on behalf of any Settlement Class Member in such capacity only, does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant, or any other person or entity legally entitled to bring Released Defendants' Claims on behalf of the Defendants in such capacity only, does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Lead Plaintiff and Defendants shall expressly waive, and each of the other Settlement Class Members and each of the other releasing parties shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims that the creditor or releasing party does not know or suspect to exist in his or her favor at the time of executing the release and that, if known by him or her, would have materially affected his or her settlement with the debtor or released party.

Lead Plaintiff and Defendants acknowledge, and each of the other releasing parties shall be

---

[4] "Derivative Actions" means, collectively: (i) *In re RYVYL Inc. Derivative Litigation,* Case No. 3:23-cv-01165-GPC-SBC (S.D. Cal.); and (ii) *Brown v. Errez, et al.*, Case No. A-24-8923820-C (Clark Cty., Nev.).

deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

44.   The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants, and any person or entity that can assert claims on their behalf, in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever released each and every Released Defendants' Claim (as defined in ¶ 45 below) against Lead Plaintiff and the other Released Plaintiff's Parties (as defined in ¶ 46 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Released Plaintiff's Parties.

45.   "Released Defendants' Claims" means all claims and causes of action of every nature and description, whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, that arise out of or are based upon the institution, prosecution, or settlement of the claims asserted in the Action against Defendants.  Released Defendants' Claims do not include: (i) any claims relating to the enforcement of the Settlement; or (ii) any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

46.   "Released Plaintiff's Parties" means (i) Lead Plaintiff, all Settlement Class members, any other plaintiffs in the Action, Lead Counsel, any other counsel for plaintiffs in the Action, and (ii) each of their respective family members, and their respective partners, general partners, limited partners, principals, shareholders, joint venturers, members, officers, directors, managing directors, supervisors, employees, contractors, consultants, experts, auditors, accountants, financial advisors, insurers, trustees, trustors, agents, attorneys, predecessors, successors, assigns, heirs, executors, administrators, and any controlling person thereof; all in their capacities as such.

### HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

47.   To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation **postmarked or received no later than December 27, 2025**.  A Claim Form is available on the website maintained by the Claims Administrator for the Settlement, www.RyvylSecuritiesSettlement.com, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-833-360-6785.  You can submit a Claim Form and supporting documentation online at  www.RyvylSecuritiesSettlement.com, or by mail addressed to: Ryvyl Securities Settlement, c/o Claims Administrator, P.O. Box 25419, Santa Ana, CA 92799. Please retain all records of your ownership of and transactions in Ryvyl and/or Greenbox common stock, as they may be needed to document your Claim.  If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

### HOW MUCH WILL MY PAYMENT BE?

48.   At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

49.   Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid the

equivalent of one million dollars ($1,000,000) in cash and stock. If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve.

50. The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

51. Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final. Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

52. Approval of the Settlement is independent from approval of a plan of allocation. Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

53. Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked or received on or before December 27, 2025 shall be fully and forever barred from receiving payments pursuant to the Settlement but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given. This means that each Settlement Class Member releases the Released Plaintiff's Claims (as defined in ¶ 41 above) against the Released Defendants' Parties (as defined in ¶ 42 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiff's Claims against any of the Released Defendants' Parties whether or not such Settlement Class Member submits a Claim Form.

54. Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Ryvyl common stock held through the ERISA Plan in any Claim Form that they may submit in this Action. They should include ONLY those shares of Ryvyl and/or Greenbox POS common stock that they purchased outside of the ERISA Plan. Claims based on any ERISA Plan's purchases of Ryvyl and/or Greenbox POS common stock during the Settlement Class Period may be made by the plan's trustees. To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

55. The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

56. Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

57.    Only Settlement Class Members, *i.e.*, persons and entities who purchased publicly traded Ryvyl and/or Greenbox POS common stock during the Settlement Class Period and were damaged as a result of the alleged fraud, will be eligible to share in the distribution of the Net Settlement Fund.  Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.  Publicly traded Ryvyl and Greenbox POS common stock are the only securities included in the Settlement.

## PROPOSED PLAN OF ALLOCATION

58.    The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who suffered economic losses as a proximate result of the alleged wrongdoing.  The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial.  Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to Authorized Claimants pursuant to the Settlement. The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purpose of making *pro rata* allocations of the Net Settlement Fund.

59.    Recognized Loss Amounts are based primarily on the price declines observed over the period which Lead Plaintiff alleges corrective information was entering the marketplace.  In this case, Lead Plaintiff alleges that Defendants made false statements and omitted material facts during the Settlement Class Period (*i.e.*, May 13, 2021, through January 20, 2023, both dates inclusive) which had the effect of artificially inflating the price of Ryvyl common stock.  The estimated alleged artificial inflation in the price of Ryvyl common stock during the Settlement Class Period is reflected in Table 1 below.  The computation of the estimated alleged artificial inflation in the price of Ryvyl common stock during the Settlement Class Period is based on certain misrepresentations alleged by Lead Plaintiff and the price change in the stock, net of market- and industry-wide factors, in reaction to the public announcements that allegedly corrected the misrepresentations alleged by Lead Plaintiff.

60.    In order to have recoverable damages, disclosures correcting the alleged misrepresentations must be the cause of the decline in the price of Ryvyl common stock.  Lead Plaintiff alleges that corrective disclosures that occurred after the close of the U.S. financial markets on January 20, 2023, removed the artificial inflation from the price of Ryvyl common stock.  Accordingly, in order to have a Recognized Loss Amount, Ryvyl common stock must have been purchased during the Settlement Class Period and held through market close on January 20, 2023.

61.    To the extent a Claimant does not satisfy the conditions set forth in the preceding paragraph, his, her or its Recognized Loss Amount for those transactions will be zero.

| Table 1<br>Artificial Inflation in Ryvyl Common Stock | | |
|---|---|---|
| **From** | **To** | **Per-Share Inflation** |
| Thursday, May 13, 2021 | Thursday, May 13, 2021[5] | $0.00 |
| Friday, May 14, 2021 | Friday, January 20, 2023 | $0.13 |
| Monday, January 23, 2023 | Thereafter | $0.00 |

62.    The "90-day look back" provision of the Private Securities Litigation Reform Act of 1995 ("PSLRA") is incorporated into the calculation of the Recognized Loss Amount for Ryvyl common stock.  The limitations on the calculation of the Recognized Loss Amount imposed by the PSLRA are applied such that losses on Ryvyl common stock purchased during the Settlement Class Period and held as of the close of the 90-day period subsequent to the Settlement Class Period (the "90-Day Lookback Period") cannot exceed the difference between the purchase price paid for such stock and its average price during the 90-Day Lookback Period.  The Recognized Loss Amount on Ryvyl common stock purchased during the Settlement Class Period and sold during the 90-Day Lookback Period cannot exceed the difference between the purchase price paid for such stock and its rolling average price during the portion of the 90-Day Lookback Period elapsed as of the date of sale.

63.    In the calculations below, all purchase and sale prices shall exclude any fees, taxes, and commissions.  If a Recognized Loss Amount is calculated to be a negative number, that Recognized Loss Amount shall be set to zero.  Any transactions in Ryvyl common stock executed outside of regular trading hours for the U.S. financial markets shall be deemed to have occurred during the next regular trading session.

## CALCULATION OF PER-SHARE RECOGNIZED LOSS AMOUNTS

64.    Based on the formula set forth below, a "Recognized Loss Amount" shall be calculated for each purchase of Ryvyl common stock during the Settlement Class Period (*i.e.*, May 13, 2021 through January 20, 2023, both dates inclusive) that is listed in the Claim Form and for which adequate documentation is provided.

   I.    For each share of Ryvyl common stock purchased on May 13, 2021, the Recognized Loss Amount is $0.00.

   II.    For each share of Ryvyl common stock purchased during the period from May 14, 2021 through January 20, 2023, both dates inclusive, that was:
   a.    sold on or before January 20, 2023, the Recognized Loss Amount is $0.00.

   b.    sold during the period from January 23, 2023 through April 20, 2023, both dates inclusive (*i.e.*, sold during the 90-Day Lookback Period), the Recognized Loss Amount is *the least of*:
      i.    $0.13; or

---

[5] The earliest alleged false and misleading statement occurred after the close of the U.S. financial markets on May 13, 2021.  Thus, under the Plan of Allocation, there is no recovery for purchases of Ryvyl common stock on May 13, 2021.

      ii.     the purchase price *minus* the sale price; or

      iii.    the purchase price *minus* the "90-Day Lookback Value" on the date of sale as appears in Table 2 below.

c.   still held as of the close of trading on April 20, 2023, the Recognized Loss Amount is *the lesser of*:

      i.      $0.13; or

      ii.     the purchase price *minus* the average closing price for Ryvyl common stock during the 90-Day Lookback Period, which is $0.49.

| Table 2 | | | | | |
|---|---|---|---|---|---|
| Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value | Sale/ Disposition Date | 90-Day Lookback Value |
| 1/23/2023 | $0.70 | 2/22/2023 | $0.55 | 3/23/2023 | $0.49 |
| 1/24/2023 | $0.68 | 2/23/2023 | $0.55 | 3/24/2023 | $0.48 |
| 1/25/2023 | $0.66 | 2/24/2023 | $0.54 | 3/27/2023 | $0.48 |
| 1/26/2023 | $0.65 | 2/27/2023 | $0.54 | 3/28/2023 | $0.48 |
| 1/27/2023 | $0.64 | 2/28/2023 | $0.54 | 3/29/2023 | $0.48 |
| 1/30/2023 | $0.62 | 3/1/2023 | $0.54 | 3/30/2023 | $0.47 |
| 1/31/2023 | $0.61 | 3/2/2023 | $0.54 | 3/31/2023 | $0.47 |
| 2/1/2023 | $0.60 | 3/3/2023 | $0.53 | 4/3/2023 | $0.47 |
| 2/2/2023 | $0.60 | 3/6/2023 | $0.54 | 4/4/2023 | $0.47 |
| 2/3/2023 | $0.59 | 3/7/2023 | $0.53 | 4/5/2023 | $0.47 |
| 2/6/2023 | $0.59 | 3/8/2023 | $0.53 | 4/6/2023 | $0.47 |
| 2/7/2023 | $0.59 | 3/9/2023 | $0.53 | 4/10/2023 | $0.47 |
| 2/8/2023 | $0.58 | 3/10/2023 | $0.53 | 4/11/2023 | $0.47 |
| 2/9/2023 | $0.57 | 3/13/2023 | $0.52 | 4/12/2023 | $0.47 |
| 2/10/2023 | $0.57 | 3/14/2023 | $0.52 | 4/13/2023 | $0.48 |
| 2/13/2023 | $0.56 | 3/15/2023 | $0.52 | 4/14/2023 | $0.48 |
| 2/14/2023 | $0.56 | 3/16/2023 | $0.51 | 4/17/2023 | $0.48 |
| 2/15/2023 | $0.56 | 3/17/2023 | $0.51 | 4/18/2023 | $0.49 |
| 2/16/2023 | $0.56 | 3/20/2023 | $0.50 | 4/19/2023 | $0.49 |
| 2/17/2023 | $0.55 | 3/21/2023 | $0.50 | 4/20/2023 | $0.49 |
| 2/21/2023 | $0.55 | 3/22/2023 | $0.49 | N/A | N/A |

## ADDITIONAL PROVISIONS

65.    The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount (defined in paragraph 68 below) is $10.00 or greater.

66.    **FIFO Matching:** If a Settlement Class Member has more than one purchase or sale of Ryvyl common stock, all purchases and sales shall be matched on a First In, First Out ("FIFO") basis. Settlement Class Period sales will be matched first against any holdings at the beginning of

the Settlement Class Period, and then against purchases in chronological order, beginning with the earliest purchase made during the Settlement Class Period.

67.    **Calculation of Claimant's "Recognized Claim":** A Claimant's "Recognized Claim" under the Plan of Allocation shall be the sum of his, her, or its Recognized Loss Amounts for all shares of Ryvyl common stock.

68.    **Determination of Distribution Amount:** The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Claims. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Claim divided by the total Recognized Claims of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund.  If any Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized Claimant

69.    **"Purchase/Sale" Dates:** Purchases and sales of Ryvyl common stock shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date.  The receipt or grant by gift, inheritance, or operation of law of Ryvyl common stock during the Settlement Class Period shall not be deemed a purchase or sale of Ryvyl common stock for the calculation of an Authorized Claimant's Recognized Loss Amount, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase of Ryvyl common stock unless: (i) the donor or decedent purchased such Ryvyl common stock during the Settlement Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such Ryvyl common stock; and (iii) it is specifically so provided in the instrument of gift or assignment.

70.    **Ryvyl Common Stock Acquired Through the Exercise, Conversion or Exchange of Non-Publicly Traded Securities:** Notwithstanding any of the above, shares of Ryvyl common stock acquired through the exercise, conversion, or exchange of non-publicly traded securities of Ryvyl are not eligible to participate in the Settlement.

71.    Shares of Ryvyl common stock acquired in exchange for securities of any corporation or entity, or through the purchase or sale of any corporation or entity, are not eligible to participate in the settlement.

72.    **Short Sales:** The date of covering a "short sale" is deemed to be the date of purchase of Ryvyl common stock.  The date of a "short sale" is deemed to be the date of sale of Ryvyl common stock.  Under the Plan of Allocation, however, the Recognized Loss Amount on "short sales" is zero.  In the event that a Claimant has a short position in Ryvyl common stock, the earliest subsequent Settlement Class Period purchases of Ryvyl common stock shall be matched against such short position, and not be entitled to a recovery, until that short position is fully covered.

73.    **Ryvyl Common Stock Purchased/Sold Through the Exercise of Publicly Traded Options:** Option contracts are not securities eligible to participate in the Settlement.  With respect to Ryvyl common stock purchased or sold through the exercise of a publicly traded option, the purchase/sale date of the stock shall be the exercise date of the option, and the purchase/sale price of the stock shall be the option strike price.  Any Recognized Loss Amount arising from Ryvyl common stock purchased during the Settlement Class Period through the exercise of a publicly traded option on Ryvyl common stock shall be computed as provided for other purchases of Ryvyl common stock in the Plan of Allocation.

74.    **Market Gains and Losses:** To the extent a Claimant had a market gain with respect to his, her, or its overall transactions in Ryvyl common stock during the Settlement Class Period, the value of the Claimant's Recognized Claim shall be zero. To the extent that a Claimant suffered an overall market loss with respect to his, her, or its overall transactions in Ryvyl common stock during the Settlement Class Period, but that market loss was less than the total Recognized Claim calculated above, then the Claimant's Recognized Claim shall be limited to the amount of the actual market loss.

75.    For purposes of determining whether a Claimant had a market gain with respect to his, her, or its overall transactions in Ryvyl common stock during the Settlement Class Period or suffered a market loss, the Claims Administrator shall determine the difference between: (i) the Total Purchase Amount;[6] and (ii) the sum of the Total Sales Proceeds[7] and the Holding Value.[8] If the Claimant's Total Purchase Amount *minus* the sum of the Total Sales Proceeds and the Holding Value is a positive number, that number will be the Claimant's market loss on such securities; if the number is a negative number or zero, that number will be the Claimant's market gain on such securities.

76.    After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any monies remain in the fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Lead Counsel and approved by the Court.

---

[6] The "Total Purchase Amount" is the total amount the Claimant paid (excluding commissions and other charges) for all Ryvyl common stock purchased during the Settlement Class Period.

[7] The Claims Administrator shall match any sales of Ryvyl common stock during the Settlement Class Period, first against the Claimant's opening position in Ryvyl common stock (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received (excluding commissions and other charges) for the remaining sales of Ryvyl common stock sold during the Settlement Class Period shall be the "Total Sales Proceeds."

[8] The Claims Administrator shall ascribe a "Holding Value" to shares of Ryvyl common stock purchased during the Settlement Class Period and still held as of the close of trading on January 20, 2023, which shall be $0.70 (*i.e.*, the closing price of the stock on the first trading day following the alleged corrective disclosures). The total calculated holding values for all Ryvyl common stock shall be the Claimant's "Total Holding Value."

77.    Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Authorized Claimants.  No person shall have any claim against Lead Plaintiff, Lead Counsel, Lead Plaintiff's damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court.  Lead Plaintiff, Defendants and their respective counsel, and all other Defendants' Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator, the payment or withholding of taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

78.    The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Lead Plaintiff after consultation with his damages expert.  The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class.  Any Orders regarding any modification of the Plan of Allocation will be posted on the settlement website, www.RyvylSecuritiesSettlement.com.

| |
|---|
| **WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?** |

79.    Lead Counsel has not received any payment for its services in pursuing claims against the Defendants on behalf of the Settlement Class, nor has Lead Counsel been reimbursed for its out-of-pocket expenses.  Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees in an amount not to exceed 33⅓% of the Settlement Fund.  At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $85,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Lead Plaintiff directly related to his representation of the Settlement Class in an amount not to exceed $5,000.  Lead Counsel will also apply for reimbursement of the Notice and Administration Costs in an amount not to exceed $99,000.  The Court will determine the amount of any award of attorneys' fees, reimbursement of Litigation Expenses, and Notice and Administration Costs.  Such sums as may be approved by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.

| |
|---|
| **WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?** |

80.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to the Claims Administrator at *Ryvyl Securities Settlement*, EXCLUSIONS, c/o Claims Administrator, P.O. Box 25419, Santa Ana, CA 92799.  The exclusion request must be received by, or postmarked no later than November 28, 2025.  You will not be able to exclude yourself from the Settlement Class after that date.  Each Request for Exclusion must: (a) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the

Settlement Class in *Cullen v. Ryvyl Inc. et al.*, Case No. 3:23-cv-00185-GPC-SBC"; (c) state the number of shares of publicly traded Ryvyl and Greenbox POS common stock that the person or entity requesting exclusion purchased and sold during the Settlement Class Period, as well as the dates and prices of each such purchase and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is submitted within the time stated above, or is otherwise accepted by the Court.

81. If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiff's Claim against any of the Released Defendants' Parties.

82. If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

83. Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiff and Defendants.

---

**WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

---

84. **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing**.

85. The Settlement Hearing will be held on December 19, 2025 at 1:30 p.m. PT, before the Honorable Gonzalo P. Curiel at the United States District Court for the Southern District of California, James M. Carter and Judith N. Keep United States Courthouse, 333 West Broadway, Courtroom 12A, San Diego, CA 92101. At the Settlement Hearing, the Court will determine, among other things, (a) whether the proposed Settlement on the terms and conditions provided for in the Stipulation is fair, reasonable, and adequate to the Settlement Class, and should be finally approved by the Court; (b) whether, for purposes of the Settlement only, the Action should be certified as a class action on behalf of the Settlement Class, Lead Plaintiff should be certified as the class representative for the Settlement Class, and Lead Counsel should be appointed as class counsel for the Settlement Class; (c) whether the Action should be dismissed with prejudice against Defendants and the Releases specified and described in the Stipulation (and in this Notice) should be granted; (d) the fairness of the terms and conditions of the issuance of the Settlement Shares pursuant to an exemption from registration requirements under Section 3(a)(10) of the Securities Act in exchange for the settlement and release of the Released Plaintiff's Claims against the Released Defendants' Parties; (e) whether the proposed Plan of Allocation should be approved as fair and reasonable; (f) whether Lead Counsel's application for an award of attorneys' fees and Litigation Expenses should be approved; and (g) any other matters that may properly be brought before the Court in connection with the Settlement. The Court reserves the right to certify the Settlement Class; approve the Settlement, the Plan of Allocation, and Lead Counsel's motion for an award of attorneys' fees and Litigation Expenses; and/or consider any other matter related to

the Settlement at or after the Settlement Fairness Hearing without further notice to the members of the Settlement Class.

86.    The date and time of the Settlement Hearing may be changed by the Court without further written notice to the Settlement Class.  If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel, or check the Settlement Website or the Court's PACER site.

87.    Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses.  Objections must be in writing.  You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the Southern District of California at the address set forth below on or before November 28, 2025.  You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are **received by, or postmarked no later than November 28, 2025**.

| **Clerk's Office** | **Lead Counsel** | **Defendants' Counsel** |
|---|---|---|
| Clerk of the Court<br>United States District Court<br>Southern District of California<br>333 West Broadway, Suite 420<br>San Diego, CA 92101 | Glancy Prongay & Murray LLP<br>Ex Kano S. Sams II, Esq.<br>1925 Century Park East<br>Suite 2100<br>Los Angeles, CA 90067 | Mintz, Levin, Cohn, Ferris,<br>Glovsky and Popeo, P.C.<br>Sean T. Prosser, Esq.<br>3580 Carmel Mountain Rd.<br>Suite 300<br>San Diego, CA 92130 |

88.    Any objection: (a) must state the name, address, and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections, and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; and (c) must include documents sufficient to prove membership in the Settlement Class, including the number of shares of Ryvyl and Greenbox POS common stock that the person or entity objecting purchased and sold during the Settlement Class Period, as well as the dates and prices of each such purchase and sale.  You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

89.    You may submit a written objection without having to appear at the Settlement Hearing. You may not, however, appear at the Settlement Hearing to present your objection unless you first submit and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

90.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely submit a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is *received* **on or before November 28, 2025**.  Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they

may call to testify and exhibits they intend to introduce into evidence at the hearing. Such persons may be heard orally at the discretion of the Court.

91. You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing. However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth in ¶ 87 above so that the notice is *received* **on or November 28, 2025**.

92. **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

93. If you purchased the publicly traded common stock of Ryvyl and/or Greenbox POS, during the period from May 13, 2021 and January 20, 2023, both dates inclusive, for the beneficial interest of persons or organizations other than yourself, within seven (7) calendar days of receipt of the Claims Administrator's notice of the Settlement you must either: (a) request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; (b) request from the Claims Administrator a link to the Notice and Claim Form and, within seven (7) calendar days of receipt of the link, email the link to all such beneficial owners for whom valid email addresses are available; or (c) provide a list of the names, mailing addresses and email addresses (to the extent available) of all such beneficial owners to the Claims Administrator at *Ryvyl Securities Settlement*, c/o Claims Administrator, P.O. Box 25419, Santa Ana, CA 92799, in which event the Claims Administrator shall promptly mail the Postcard Notice, or email a link to the Notice and Claim Form, to such beneficial owners. Nominees that choose to follow procedures (a) or (b) shall also send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed.

94. Upon full and timely compliance with these directions, nominees may seek reimbursement of their reasonable expenses actually incurred, not to exceed: (a) $0.02 per name, mailing address, and email address (to the extent available) provided to the Claims Administrator; (b) $0.02 per email for emailing notice; or (c) $0.02 per postcard, plus postage at the pre-sort rate used by the Claims Administrator, for mailing the Postcard Notice, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Any dispute concerning the reasonableness of reimbursement costs shall be resolved by the Court. **YOU ARE NOT AUTHORIZED TO PRINT THE POSTCARD NOTICE YOURSELF. POSTCARD NOTICES MAY ONLY BE PRINTED BY THE COURT-APPOINTED CLAIMS ADMINISTRATOR**.

## CAN I SEE THE COURT FILE? WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

95. This Notice contains only a summary of the terms of the proposed Settlement. For more detailed information about the matters involved in this Action, you are referred to the papers on

file in the Action, including the Stipulation, which may be inspected on the Court's PACER website, or during regular office hours at the Office of the Clerk, United States District Court for the Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 92101. Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.RyvylSecuritiesSettlement.com.

96.    All inquiries concerning this Notice and the Claim Form should be directed to the Claims Administrator or Lead Counsel at:

| *Ryvyl Securities Settlement* | and/or | Ex Kano S. Sams II, Esq. |
|---|---|---|
| c/o Claims Administrator | | Glancy Prongay & Murray LLP |
| P.O. Box 25419 | | 1925 Century Park East, Suite 2100 |
| Santa Ana, CA 92799 | | Los Angeles, CA 90067 |
| Telephone: 833-360-6785 | | Telephone: (310) 201-9150 |
| www.RyvylSecuritiesSettlement.com | | Email: settlements@glancylaw.com |

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS, OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: September 18, 2025

By Order of the Court
United States District Court
Southern District of California

# EXHIBIT C

# PROOF OF CLAIM AND RELEASE FORM

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA**
*Cullen v. Ryvyl Inc., et al.*,
**Case No. 3:23-cv-00185-GPC-SBC**

*Ryvyl Securities Settlement*
P.O. Box 25419
Santa Ana, CA 92799

Toll Free Telephone:   833-360-6785
info@RyvylSecuritiesSettlement.com
www.RyvylSecuritiesSettlement.com

---

**THIS PROOF OF CLAIM AND RELEASE FORM ("CLAIM FORM") APPLIES TO PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED RYVYL AND/OR GREENBOX POS COMMON STOCK BETWEEN MAY 13, 2021, AND JANUARY 20, 2023, INCLUSIVE, AND WHO SUFFERED DAMAGES THEREBY.**

To be eligible to receive a share of the Net Settlement Fund in connection with the Settlement of this Action, you must be a Settlement Class Member and complete and sign this Proof of Claim and Release Form ("Claim Form") and mail it by first-class mail to the above address, or submit it through the settlement website listed above, **so that it is postmarked or submitted no later than December 27, 2025.**

Failure to submit your Claim Form by the date specified will subject your claim to rejection and may preclude you from being eligible to recover any money in connection with the Settlement.

**Do not mail or deliver your Claim Form to the Court, the settling parties or their counsel.  Submit your Claim Form only to the Claims Administrator at the address set forth above.**

| TABLE OF CONTENTS | PAGE # |
|---|---|
| **PART I – GENERAL INSTRUCTIONS** | **2** |
| **PART II – CLAIMANT INFORMATION** | **5** |
| **PART III – SCHEDULE OF TRANSACTIONS IN RYVYL AND/OR GREENBOX POS COMMON STOCK** | **6** |
| **PART IV – RELEASE OF CLAIMS AND SIGNATURE** | **8** |

## I. GENERAL INSTRUCTIONS

1. It is important that you completely read and understand the Notice of: (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Settlement Notice") that accompanies this Claim Form, including the Plan of Allocation of the Net Settlement Fund set forth in the Settlement Notice. The Settlement Notice describes the proposed Settlement, how Settlement Class Members are affected by the Settlement, and the manner in which the Net Settlement Fund will be distributed if the Settlement and Plan of Allocation are approved by the Court. The Settlement Notice also contains the definitions of many of the defined terms (which are indicated by initial capital letters) used in this Claim Form. By signing and submitting this Claim Form, you will be certifying that you have read and that you understand the Settlement Notice, including the terms of the releases described therein and provided for herein.

2. This Claim Form is directed to the "Settlement Class," which consists of all persons and entities that purchased the publicly traded common stock of Ryvyl Inc. (NASDAQ: RVYL) and/or Greenbox POS (NASDAQ: GBOX) between May 13, 2021, and January 20, 2023, both dates inclusive ("Settlement Class Period"), and were damaged thereby. All persons and entities that are members of the Settlement Class are referred to as "Settlement Class Members."

3. Excluded from the Settlement Class are: (a) persons and entities that suffered no compensable losses; and (b)(i) Defendants; (ii) any person who served as a partner, control person, officer and/or director of the Company during the Settlement Class Period, and members of their Immediate Families; (iii) present and former parents, subsidiaries, assigns, successors, affiliates, and predecessors of the Company; (iv) any entity in which any excluded person or entity has or had a controlling interest; (v) any trust of which an Individual Defendant is the settlor or which is for the benefit of an Individual Defendant and/or member(s) of their Immediate Families; and (vi) the legal representatives, heirs, successors, predecessors, and assigns of any person or entity excluded under provisions (i) through (v) hereof. Also excluded from the Settlement Class are any persons and entities who or which submit a request for exclusion from the Settlement Class that is accepted by the Court. For the avoidance of doubt, "affiliates" are persons or entities that directly, or indirectly through one or more intermediaries, control, are controlled by or are under common control with one of the Defendants.

4. If you are not a Settlement Class Member do not submit a Claim Form. YOU MAY NOT, DIRECTLY OR INDIRECTLY, PARTICIPATE IN THE SETTLEMENT IF YOU ARE NOT A SETTLEMENT CLASS MEMBER. THUS, IF YOU ARE EXCLUDED FROM THE SETTLEMENT CLASS (AS SET FORTH IN PARAGRAPH 3 ABOVE), ANY CLAIM FORM THAT YOU SUBMIT, OR THAT MAY BE SUBMITTED ON YOUR BEHALF, WILL NOT BE ACCEPTED.

5. If you are a Settlement Class Member, you will be bound by the terms of any judgments or orders entered in the Action WHETHER OR NOT YOU SUBMIT A CLAIM FORM, unless you submit a request for exclusion from the Settlement Class. Thus, if you are a Settlement Class Member, the Judgment will release, and enjoin the filing or continued prosecution of, the Released Plaintiff's Claims against the Released Defendants' Parties.

6. You are eligible to participate in the distribution of the Net Settlement Fund only if you are a member of the Settlement Class and if you complete and return this form as specified below. If you fail to submit a timely, properly addressed, and completed Claim Form with the required documentation, your claim may be rejected, and you may be precluded from receiving any distribution from the Net Settlement Fund.

7. Submission of this Claim Form does not guarantee that you will share in the proceeds of the Settlement. The distribution of the Net Settlement Fund will be governed by the Plan of Allocation set forth in the Settlement Notice, if it is approved by the Court, or by such other plan of allocation approved by the Court.

8. Use the Schedule of Transactions in Part III of this Claim Form to supply all required details of your transaction(s) (including free transfers) in and holdings of the applicable publicly traded Ryvyl and/or Greenbox POS common stock. On the Schedules of Transactions, please provide all of the requested information with respect to your holdings, purchases, acquisitions and sales of the applicable publicly traded Ryvyl and/or Greenbox POS common stock, whether such transactions resulted in a profit or a loss. Failure to report all transaction and holding information during the requested time periods may result in the rejection of your claim.

9. Please note: Only publicly traded Ryvyl and Greenbox POS common stock purchased during the Settlement Class Period (*i.e.*, from May 13, 2021, and January 20, 2023, both dates inclusive) is eligible under the Settlement. However, under the PSLRA "90-Day Lookback Period" (described in the Plan of Allocation set forth in the Settlement Notice), your sales of Ryvyl common stock during the period from January 23, 2023, through April 20, 2023, will be used for purposes of calculating your Recognized Loss Amount under the Plan of Allocation. Therefore, in order for the Claims Administrator to be able to process your claim, the requested purchase/acquisition and sale information during the 90-Day Lookback Period must also be provided.

10. You are required to submit genuine and sufficient documentation for all of your transactions and holdings of the applicable Ryvyl and Greenbox POS set forth in the Schedule of Transactions in Part III of this Claim Form. Documentation may consist of copies of brokerage confirmation slips or monthly brokerage account statements, or an authorized statement from your broker containing the transactional and holding information found in a broker confirmation slip or account statement. The Parties and the Claims Administrator do not independently have information about your investments in Ryvyl Securities. IF SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN COPIES OR EQUIVALENT CONTEMPORANEOUS DOCUMENTS FROM YOUR BROKER. FAILURE TO SUPPLY THIS DOCUMENTATION MAY RESULT IN THE REJECTION OF YOUR CLAIM. DO NOT SEND ORIGINAL DOCUMENTS. **Please keep a copy of all documents that you send to the Claims Administrator. Also, please do not highlight any portion of the Claim Form or any supporting documents.**

11. Separate Claim Forms should be submitted for each separate legal entity (*e.g.*, a claim from joint owners should not include separate transactions through an account that is in the name of just one of the joint owners, and an individual should not combine his or her IRA transactions with transactions made through an account in the individual's name). A single Claim Form should also be submitted on behalf of one legal entity including all transactions made by that entity on one Claim Form, for each separate account that entity has (*e.g.*, a corporation with multiple brokerage accounts should include all transactions made in all accounts on separate Claim Forms).

12. All joint beneficial owners must sign this Claim Form. If you purchased publicly traded Ryvyl and/or Greenbox POS common stock during the Settlement Class Period and held the securities in your name, you are the beneficial owner as well as the record owner and you must sign this Claim Form to participate in the Settlement. If, however, you purchased publicly traded Ryvyl and/or Greenbox POS common stock during the Settlement Class Period and the securities were registered in the name of a third party, such as a nominee or brokerage firm, you are the beneficial owner of these securities, but the third party is the record owner. The beneficial owner, not the record owner, must sign this Claim Form.

13. Agents, executors, administrators, guardians, and trustees must complete and sign the Claim Form on behalf of persons represented by them, and they must:
    a. expressly state the capacity in which they are acting;
    b. identify the name, account number, Social Security Number (or taxpayer identification number), address and telephone number of the beneficial owner of (or other person or entity on whose behalf they are acting with respect to) the Ryvyl Securities; and
    c. furnish herewith evidence of their authority to bind to the Claim Form the person or entity on whose behalf they are acting. (Authority to complete and sign a Claim Form cannot be established by stockbrokers demonstrating only that they have discretionary authority to trade stock in another person's accounts.)

14. By submitting a signed Claim Form, you will be swearing that you:

    a.   own(ed) the Ryvyl and/or Greenbox POS you have listed in the Claim Form; or

    b.   are expressly authorized to act on behalf of the owner thereof.

15. By submitting a signed Claim Form, you will be swearing to the truth of the statements contained therein and the genuineness of the documents attached thereto, subject to penalties of perjury under the laws of the United States of America.  The making of false statements, or the submission of forged or fraudulent documentation, will result in the rejection of your claim and may subject you to civil liability or criminal prosecution.

16. If the Court approves the Settlement, payments to eligible Authorized Claimants pursuant to the Plan of Allocation (or such other plan of allocation as the Court approves) will be made after the completion of all claims processing. This could take substantial time.  Please be patient.

17. PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her or its pro rata share of the Net Settlement Fund.  If the prorated payment to any Authorized Claimant, however, calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

18. If you have questions concerning the Claim Form, or need additional copies of the Claim Form or the Settlement Notice, you may contact the Claims Administrator, Simpluris, by email at info@RyvylSecuritiesSettlement.com, or by toll-free phone at (833) 360-6785, or you may download the documents from the Settlement website, www.RyvylSecuritiesSettlement.com.

19. NOTICE REGARDING ELECTRONIC FILES:  Certain Claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  To obtain the mandatory electronic filing requirements and file layout, you may visit the Settlement website at www.RyvylSecuritiesSettlement.com or you may email the Claims Administrator's electronic filing department at info@RyvylSecuritiesSettlement.com.  Any file not in accordance with the required electronic filing format will be subject to rejection.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information.  Do not assume that your file has been received or processed until you receive this email.  If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at info@RyvylSecuritiesSettlement.com to inquire about your file and confirm it was received and acceptable.

**IMPORTANT: PLEASE NOTE**

**YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD OR EMAIL.  THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY EMAIL OR MAIL WITHIN 60 DAYS.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL FREE AT (833) 360-6785.**

# PART II.  CLAIMANT INFORMATION

Please complete Part I in its entirety.  The Claims Administrator will use this information for all communications regarding this Proof of Claim and Release Form.  If this information changes, please notify the Claims Administrator using the contact information on page 1 of this Claim Form.

Beneficial Owner's First Name          MI          Beneficial Owner's Last Name

Co-Beneficial Owner's First Name          MI          Co-Beneficial Owner's Last Name

Entity Name (if Beneficial Owner is not an individual)

Representative or Custodian Name (if different from Beneficial Owner(s) listed above)

Last four digits of Social Security Number or Taxpayer Identification Number

Account Number (account(s) through which the securities were traded)[1]

Claimant Account Type (check appropriate box)

Individual ☐          Joint ☐          Corporation ☐          IRA/401K ☐          Pension Plan ☐          Estate ☐          Trust ☐

Other (please specify) ☐

Address 1 (street name and number)

Address 2 (apartment, unit, or box number)

City          State          ZIP Code / Postal Code

Foreign Country (only if not USA)

*(Continued on next page)*

---

[1] If the account number is unknown, you may leave blank. If the same legal entity traded through more than one account, please submit one Claim Form per account. Please see paragraph 11 of the General Instructions for more information on when to file separate Claim Forms for multiple accounts, *i.e.*, when you are filing on behalf of distinct legal entities.

Email Address (Email address is not required, but if you provide it, you authorize the Claims Administrator to use it in providing you with information relevant to this claim.)

| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

Telephone Number (Home)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|

## PART III. SCHEDULE OF TRANSACTIONS

Complete this Part III if and only if you purchased publicly traded Ryvyl and/or Greenbox POS common stock during the period from May 13, 2021, through and including January 20, 2023. Please include proper documentation with your Claim Form as described in detail in Part II – General Instructions, Paragraph 10, above. Do not include information in this section regarding securities other than Ryvyl or Greenbox POS common stock.

**Your trades are assumed to have been traded in US Dollars (USD)**. If you list any transactions in a different currency, please tick this box, and indicate the currency rate below.    ☐

1. **Beginning Holdings:** State the total number of shares of Greenbox POS common stock owned as of the close of trading on May 12, 2021. If none, write "zero" or "0". (*Must be documented.*):

| | | | | | | | | | | . | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

2. **PURCHASES/ACQUISITIONS DURING THE SETTLEMENT CLASS PERIOD THROUGH APRIL 20, 2023** – Separately list each and every purchase/acquisition (including free receipts) of Ryvyl and Greenbox POS common stock from after the opening of trading on May 13, 2021, through and including the close of trading on April 20, 2023. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (MM/DD/YY) | Number of Shares Purchased/Acquired | Purchase/Acquisition Price per Share | Total Purchase/Acquisition Price (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | . | . |
| | | . | . |
| | | . | . |
| | | . | . |

3. **SALES DURING THE SETTLEMENT CLASS PERIOD THROUGH APRIL 20, 2023 –** Separately list each and every sale/disposition (including free deliveries) of Ryvyl and Greenbox POS common stock from after the opening of trading on May 13, 2021, through and including the close of trading on April 20, 2023. (Must be documented.)

**IF NONE CHECK HERE**

☐

Proof of Claim and Release Form                                                            Page 6 of 10

| Sale Date (List Chronologically) (MM/DD/YY) | Number of Shares Sold | Sale Price per Share | Total Sale Price (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | . | . |
| | | . | . |
| | | . | . |
| | | . | . |

4. **Ending Holdings:** State the total number of shares of Ryvyl common stock owned as of the close of trading on April 20, 2023. If none, write "zero" or "0". (*Must be documented.*):

If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and the last four digits of your Social Security or Taxpayer Identification Number at the top of each sheet. **NOTE THAT CLAIMS CALCULATING TO AN AWARD AMOUNT LESS THAN $10.00 WILL NOT BE PAID.**

**YOU MUST READ THE RELEASE AND SIGN BELOW. FAILURE TO SIGN MAY RESULT IN A DELAY IN PROCESSING OR THE REJECTION OF YOUR CLAIM.**

## PART IV. RELEASE OF CLAIMS AND SIGNATURE

*YOU MUST ALSO READ THE RELEASE AND CERTIFICATION BELOW AND SIGN ON PAGE(S) 8 and/or 9 OF THIS CLAIM FORM.*

I (we) hereby acknowledge that as of the Effective Date of the Settlement, pursuant to the terms set forth in the Stipulation, I (we), on behalf of myself (ourselves) and on behalf of any other person or entity legally entitled to bring Released Plaintiff's Claims (as defined in the Stipulation and in the Settlement Notice) on my (our) behalf in such capacity only, shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever released each and every Released Plaintiff's Claim against the Defendants and the other Released Defendants' Parties, and shall forever be barred and enjoined from prosecuting, directly or indirectly, representatively, or in any other capacity, against any of the Released Defendants' Parties any or all of the Released Plaintiff's Claims.

**CERTIFICATION**

By signing and submitting this Claim Form, the Claimant(s) or the person(s) who represent(s) the Claimant(s) certifies (certify), as follows:

1. that I (we) have read and understand the contents of the Settlement Notice and this Claim Form, including the releases provided for in the Settlement and the terms of the Plan of Allocation;

2. that the Claimant(s) is a (are) Settlement Class Member(s), as defined in the Settlement Notice and in paragraph 2 on page 2 of this Claim Form, and is (are) not excluded from the Settlement Class by definition or pursuant to request as set forth in the Settlement Notice and in paragraph 3 on page 2 of this Claim Form;

3. that I (we) own(ed) the publicly traded Ryvyl and/or Greenbox POS common stock identified in this Claim Form and have not assigned the claim against the Released Defendants' Parties to another, or that, in signing and submitting this Claim Form, I (we) have the authority to act on behalf of the owner(s) thereof;

4. that the Claimant(s) submit(s) to the jurisdiction of the Court with respect to Claimant's (Claimants') claim and for purposes of enforcing the releases set forth herein;

5. that I (we) agree to furnish such additional information with respect to this Claim Form as Lead Counsel, the Claims Administrator or the Court may require;

6. that the Claimant(s) waive(s) the right to trial by jury, to the extent it exists, and agree(s) to the Court's summary disposition of the determination of the validity or amount of the claim made by this Claim Form;

7. that I (we) acknowledge that the Claimant(s) will be bound by and subject to the terms of any judgment(s) that may be entered in the Action; and

8. that the Claimant(s) is (are) NOT subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code because (a) the Claimant(s) is (are) exempt from backup withholding or (b) the Claimant(s) has (have) not been notified by the IRS that he/she/it/they is (are) subject to backup withholding as a result of a failure to report all interest or dividends or (c) the IRS has notified the Claimant(s) that he/she/it/they is (are) no longer subject to backup withholding. **If the IRS has notified the Claimant(s) that he, she, it, or they is (are) subject to backup withholding, please strike out the language in the preceding sentence indicating that the claim is not subject to backup withholding in the certification above.**

UNDER THE PENALTIES OF PERJURY, I (WE) CERTIFY THAT ALL OF THE INFORMATION PROVIDED BY ME (US) ON THIS CLAIM FORM IS TRUE, CORRECT, AND COMPLETE, AND THAT THE DOCUMENTS SUBMITTED HEREWITH ARE TRUE AND CORRECT COPIES OF WHAT THEY PURPORT TO BE.

Print Name of Claimant (Beneficial Owner)

Signature of Claimant (Beneficial Owner)

MM       DD       YY

Print Name of Joint Claimant (Co-Beneficial Owner) (if any)

Signature of Joint Claimant (Co-Beneficial Owner) (if any)

MM          DD          YY

☐☐        ☐☐        ☐☐

**IMPORTANT NOTE: If the Claimant is other than an individual, or is not the person completing this form, proof of authority to file is required to be enclosed with the claim form, and the following must also be provided:**

Capacity of person signing on behalf of Claimant (Beneficial Owner), if other than an individual, *e.g.*, executor, president, trustee, custodian, etc. (you must provide evidence of authority to act on behalf of Claimant).

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Print Name of person signing on behalf of Claimant (Beneficial Owner)

☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐☐

Signature of person signing on behalf of Claimant (Beneficial Owner)

MM          DD          YY

☐☐        ☐☐        ☐☐

## Part VI. REMINDER CHECKLIST

1.  Please sign the above release and certification.  If this Claim Form is being made on behalf of joint Claimants, then both must sign.

2.  Remember to attach only **copies** of acceptable supporting documentation as these documents will not be returned to you.

3.  Please do not highlight any portion of the Claim Form or any supporting documents.

4.  Do not send original security certificates or documentation.  These items cannot be returned to you by the Claims Administrator.

5.  Keep copies of the completed Claim Form and documentation for your own records.

6.  The Claims Administrator will acknowledge receipt of your Claim Form by mail or email within 60 days. Your claim is not deemed filed until you receive an acknowledgement.  **If you do not receive an acknowledgement within 60 days, please call the Claims Administrator toll free at (833) 360-6785.**

7.  If your address changes in the future, or if this Claim Form was sent to an old or incorrect address, please send the Claims Administrator written notification of your new address.  If you change your name, please inform the Claims Administrator.

8.  If you have any questions or concerns regarding your claim, please contact the Claims Administrator at the address below, by email at info@RyvylSecuritiesSettlement.com, or toll-free at (833) 360-6785 or visit

www.RyvylSecuritiesSettlement.com.  Please DO NOT call Defendants or their counsel with questions regarding your claim.

THIS CLAIM FORM MUST BE MAILED TO THE CLAIMS ADMINISTRATOR BY FIRST-CLASS MAIL, **POSTMARKED NO LATER THAN <u>DECEMBER 27</u>, 2025**, ADDRESSED AS FOLLOWS:

*In re Ryvyl Securities Settlement*
c/o Claims Administrator
P.O. Box 25419
Santa Ana, CA 92799

**OR SUBMITTED ONLINE BY DECEMBER 27, 2025 at www.RyvylSecuritiesSettlement.com.**

A Claim Form received by the Claims Administrator shall be deemed to have been submitted when posted, if a postmark date on or before December 27, 2025 is indicated on the envelope and it is mailed First Class and addressed in accordance with the above instructions.  In all other cases, a Claim Form shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to fully process all of the Claim Forms.  Please be patient and notify the Claims Administrator of any change of address.

# EXHIBIT D



Date: September 18, 2025

«IMbFullBarcodeEncoded»

«FirstName» «LastName»
«BusinessName»
SIMID «SIMID»      «Address1» «Address2»
«Notice_Encoded»   «City», «State»  «Zip»

Re:    *Cullen v. Ryvyl Inc. et al.*
       **Case Number: 3:23-cv-00185-GPC-SBC**
       **Court: United States District Court for the Southern District of California**
       **Notice of Proposed Settlement**

If you purchased publicly traded Ryvyl (NASDAQ: RVYL) and/or Greenbox POS (NASDAQ: GBOX) common stock, for the beneficial interest of a person or organization other than yourself between May 13, 2021, and January 20, 2023, both dates inclusive, the above-referenced Court has ordered that, **within seven (7) calendar days of your receipt of this notice, you must either**: (a) request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and forward them to all such beneficial owners **within seven (7) calendar days of receipt of those postcard notices**; (b) request from the Claims Administrator an electronic link to the Notice and Claim Form and, **within seven (7) calendar days of receipt of the link**, email the link to all such beneficial owners for whom email addresses are available; or (c) provide a list of the names, addresses, and email addresses (to the extent known) to the Claims Administrator.

Nominees who choose to follow procedures (a) or (b) shall also send a statement to the Claims Administrator confirming that the mailing or emailing was made as directed.

**If you are providing a list of names, emails, and addresses to the Claims Administrator:**

a.  Compile a list of names and addresses of the Beneficial Owners that purchased or acquired Ryvyl and/or Greenbox POS between May 13, 2021, and January 20, 2023 (inclusive).
b.  Prepare the list in Microsoft Excel Format. A preformatted spreadsheet can be requested via email or found on the Settlement Website (www.RyvylSecuritiesSettlement.com/Nominees).
c.  Then you must do one of the following:
    a.  Upload the spreadsheet to the Settlement Website; or
    b.  Email the spreadsheet to broker@RyvylSecuritiesSettlement.com.

**If you are mailing the Postcard Notice to beneficial owners:**

Request the needed number of copies of the Postcard Notice by filling out a mailing request form on the Settlement Website (www.RyvylSecuritiesSettlement.com/Nominees).  Please note, nominees are not authorized to print the Postcard Notice. Postcard Notices may only be printed by the Claims Administrator.

Upon full and timely compliance with the Court's Order, nominees may seek reimbursement of their reasonable expenses actually incurred, not to exceed: (a) $0.02 per name, mailing address, and email address (to the extent available) provided to Claims Administrator; (b) $0.02 per email for emailing notice; or (c) $0.02 per postcard, plus postage at the pre-sort rate used by the Claims Administrator, for mailing the Postcard Notice, by providing





the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought. Any disputes as to the reasonableness or documentation of expenses incurred subject to review by the Court.

**If you are filing electronic claims:**

A nominee may submit a Proof of Claim Form on behalf of multiple clients who are beneficial owners by using the Settlement Website (www.RyvylSecuritiesSettlement.com/Nominees).

If you have any questions, contact the Claims Administrator at broker@RyvylSecuritiesSettlement.com.


Regards,

Anne-Marie Marra

Program Manager, Client Services

# **EXHIBIT E**

If you purchased Greenberg Hyland, P.C. or GPC of Inc. (NASDAQ: PWUL) stock between January 16, 2021, and January 20, 2023, you may be eligible to participate in a proposed class action settlement

Release ID: 4507681-1   Distributed: Sep 22, 2025 9:17 AM ET

ℹ️ Displaying your release's performance data from PR Newswire's distribution network

## Wire performance overview ⋮

| 🏢 Pickup | 👁 Traffic | 💥 Engagement | 👥 Audience |
|---|---|---|---|
| **346** | **3.5K** | **102** | **122.8M** |

## Exact placements ⋮

Outlets where the full-text of your release has been placed. Learn how this is calculated

[ Top outlets ]

| **AP NEWS [Th...]** | **MarketWatch** | **KTLA [Los An...]** | **Morningstar** |
|---|---|---|---|
| English  US | English  US | English  US | English  Global |
| AUDIENCE | AUDIENCE | AUDIENCE | AUDIENCE |
| 31,130,637 | 10,538,302 | 5,295,102 | 4,898,521 |
| SOURCE TYPE | SOURCE TYPE | SOURCE TYPE | SOURCE TYPE |
| News & Information Service | Online News Sites & Other Influencers | Broadcast Media | Financial Data, Research & Analytics |
| INDUSTRY | INDUSTRY | INDUSTRY | INDUSTRY |
| Media & Information | Financial | Media & Information | Financial |
| View release ↗ | View release ↗ | View release ↗ | View release ↗ |

[ All (346) ]

| OUTLET ⇅ | AUDIENCE ⇅ | LOCATION ⇅ | LANGUAGE ⇅ | SOURCE TYPE ⇅ |
|---|---|---|---|---|
| AP NEWS [The Associated Press]  ↗ | 31,130,637 | US | English | News & Inform... |
| MarketWatch  ↗ | 10,538,302 | US | English | Online News S... |
| KTLA [Los Angeles, CA]  ↗ | 5,295,102 | US | English | Broadcast Med... |
| Morningstar  ↗ | 4,898,521 | Global | English | Financial Dat... |
| WJW-TV FOX-8 [Cleveland, OH]  ↗ | 3,325,483 | US | English | Broadcast Med... |
| Benzinga  ↗ | 3,038,362 | US | English | Online News S... |
| PR Newswire  ↗ | 3,021,770 | Global | English | PR Newswire |
| WFLA [Tampa, FL]  ↗ | 2,212,259 | US | English | Broadcast Med... |
| KTVI-TV FOX-2 [St. Louis, MO]  ↗ | 1,867,615 | US | English | Broadcast Med... |
| KRON [San Francisco, CA]  ↗ | 1,743,906 | US | English | Broadcast Med... |
| WGN [Chicago, IL]  ↗ | 1,731,247 | US | English | Broadcast Med... |
| NewsBlaze US  ↗ | 1,485,612 | US | English | Online News S... |
| WGHP [Greensboro, NC]  ↗ | 1,446,143 | US | English | Broadcast Med... |
| KDVR [Denver, CO]  ↗ | 1,405,907 | US | English | Broadcast Med... |
| WPIX-TV CW-11 [New York, NY]  ↗ | 1,348,200 | US | English | Broadcast Med... |
| WKRN [Nashville, TN]  ↗ | 1,337,150 | US | English | Broadcast Med... |
| KELO [Sioux Falls, SD]  ↗ | 1,325,383 | US | English | Broadcast Med... |
| KXAN-TV NBC-36 [Austin, TX]  ↗ | 1,194,476 | US | English | Broadcast Med... |
| KOIN-TV CBS-6 [Portland, OR]  ↗ | 1,186,080 | US | English | Broadcast Med... |
| KLAS-TV CBS-8 [Las Vegas, NV]  ↗ | 1,122,824 | US | English | Broadcast Med... |
| WAVY-TV NBC-10 [Portsmouth, VA]  ↗ | 1,104,439 | US | English | Broadcast Med... |
| WHTM [Harrisburg, PA]  ↗ | 1,098,753 | US | English | Broadcast Med... |
| WCMH [Columbus, OH]  ↗ | 1,048,859 | US | English | Broadcast Med... |
| KFOR [Oklahoma City, OK]  ↗ | 1,002,621 | US | English | Broadcast Med... |
| WDAF [Kansas City, MO]  ↗ | 998,449 | US | English | Broadcast Med... |
| StockTitan  ↗ | 969,762 | US | English | Online News S... |
| WRIC [Richmond, VA]  ↗ | 852,077 | US | English | Broadcast Med... |
| WWLP-TV NBC-22 [Springfield, MA]  ↗ | 834,185 | US | English | Broadcast Med... |
| WXIN-TV FOX-59 [Indianapolis, IN]  ↗ | 814,797 | US | English | Broadcast Med... |
| KTVX [Salt Lake City, UT]  ↗ | 788,544 | US | English | Broadcast Med... |
| The Gazette, Colorado Springs, Colorado  ↗ | 785,227 | US | English | Newspaper |
| WPRI/WNAC [Providence, RI]  ↗ | 784,891 | US | English | Broadcast Med... |
| KSWB [San Diego, CA]  ↗ | 784,229 | US | English | Broadcast Med... |
| WNCN [Raleigh, NC]  ↗ | 764,039 | US | English | Broadcast Med... |
| WTNH [New Haven, CT]  ↗ | 750,218 | US | English | Broadcast Med... |
| WKBN-TV CBS-27 [Youngstown, OH]  ↗ | 713,149 | US | English | Broadcast Med... |
| WOOD [Grand Rapids, MI]  ↗ | 707,273 | US | English | Broadcast Med... |
| WREG [Memphis, TN]  ↗ | 691,449 | US | English | Broadcast Med... |
| WATE [Knoxville, TN]  ↗ | 690,017 | US | English | Broadcast Med... |
| KSNW [Wichita, KS]  ↗ | 635,247 | US | English | Broadcast Med... |

| Logo | Outlet | Value | Country | Language | Type |
|---|---|---|---|---|---|
| WANE.com 15 | WANE [Fort Wayne, IN] | 635,047 | US | English | Broadcast Med... |
| KRQE | KRQE [Albuquerque, NM] | 622,697 | US | English | Broadcast Med... |
| CBS42 | WIAT [Birmingham, AL] | 605,433 | US | English | Broadcast Med... |
| khon2 | KHON [Honolulu, HI] | 597,311 | US | English | Broadcast Med... |
| NEWS10 | WTEN/ WXXA-TV [Albany, NY] | 577,069 | US | English | Broadcast Med... |
| FOX 40 | KTXL [Sacramento, CA] | 561,301 | US | English | Broadcast Med... |
| News Channel 11 wjhl 11 | WJHL-TV/ABC Tri-Cities [Johnson City, TN] | 545,807 | US | English | Broadcast Med... |
| ROCHESTERFIRST.COM | WROC/WUHF/WZDX [Rochester, NY] | 544,099 | US | English | Broadcast Med... |
| NEWS 5 WKRG | WKRG [Mobile, AL] | 524,696 | US | English | Broadcast Med... |
| | KHQ-TV, Spokane, Washington | 522,416 | US | English | Newspaper |
| ksnt.com | KSNT-TV NBC-27 [Topeka, KS] | 513,506 | US | English | Broadcast Med... |
| WTRF | WTRF [Wheeling, WV] | 508,922 | US | English | Broadcast Med... |
| KARK.com | KARK-TV NBC-4 [Little Rock, AR] | 504,762 | US | English | Broadcast Med... |
| WTAJ | WTAJ [Altoona, PA] | 494,333 | US | English | Broadcast Med... |
| WIVB 4 | WIVB [Buffalo, NY] | 463,529 | US | English | Broadcast Med... |
| | Arizona Daily Star [Tucson, AZ] | 461,787 | US | English | Newspaper |
| | 2 News, Las Vegas, Nevada | 454,922 | US | English | Newspaper |
| 12 WBOY | WBOY [Clarksburg, WV] | 402,841 | US | English | Broadcast Med... |
| LOCALSYR.com | WSYR-TV ABC-9 NewsChannel [Syracuse, NY] | 391,065 | US | English | Broadcast Med... |
| WHO 13 | WHO-TV NBC-13 [Des Moines, IA] | 390,874 | US | English | Broadcast Med... |
| yourcentralvalley.com | KSEE/KGPE [Fresno, CA] | 379,780 | US | English | Broadcast Med... |
| | KITV Island News, Honolulu, Hawaii | 370,991 | US | English | Newspaper |
| KGET.com | KGET [Bakersfield, CA] | 369,575 | US | English | Broadcast Med... |
| WCIA.com | WCIA-TV CBS 3 [Champaign, IL] | 368,597 | US | English | Broadcast Med... |
| NEWS 19 | WHNT [Huntsville, AL] | 362,931 | US | English | Broadcast Med... |
| 2 NEWS | WDTN/WBDT [Dayton, OH] | 360,956 | US | English | Broadcast Med... |
| GreenBay.com | WFRV [Green Bay, WI] | 347,771 | US | English | Broadcast Med... |
| WLNS 6 .COM | WLNS-TV CBS-6 [Lansing, MI] | 344,147 | US | English | Broadcast Med... |
| | KVOA, Tucson, AZ | 329,137 | US | English | Newspaper |
| WVNews | WV News [Clarksburg, WV] | 323,245 | US | English | Newspaper |
| 7 NEWS | WSPA/WYCW [Spartanburg, SC] | 305,502 | US | English | Broadcast Med... |
| QUEENCITYNEWS | WJZY-TV FOX-46 [Charlotte, NC] | 303,785 | US | English | Broadcast Med... |
| News Channel 6 | WJBF [Augusta, GA] | 301,301 | US | English | Broadcast Med... |
| | Albuquerque Journal, Albuquerque, New Mexico | 291,247 | US | English | Newspaper |
| Count on News 2 | WCBD-TV NBC-2 [Charleston, SC] | 285,067 | US | English | Broadcast Med... |
| my stateline.com | WQRF/WTVO [Rockford, IL] | 281,411 | US | English | Broadcast Med... |
| KNWA FOX 24 | KNWA/KFTA [Fayetteville, AR] | 277,302 | US | English | Broadcast Med... |
| WSAV | WSAV [Savannah, GA] | 272,256 | US | English | Broadcast Med... |
| FOX 56 | WDKY-TV FOX-56 [Lexington, KY] | 266,044 | US | English | Broadcast Med... |
| News 13 | WBTW [Myrtle Beach, SC] | 245,488 | US | English | Broadcast Med... |

| | KXRM [Colorado Springs, CO] | 231,824 | US | English | Broadcast Med... |
|---|---|---|---|---|---|
| | Billings Gazette, Billings, Montana | 228,933 | US | English | Newspaper |
| | WJTV-TV CBS-12 [Jackson, MS] | 214,337 | US | English | Broadcast Med... |
| | NBC Right Now, Kennewick, Washington | 207,225 | US | English | Newspaper |
| | WDVM-TV IND-25 [Washington, DC] | 199,969 | US | English | Broadcast Med... |
| | WOWK-TV CBS-13 [Charleston, WV] | 198,201 | US | English | Broadcast Med... |
| | KOLR/KOZL [Springfield, MO] | 187,012 | US | English | Broadcast Med... |
| | KVEO-TV CBS-4 [Harlingen, TX] | 175,234 | US | English | Broadcast Med... |
| | KTSM [El Paso, TX] | 162,774 | US | English | Broadcast Med... |
| | KLFY [Lafayette, LA] | 162,025 | US | English | Broadcast Med... |
| | WJET-TV ABC-24 / WFXP-TV FOX-44 [Erie, PA] | 160,027 | US | English | Broadcast Med... |
| | WMBB-TV ABC-13 [Panama City, FL] | 158,262 | US | English | Broadcast Med... |
| | Montana Right Now, Montana | 157,532 | US | English | Newspaper |
| | Montana Right Now, Montana | 157,532 | US | English | Newspaper |
| | WTTV [Indianapolis, IN] | 155,624 | US | English | Broadcast Med... |
| | WGNO [New Orleans, LA] | 155,094 | US | English | Broadcast Med... |
| | KTAB/KRBC [Abilene, TX] | 154,344 | US | English | Broadcast Med... |
| | KIAH [Houston, TX] | 147,121 | US | English | Broadcast Med... |
| | WETM-TV NBC-18 [Elmira, NY] | 137,408 | US | English | Broadcast Med... |
| | KXMA/KXMB [Bismark, ND] | 132,887 | US | English | Broadcast Med... |
| | KETK-TV FOX-51 [Tyler, TX] | 124,701 | US | English | Broadcast Med... |
| | WNCT [Greenville, NC] | 122,404 | US | English | Broadcast Med... |
| | WEHT/WTVW [Evansville, IN] | 119,898 | US | English | Broadcast Med... |
| | WRBL [Columbus, GA] | 114,286 | US | English | Broadcast Med... |
| | WMBD-TV CBS 31 / WYZZ-TV FOX 43 [Peoria, IL] | 112,288 | US | English | Broadcast Med... |
| | Wyoming Tribune Eagle, Cheyenne, Wyoming | 111,952 | US | English | Newspaper |
| | The Daily Sentinel, Grand Junction, Colorado | 110,531 | US | English | Newspaper |
| | The Daily Sentinel, Grand Junction, Colorado | 110,531 | US | English | Newspaper |
| | KFDX-TV NBC-3 / KJTL-TV FOX-18 [Wichita Falls, TX] | 109,581 | US | English | Broadcast Med... |
| | KAMC/KLBK | 107,290 | US | English | Broadcast Med... |
| | Missoulian, Missoula, Montana | 98,444 | US | English | Newspaper |
| | WDHN-TV ABC [Webb, AL] | 96,398 | US | English | Broadcast Med... |
| | KSNF/KODE [Joplin, MO] | 95,310 | US | English | Broadcast Med... |
| | Aspen Daily News, Aspen, Colorado | 94,793 | US | English | Newspaper |
| | The Daily News, Longview, Washington | 94,613 | US | English | Newspaper |
| | WVNS [Beckley, WV] | 94,079 | US | English | Broadcast Med... |
| | KLST/KSAN [San Angelo, TX] | 92,711 | US | English | Broadcast Med... |
| | KLRT-TV FOX-16 [Little Rock, AR] | 91,216 | US | English | Broadcast Med... |
| | KWKT-TV FOX-44 / KYLE-TV MyNetworkTV [Woodway, TX] | 88,545 | US | English | Broadcast Med... |
| | KTAL-TV NBC-6 [Shreveport, LA] | 87,761 | US | English | Broadcast Med... |

| | | | | |
|---|---|---|---|---|
| WTWO-TV NBC-2/WAWV-TV ABC-38 MyWabashValley [Terre Haute IN] | 86,924 | US | English | Broadcast Med... |
| QuadCities WHBF-TV CBS-4 / KLJB-TV FOX-18 [Rock Island, IL] | 86,661 | US | English | Broadcast Med... |
| KCAU-TV ABC-9 Siouxland Proud [Sioux City, IA] | 84,996 | US | English | Broadcast Med... |
| WFXR [Roanoke, VA] | 83,913 | US | English | Broadcast Med... |
| CentralCharts | 82,299 | Global | English | Online News S... |
| KULR-8, Billings, Montana | 76,178 | US | English | Newspaper |
| Las Vegas Optic, Las Vegas, New Mexico | 73,345 | US | English | Newspaper |
| Helena Independent Record, Helena, Montana | 71,396 | US | English | Newspaper |
| KREX/KFQX/KGJT [Grand Junction, CO] | 71,017 | US | English | Broadcast Med... |
| Montana Standard, Butte, Montana | 68,334 | US | English | Newspaper |
| The Union, Grass Valley, California | 66,889 | US | English | Newspaper |
| News Miner, Fair | 66,885 | US | English | Newspaper |
| News Miner, Fair | 66,885 | US | English | Newspaper |
| WBGH/WIVT [Binghamton, NY] | 63,534 | US | English | Broadcast Med... |
| Webull App | 63,286 | US | English | Financial Dat... |
| Webull App | 63,286 | US | English | Financial Dat... |
| Arizona Daily Sun, Flagstaff, Arizona | 62,850 | US | English | Newspaper |
| Taos News, Taos, New Mexico | 58,445 | US | English | Newspaper |
| Gillette News Record, Gillette, Wyoming | 56,139 | US | English | Newspaper |
| Santa Maria Times, Santa Maria, California | 54,983 | US | English | Newspaper |
| Pinal Central [Casa Grande, AZ] | 54,260 | US | English | Newspaper |
| Napa Valley Register, Napa, California | 54,168 | US | English | Newspaper |
| Napa Valley Register, Napa, California | 54,168 | US | English | Newspaper |
| Mountain Democrat, Placerville, California | 50,810 | US | English | Newspaper |
| KARD/KTVE [West Monroe, LA] | 48,885 | US | English | Broadcast Med... |
| Casper Star-Tribune [Casper, WY] | 47,943 | US | English | Newspaper |
| WPHL [Philadelphia, PA] | 47,038 | US | English | Broadcast Med... |
| The News-Review, Roseburg, Oregon | 46,125 | US | English | Newspaper |
| KMID/KPEJ [Odessa, TX] | 44,903 | US | English | Broadcast Med... |
| Big Country News Connection, Spokane, Washington | 44,780 | US | English | Newspaper |
| WBRE/WYOU [Wilkes-Barre, PA] | 44,294 | US | English | Broadcast Med... |
| Times-News, Twin Falls, Idaho | 44,026 | US | English | Newspaper |
| WFFF-TV FOX 44 / WVNY-TV ABC-22 [Colchester, VT] | 43,406 | US | English | Broadcast Med... |
| Cal OES News, Sacramento, California | 43,158 | US | English | Newspaper |
| Gazette-Times, Corvallis, Oregon | 42,112 | US | English | Newspaper |
| Imperial Valley Press, El Centro, California | 41,100 | US | English | Newspaper |
| Imperial Valley Press, El Centro, California | 41,100 | US | English | Newspaper |
| NCWLIFE, Wenatchee, Washington | 39,947 | US | English | Newspaper |
| Antelope Valley Press, Palmdale/Lancaster, California | 37,078 | US | English | Newspaper |
| Antelope Valley Press, Palmdale/Lancaster, California | 37,078 | US | English | Newspaper |

| | | | | |
|---|---|---|---|---|
| Lodi News-Sentinel, Lodi, California | 36,791 | US | English | Newspaper |
| Porterville Recorder, Porterville, California | 36,554 | US | English | Newspaper |
| Porterville Recorder, Porterville, California | 36,554 | US | English | Newspaper |
| SWX Local Sports, Montana | 34,660 | US | English | Newspaper |
| WYTV-TV ABC-33 [Youngstown, OH] | 32,506 | US | English | Broadcast Med... |
| KPVI News 6, Pocatello, Idaho | 31,955 | US | English | Newspaper |
| Appeal-Democrat, Marysville/Yuba City, California | 31,917 | US | English | Newspaper |
| Appeal-Democrat, Marysville/Yuba City, California | 31,917 | US | English | Newspaper |
| Daily Republic, Fairfield, California | 31,892 | US | English | Newspaper |
| The Davis Enterprise, Davis, California | 31,254 | US | English | Newspaper |
| KDAF-TV CW-33 [Dallas, TX] | 30,386 | US | English | Broadcast Med... |
| Elko Daily Free Press, Elko, Nevada | 29,691 | US | English | Newspaper |
| Columbia Gorge News, Hood River, Oregon | 29,466 | US | English | Newspaper |
| WWTI-TV ABC-50 [Watertown, NY] | 29,400 | US | English | Broadcast Med... |
| NCN: Northeast - News Channel Nebraska [Norfolk, NE] | 29,349 | US | English | Broadcast Med... |
| Hanford Sentinel, Hanford, California | 28,269 | US | English | Newspaper |
| The Press, Brentwood, California | 27,601 | US | English | Newspaper |
| Albany Democrat-Herald, Albany, Oregon | 27,392 | US | English | Newspaper |
| Fairfield Sun Times, Fairfield, Montana | 26,395 | US | English | Newspaper |
| WMICentral.com, Iron Mountain, Michigan | 24,036 | US | English | Newspaper |
| Tri-Valley Times, Pleasanton, California | 23,748 | US | English | Newspaper |
| Lompoc Record, Lompoc, California | 23,079 | US | English | Newspaper |
| Chino Champion, Chino, California | 21,242 | US | English | Newspaper |
| Kingman Miner, Kingman AZ | 20,830 | US | English | Newspaper |
| Roswell Daily Record, Roswell, New Mexico | 20,729 | US | English | Newspaper |
| Mohave Daily News, Bullhead City, AZ | 20,679 | US | English | Newspaper |
| Newport News-Times, Newport, Oregon | 20,615 | US | English | Newspaper |
| The Union Democrat, Sonora, California | 19,332 | US | English | Newspaper |
| West Valley View, Avondale AZ | 19,078 | US | English | Newspaper |
| NCN: River Country - NewsChannelNebraska [Nebraska City, NE] | 18,651 | US | English | Broadcast Med... |
| NCN: Panhandle - News Channel Nebraska [Grand Island, NE] | 17,713 | US | English | Broadcast Med... |
| NCN: Metro - News Channel Nebraska [Omaha, NE] | 16,908 | US | English | Broadcast Med... |
| CNYhomepage | 16,867 | US | English | Broadcast Med... |
| Ravalli Republic, Hamilton, Montana | 16,066 | US | English | Newspaper |
| The Desert Review, El Centro, California | 15,881 | US | English | Newspaper |
| Polk County Itemizer-Observer, Dallas, Oregon | 15,182 | US | English | Newspaper |
| Gilbert Sun, Gilbert AZ | 14,482 | US | English | Newspaper |
| Prescott Times, Prescott AZ | 14,207 | US | English | Newspaper |
| Los Angeles Downtown News, Los Angeles, California | 13,657 | US | English | Newspaper |
| CW7 Arizona [Phoenix, AZ] | 13,136 | US | English | Broadcast Med... |

| | | | | |
|---|---|---|---|---|
| | Queen Creek Tribune, Queen Creek AZ | 12,726 US | English | Newspaper |
| WI Proud | WLAX-TV FOX 28/45 [La Crosse, WI] | 12,238 US | English | Broadcast Med... |
| | City Sun Times, Scottsdale AZ | 11,785 US | English | Newspaper |
| | Taft Midway Driller, Taft, California | 11,310 US | English | Newspaper |
| | Santa Ynez Valley News, Santa Ynez Valley, California | 11,128 US | English | Newspaper |
| | Sunnyside Sun, Sunnyside, Washington | 11,062 US | English | Newspaper |
| NCN NEBRASKA | NCN: Southeast - News Channel Nebraska [Beatrice, NE] | 10,760 US | English | Broadcast Med... |
| NCN NEBRASKA | NCN: Central - News Channel Nebraska [Grand Island, NE] | 10,670 US | English | Broadcast Med... |
| | Estes Park News, Estes Park, Colorado | 10,360 US | English | Newspaper |
| | Tehachapi News, Tehachapi, California | 10,046 US | English | Newspaper |
| CRWE WORLD | CRWE World | 9,924 US | English | Trade Publica... |
| | Record Gazette, Banning, California | 9,223 US | English | Newspaper |
| | Pasadena Weekly, Pasadena, California | 9,117 US | English | Newspaper |
| | The Daily Independent, Ridgecrest, California | 8,840 US | English | Newspaper |
| | Char-Koosta News, Pablo, Montana | 8,686 US | English | Newspaper |
| | Fontana Herald News, Fontana, California | 8,614 US | English | Newspaper |
| | The Daily Titan, Fullerton, California | 8,579 US | English | Newspaper |
| | Rio Grande Sun, Espanola, New Mexico | 8,559 US | English | Newspaper |
| creditrisk monitor | CreditRiskMonitor | 8,107 US | English | Financial Dat... |
| | Yuma Sun, Yuma AZ | 7,792 US | English | Newspaper |
| | Yuma Sun, Yuma AZ | 7,792 US | English | Newspaper |
| NCN NEBRASKA | NCN: Platte Valley - News Channel Nebraska [Columbus, NE] | 7,495 US | English | Broadcast Med... |
| | Redlands Community News, Redlands, California | 7,261 US | English | Newspaper |
| | Tucson Lifestyle, Tucson, AZ | 7,123 US | English | Newspaper |
| | Ledger Dispatch, Jackson, California | 6,807 US | English | Newspaper |
| | Coronado Eagle & Journal, Coronado, California | 6,617 US | English | Newspaper |
| | VCReporter, Ventura County, California | 6,480 US | English | Newspaper |
| | Chewelah Independent, Chewelah, Washington | 6,036 US | English | Newspaper |
| WNTZ | WNTZ [Alexandria, LA] | 5,931 US | English | Broadcast Med... |
| | Hi-Desert Star, Yucca Valley, California | 5,809 US | English | Newspaper |
| | Idaho County Free Press, Grangeville, Idaho | 5,477 US | English | Newspaper |
| NCN NEBRASKA | NCN: Sandhills - News Channel Nebraska [Grand Island, NE] | 5,156 US | English | Broadcast Med... |
| | Buffalo Bulletin, Buffalo, Wyoming | 5,138 US | English | Newspaper |
| | Kodiak Daily Mirror, Kodiak, AK | 5,025 US | English | Newspaper |
| | WyoToday, Riverton, Wyoming | 4,588 US | English | Newspaper |
| | Chandler News, Chandler, AZ | 4,123 US | English | Newspaper |
| | Desert News, Apple Valley, California | 4,103 US | English | Newspaper |
| | The Argonaut, Los Angeles, California | 4,041 US | English | Newspaper |
| | Village Life, El Dorado Hills, California | 4,034 US | English | Newspaper |
| | Moorpark Acorn, Moorpark, California | 3,962 US | English | Newspaper |

| | Arcadia News, Phoenix AZ | 3,880 | US | English | Newspaper |
|---|---|---|---|---|---|
| | Laughlin Times, Laughlin, Nevada | 3,878 | US | English | Newspaper |
| | The Community Voice, Rohnert Park, California | 3,775 | US | English | Newspaper |
| | NEWSNet | 3,723 | US | English | Broadcast Med... |
| | Inyo Register, Bishop, California | 3,203 | US | English | Newspaper |
| | Exponent, Montana State University, Bozeman, Montana | 3,154 | US | English | Newspaper |
| | Green & White Sheet, Tucson, AZ | 3,062 | US | English | Newspaper |
| | Big Bear Grizzly, Big Bear Lake, California | 2,802 | US | English | Newspaper |
| | Latin Business Today | 2,801 | US | English | Online News S... |
| | Today's Family Magazine | 2,730 | US | English | Print Media |
| | Pooler Magazine | 2,725 | US | English | Print Media |
| | The Sheet News, Mammoth Lakes, California | 2,711 | US | English | Newspaper |
| | The Gazette, GTG Gazette, Grant City, Missouri | 2,554 | US | English | Newspaper |
| | Clearwater Tribune, Orofino, Idaho | 2,517 | US | English | Newspaper |
| | Needles Desert Star, Needles, California | 2,449 | US | English | Newspaper |
| | Trinity Journal, Weaverville, California | 2,361 | US | English | Newspaper |
| | Wickenburg Sun | 2,296 | US | English | Newspaper |
| | Boulder Monitor, Boulder, Montana | 2,285 | US | English | Newspaper |
| | Statesman Examiner, Colville, Washington | 2,167 | US | English | Newspaper |
| | San Clemente Journal | 2,086 | US | English | Print Media |
| | The Gazette, Colorado Springs, Colorado | 2,016 | US | English | Newspaper |
| | Mountain News, Lake Arrowhead, California | 1,915 | US | English | Newspaper |
| | The Weekend Drive, Detroit, Michigan | 1,844 | US | English | Newspaper |
| | Jornal Web Digital | 1,747 | Brazil | English | Online News S... |
| | KHMT/KSVI [Billings, MT] | 1,727 | US | English | Broadcast Med... |
| | KJUN-TV / KFOL-TV HTV10 [Houma, LA] | 1,702 | US | English | Broadcast Med... |
| | Effingham Magazine | 1,571 | US | English | Print Media |
| | The Gazette-Democrat, Anna, Illinois | 1,515 | US | English | Newspaper |
| | Delta Wind, Bethel AK | 1,401 | US | English | Newspaper |
| | Winters Express, Winters, California | 1,161 | US | English | Newspaper |
| | My Utah News, Salt Lake City, Utah | 1,082 | US | English | Newspaper |
| | Newark Life Magazine | 867 | US | English | Print Media |
| | Clearwater Progress, Orofino, Idaho | 810 | US | English | Newspaper |
| | City News Vegas, Las Vegas, Nevada | 775 | US | English | Newspaper |
| | Palos Verdes Peninsula News, Palos Verdes Estates, Californi | 761 | US | English | Newspaper |
| | Discover Our Coast, Astoria, Oregon | 653 | US | English | Newspaper |
| | Foresthill Messenger, Foresthill, California | 636 | US | English | Newspaper |
| | KLXS-FM 95.3 | 558 | US | English | Broadcast Med... |
| | Aspen Daily News [Aspen, CO] | 519 | US | English | Newspaper |
| | CreativeBharat | 503 | India | English | News & Inform... |

| | Wyoming Press Association, Casper, Wyoming [↗] | 498 US | English | Newspaper |
|---|---|---|---|---|
| | KKYA-FM 93.1 [↗] | 495 US | English | Broadcast Med… |
| | New Mexico Press Association, Albuquerque, New Mexico [↗] | 458 US | English | Newspaper |
| | KBEW-AM 1560 / KBEW-FM 98.1 COUNTRY [Blue Earth, MN] [↗] | 411 US | English | Broadcast Med… |
| | Southern Sports Today [↗] | 383 US | English | Broadcast Med… |
| | NEWSnet Buffalo [↗] | 377 US | English | Broadcast Med… |
| | Meeting News Northwest, Oregon [↗] | 367 US | English | Newspaper |
| | KZZI-FM 95.9 [↗] | 349 US | English | Broadcast Med… |
| | Middletown Life Magazine [↗] | 348 US | English | Print Media |
| | The Podcast Park [↗] | 332 US | English | Broadcast Med… |
| | WHLF 95.3 FM [South Boston, VA] [↗] | 310 US | English | Broadcast Med… |
| | The Dam 94.3-FM [↗] | 300 US | English | Broadcast Med… |
| | East Hanover Florham Park Life [↗] | 297 US | English | Print Media |
| | KYNT-AM 1450 [↗] | 274 US | English | Broadcast Med… |
| | WLUS 98.3 FM [Clarksville, VA] [↗] | 268 US | English | Broadcast Med… |
| | NEWSnet Augusta [↗] | 267 US | English | Broadcast Med… |
| | KMLK 98.7-FM [El Dorado, AR] [↗] | 256 US | English | Broadcast Med… |
| | WCNN 680 AM / 93.7 FM [Atlanta, GA] [↗] | 255 US | English | Broadcast Med… |
| | TradeWire LLC [↗] | 252 US | English | Financial New… |
| | NEWSNet Tampa [↗] | 246 US | English | Broadcast Med… |
| | NEWSnet Columbus [↗] | 230 US | English | Broadcast Med… |
| | NEWSnet Nashville [↗] | 229 US | English | Broadcast Med… |
| | NEWSnet Hawaii [↗] | 205 US | English | Online News S… |
| | NEWSNet Salt Lake City [↗] | 202 US | English | Broadcast Med… |
| | WSHV 96.7 FM [South Hill, VA] [↗] | 198 US | English | Broadcast Med… |
| | NEWSnet Miami [↗] | 197 US | English | Broadcast Med… |
| | NEWSnet Detroit [↗] | 197 US | English | Broadcast Med… |
| | WKSK 101.9 FM [South Boston, VA] [↗] | 194 US | English | Broadcast Med… |
| | NEWSNet Odessa [↗] | 193 US | English | Broadcast Med… |
| | Z106.3 FM [↗] | 175 US | English | Broadcast Med… |
| | NEWSnet Austin [↗] | 174 US | English | Broadcast Med… |
| | NEWSnet Columbia [↗] | 171 US | English | Broadcast Med… |
| | NEWSnet Atlanta [↗] | 171 US | English | Broadcast Med… |
| | KCCR-AM 1240 [Pierre, SD] [↗] | 165 US | English | Broadcast Med… |
| | KCCR-FM 95.3 [Pierre, SD] [↗] | 160 US | English | Broadcast Med… |
| | NEWSnet Monterey [↗] | 159 US | English | Online News S… |
| | NEWSnet Los Angeles [↗] | 153 US | English | Online News S… |
| | NEWSNet West Palm Beach [↗] | 150 US | English | Broadcast Med… |
| | NEWSNet Waco [↗] | 150 US | English | Broadcast Med… |
| | NEWSnet Pittsburgh [↗] | 147 US | English | Broadcast Med… |

| | | | | |
|---|---|---|---|---|
| NEWSNet Norfolk | 147 | US | English | Broadcast Med... |
| NEWSnet Boise | 145 | US | English | Online News S... |
| WWDN 104.5 FM [Danville, VA] | 141 | US | English | Broadcast Med... |
| NEWSnet Jacksonville | 112 | US | English | Broadcast Med... |
| KDAM-FM 94.3 | 95 | US | English | Broadcast Med... |
| KQRQ-FM 92.3 | 91 | US | English | Broadcast Med... |
| Newsradio KOTA [Rapid City, SD] | 91 | US | English | Broadcast Med... |
| Business Class News | 91 | US | English | Blog |
| Beacon Senior News | 89 | US | English | Newspaper |
| Folsom Local News [Folsom, CA] | 89 | US | English | Online News S... |
| Northern Michigan NEWSNet | 75 | US | English | Broadcast Med... |
| NEWSnet Las Vegas | 74 | US | English | Broadcast Med... |
| WFOM 106.3 FM / 1230 AM [Atlanta, GA] | 71 | US | English | Broadcast Med... |
| NEWSNet Sports | 62 | US | English | Online News S... |
| NEWSNet Sioux Falls | 62 | US | English | Broadcast Med... |
| NEWSNet San Antonio | 62 | US | English | Broadcast Med... |
| NEWSNet Sacremento | 62 | US | English | Online News S... |
| NEWSNet Quincy | 62 | US | English | Broadcast Med... |
| NEWSNet Portland | 62 | US | English | Broadcast Med... |
| NEWSNet Orlando | 62 | US | English | Broadcast Med... |
| NEWSnet Myrtle Beach | 62 | US | English | Broadcast Med... |
| NEWSnet Minneapolis | 62 | US | English | Broadcast Med... |
| NEWSnet Fresno | 62 | US | English | Broadcast Med... |
| WMPW 105.9 FM [Danville, VA] | 61 | US | English | Broadcast Med... |
| WWZW-FM Classic story96.7 [Lexington, VA] | 29 | US | English | Broadcast Med... |
| Oregon Family | 23 | US | English | Print Media |