# EXHIBIT 3

**GLANCY PRONGAY MURRAY LLP**
**FIRM LODESTAR REPORT FROM INCEPTION**

**IN RE RYVYL10B LITIGATION**
**INCEPTION THROUGH OCTOBER 24, 2025**

| TIMEKEEPER/CASE | STATUS | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| **ATTORNEYS:** | | | | |
| Robert Prongay | Partner | 7.40 | 1,100.00 | 8,140.00 |
| Joseph Cohen | Partner | 93.50 | 1,225.00 | 114,537.50 |
| Ex Kano Sams | Partner | 562.30 | 1,200.00 | 674,760.00 |
| Charles Linehan | Partner | 8.10 | 900.00 | 7,290.00 |
| **TOTAL ATTORNEY** | **TOTAL** | **671.30** | | **804,727.50** |
| **PARALEGALS:** | | | | |
| Harry Kharadjian | Senior Paralegal | 53.75 | 350.00 | 18,812.50 |
| Alexia Shiri | Senior Paralegal | 13.20 | 350.00 | 4,620.00 |
| Michelle Mejia | Paralegal | 11.30 | 325.00 | 3,672.50 |
| John D. Belanger | Research Analyst | 19.00 | 365.00 | 6,935.00 |
| **TOTAL PARALEGAL** | **TOTAL** | **97.25** | | **34,040.00** |
| **TOTAL LODESTAR** | **TOTAL** | **768.55** | | **838,767.50** |

| GLANCY PRONGAY & MURRAY LLP LODESTAR SUMMARY BY TASK | | | | | | | |
|---|---|---|---|---|---|---|---|
| RYVYL10B TASK CHART | TASKS AND HOURS | | | | | | |
| | 01 | 04 | 05 | 06 | 07 | 08 | Grand Total |
| TIMEKEEPER NAME | FACTUAL RESEARCH | WORK WITH EXPERTS | PLEADINGS, BRIEFS, MOTIONS | LIT STRATEGY, ANALYSIS, MGMNT | COURT APPEARANCES AND TRAVEL | SETTLEMENT | |
| **Partner** | | | | | | | |
| Robert Prongay | | | | | | 7.40 | 7.40 |
| Ex Kano Sams | 30.00 | 0.40 | 257.80 | 54.50 | 17.40 | 202.20 | 562.30 |
| Joseph Cohen | | | | | | 93.50 | 93.50 |
| Charles Linehan | | | 3.70 | 4.40 | | | 8.10 |
| **Senior Paralegal** | | | | | | | |
| Harry Kharadjian | | | 53.75 | | | | 53.75 |
| Alexia Shiri | | | 13.20 | | | | 13.20 |
| **Paralegal** | | | | | | | |
| Michelle Mejia | | | 5.90 | | | 5.40 | 11.30 |
| **Research Analyst** | | | | | | | |
| John D. Belanger | 19.00 | | | | | | 19.00 |
| **Grand Total** | **49.00** | **0.40** | **334.35** | **58.90** | **17.40** | **308.50** | **768.55** |

| SUMMARY TABLE OF HOURS AND LODESTAR BY TASK | | |
|---|---|---|
| NAME | HOURS | LODESTAR |
| PLEADINGS, BRIEFS, MOTIONS | 334.35 | 338,040.00 |
| LIT STRATEGY, ANALYSIS, MGMNT | 58.90 | 69,360.00 |
| FACTUAL RESEARCH | 49.00 | 42,935.00 |
| SETTLEMENT | 308.50 | 367,072.50 |
| WORK WITH EXPERTS | 0.40 | 480.00 |
| COURT APPEARANCES AND TRAVEL | 17.40 | 20,880.00 |
| **Grand Total** | **768.55** | **838,767.50** |