# EXHIBIT 4

**GLANCY PRONGAY MURRAY LLP**
**FIRM EXPENSES REPORT**

**IN RE RYVYL10B EXPENSES**
**INCEPTION THROUGH NOVEMBER 7, 2025**

| CATEGORY OF EXPENSE | AMOUNT PAID |
|---|---|
| COURIER AND SPECIAL POSTAGE | 202.94 |
| EXPERTS | 22,443.00 |
| INVESTIGATIONS | 13,951.99 |
| MEDIATORS | 18,621.88 |
| ONLINE RESEARCH | 14,239.80 |
| PHOTOIMAGING | 41.00 |
| PRESS RELEASES | 100.00 |
| SERVICE OF PROCESS | 494.50 |
| TRAVEL AUTO | 166.60 |
| TRAVEL PARKING | 26.40 |
| **Grand Total** | **70,288.11** |