# EXHIBIT 6

**Select Ninth Circuit Cases with 25% or Above Fee Awards**

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re TFT-LCD (Flat Panel) Antitrust Litig., MDL No. 1827, 2013 WL 1365900 at *20 (N.D. Cal. Apr. 3, 2013) | $1,080,000,000 | 28.60% | $8,736,131.43 |
| In re Cathode Ray Tube (CRT) Antitrust Litig., No. 07-md-01917, 2016 WL 4126533 at *1-*11 (N.D. Cal. Aug. 3, 2016) | $576,750,000 | 27.50% | $7,634,372.50 |
| In Re Dynamic Random Access Memory (DRAM) Antitrust Litig., MDL No. 1486, 2007 U.S. Dist. LEXIS 103027 at *2 (N.D. Cal. Aug. 16, 2007) | $326,000,000 | 25.00% | $4,250,551.56 |
| In re Apple Inc. Device Performance Litig., No. 18-md-02827-EJD, 2023 WL 2090981 at *20 (N.D. Cal. Feb. 17, 2023) | $310,000,000 | 26.00% | $995,244.93 |
| Purple Mountain Tr. v. Wells Fargo & Co., No. 18-cv-03948-JD, 2023 WL 11872699 at *4-*5 (N.D. Cal. Sep. 26, 2023) | $300,000,000 | 25.00% | $1,965,687.14 |
| Perez v. Rash Curtis & Assocs., No. 16-cv-03396, 2020 WL 1904533 at *15 (N.D. Cal. Apr. 17, 2020) | $267,000,000 | 33.33% | $277,416.28 |
| Andrews v. Plains All Am. Pipeline L.P., No. 15-cv-04113, 2022 WL 4453864 at *5 (C.D. Cal. Sep. 20, 2022) | $230,000,000 | 32.00% | $6,085,336.00 |
| Boston Retirement System v. Uber Technologies, Inc., No. 3:19-cv-06361-RS, 2024 WL 5341197 at *2 (N.D. Cal. Dec. 4, 2024) | $200,000,000 | 29.00% | $2,810,672.75 |
| Dicker v. TuSimple Holdings, Inc., No. 3:22-cv-01300-BEN-MSB, 2024 WL 5181968 at *1 (S.D. Cal. Dec. 18, 2024) | $189,000,000 | 25.00% | $230,279.90 |
| In re Brocade Sec. Litig., No. 3:05-cv-02042-CRB, ECF No. 496-1 (N.D. Cal. Jan. 26, 2009) | $160,098,500 | 25.00% | $986,039.00 |
| In re Snap Inc. Sec. Litig., No. 2:17-cv-03679-SVW, 2021 WL 667590 at *3 (C.D. Cal. Feb. 18, 2021) | $154,687,500 | 25.00% | $2,290,350.53 |
| In re Broadcom Corp. Sec. Litig., No. SACV-01-275 DT (MLGx), 2005 WL 8153006 at *4 (C.D. Cal. Sep. 12, 2005) | $150,000,000 | 25.00% | $3,740,857.33 |
| In re Apollo Grp. Inc. Sec. Litig., No. 04-cv-02147, 2012 WL 1378677 at *7 (D. Ariz. Apr. 20, 2012) | $145,000,000 | 33.33% | $1,557,692.33 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Evanston Police Pension Fund v. McKesson Corp., No. 3:18-cv-06525-CRB, ECF No. 291 (N.D. Cal. Jul. 14, 2023) | $141,000,000 | 25.00% | $1,027,452.95 |
| In re Optical Disk Drive Prod. Antitrust Litig., No. 3:10-md-2143-RS, 2016 WL 7364803 at *6 (N.D. Cal. Dec. 19, 2016) | $124,500,000 | 25.00% | $3,704,323.97 |
| Thurber v. Mattel, Inc., No. 99-cv-10864-MRP-Cwx, 2003 WL 27380801 at *1 (C.D. Cal. Sep. 29, 2003) | $122,000,000 | 27.00% | $2,288,371.51 |
| In re Anthem, Inc. Data Breach Litig., No. 15-md-02617-LHK, 2018 WL 3960068 at *16 (N.D. Cal. Aug. 17, 2018) | $115,000,000 | 27.00% | $2,005,068.59 |
| In re Lidoderm Antitrust Litig., No. 14-md-02521, 2018 WL 4620695 at *4 (N.D. Cal. Sep. 20, 2018) | $104,750,000 | 33.33% | $3,948,118.06 |
| Lamartina v. VMware, Inc., No. 20-cv-02182-EJD (VKD), 2025 WL 1085566 at *1 (N.D. Cal. Mar. 31, 2025) | $102,500,000 | 25.00% | $806,188.95 |
| In re Chase Bank USA, N.A. "Check Loan" Contract Litig., No. 3-09-md-02032 MMC (JSC), ECF No. 386 (N.D. Cal. Nov. 18, 2012) | $100,000,000 | 25.00% | $1,194,415.20 |
| In re Amgen Inc. Sec. Litig., No. 07-cv-02536 PSG, 2016 WL 10571773 at *11 (N.D. Cal. Oct. 25, 2016) | $95,000,000 | 25.00% | $6,577,512.31 |
| Koller Jr. v. Int'l. Rectifier Corp., No. 07-cv-02544-JFW, ECF No. 316 (C.D. Cal. Feb. 8, 2010) | $90,000,000 | 25.00% | $680,339.03 |
| In re Verisign, Inc. Sec. Litig., No. 02-cv-02270-JW, ECF No. 528 (N.D. Cal. Apr. 24, 2007) | $78,000,000 | 25.00% | $4,200,000.00 |
| In re Nutanix, Inc. Sec. Litig., No. 21-cv-04080-WHO, ECF No. 138 (N.D. Cal. Oct. 6, 2023) | $71,000,000 | 25.00% | $638,213.52 |
| Ferris v. Wynn Resorts Ltd., No. 18-cv-00479, ECF No. 442 (D. Nev. Jan. 31, 2025) | $70,000,000 | 33.33% | $1,104,277.42 |
| Leventhal v. Chegg, Inc., No. 21-cv-09953-PCP, 2025 WL 1481382 at *9 (N.D. Cal. May 21, 2025) | $55,000,000 | 25.00% | $261,602.23 |
| Hsu v. Puma Biotechnology, Inc., No. 15-cv-00865-DOC-SKH, 2022 WL 22968948 at *1 (C.D. Cal. Aug. 3, 2022) | $54,248,374 | 25.00% | $2,890,129.74 |
| Meijer, Inc. v. Abbott Labs., No. 07-cv-05985, 2011 WL 13392313 at *2 (N.D. Cal. Aug. 11, 2011) | $52,000,000 | 33.33% | $1,901,251.13 |

| Case | Settlement Amount | Fee Award | Expenses |
|------|-------------------|-----------|----------|
| Beaver v. Tarsadia Hotels, No. 11-cv-01842, 2017 WL 4310707 at *12 (S.D. Cal. Sep. 28, 2017) | $51,150,000 | 33.33% | $195,089.00 |
| In re SanDisk LLC Sec. Litig., No.15-cv-01455-VC, ECF No. 284 (N.D. Cal. Oct. 23, 2019) | $50,000,000 | 25.00% | $885,149.36 |
| Hyun Park et al v. Korean Air Lines Co., Ltd., No. 07-cv-05107-SJO-AGR, ECF No. 695 (C.D. Cal. Dec. 23, 2013) | $50,000,000 | 25.00% | $574,832.08 |
| In re QuantumScape Sec. Class Action Litig., No. 21-cv-00058-WHO, 2025 WL 353556 at *5 (N.D. Cal. Jan. 22, 2025) | $47,500,000 | 30.00% | $1,866,135.53 |
| In re QuantumScape Sec. Class Action, 2025 WL 353556 at *5 (N.D. Cal. Jan. 22, 2025) | $47,500,000 | 30.00% | $1,866,135.53 |
| Carlin v. DairyAmerica, Inc., 380 F.Supp.3d 998 at *1023 (E.D. Cal. May 8, 2019) | $40,000,000 | 33.30% | $825,000.00 |
| Thomas & Thomas Rodmakers Inc. v. Newport Adhesives and Composites, Inc., No. 99-cv-07796, ECF No. 802 (C.D. Cal. Oct. 18, 2005) | $36,250,000 | 33.00% | $2,490,117.60 |
| In re Galena Biopharma Inc. Sec. and Deriv. Litig., No. 14-cv-00367-SI, 2016 WL 3457165 at *1 (D.Or. Jun. 24, 2016) | $35,000,000 | 25.00% | $265,615.67 |
| In re Public Service Co., No. 91-cv-00536, 1992 U.S. Dist. LEXIS 16326 at *9 (S.D. Cal. Jul. 28, 1992) | $33,000,000 | 33.00% | $1,100,000.00 |
| Fleming v. Impax Labs., Inc., No. 16-cv-06557, 2022 WL 2789496 at *11 (N.D. Cal. July 15, 2022) | $33,000,000 | 30.00% | $176,501.78 |
| Hatamian v. Advanced Micro Devices, No. 14-cv-00226-YGR, 2018 WL 8950656 at *1 (N.D. Cal. Mar. 2, 2018) | $29,500,000 | 25.00% | $2,812,817.52 |
| Bickley v. Schneider Nat'l Carriers, Inc., No. 08-cv-05806, 2016 WL 6910261 at *3-4 (N.D. Cal. Oct. 13, 2016) | $28,000,000 | 33.13% | $233,811.81 |
| In re Heritage Bond Litig., No. 02-ml-1475, 2005 WL 1594403 at *23 (C.D. Cal. Jun. 10, 2005) | $27,783,000 | 33.33% | $522,560.84 |
| Wren v. RGIS Inventory Specialists, No. 06-cv-05778, 2011 WL 1230826 at *29 (N.D. Cal. Apr. 1, 2011) | $27,000,000 | 42.00% | $2,113,792.81 |
| In re Tezos Sec. Litig., No. 17-cv-06779, 2020 WL 13699946 at *1 (N.D. Cal. Aug. 28, 2020) | $25,000,000 | 33.33% | $203,017.93 |
| Dakota Medical, Inc. v. RehabCare Grp., Inc., No. 14-cv-02081, 2017 WL 4180497 at *9-10 (E.D. Cal. Sep. 21, 2017) | $25,000,000 | 33.13% | $132,337.54 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re Lyft Inc. Sec. Litig., No. 19-cv-02690-HSG, ECF No. 388 (N.D. Cal. Aug. 7, 2023) | $25,000,000 | 25.00% | $498,683.75 |
| Mild v. PPG Industries, Inc., No. 18-cv-04231-RGK-JEM, ECF No. 132 (C.D. Cal. Oct. 25, 2019) | $25,000,000 | 25.00% | $724,020.03 |
| In re Zynga Inc. Sec. Litig. No. 12-cv-04007-JSC, ECF No. 232 (N.D. Cal. Feb. 11, 2016) | $23,000,000 | 25.00% | $189,427.69 |
| Davis v. Yelp, Inc., No. 18-cv-00400, 2023 WL 3063823 at *2 (N.D. Cal. Jan. 27, 2023) | $22,250,000 | 33.30% | $930,782.70 |
| NECA-IBEW Pension Trust Fund v. Precision Castparts Corp., No. 16-cv-01756, ECF No. 169 (D. Or. May 7, 2021) | $21,000,000 | 33.30% | $867,891.13 |
| Abdullah v. U.S. Security Assocs., Inc., No. 09-cv-09554, 2017 WL 11630767 at *7-12 (C.D. Cal. Dec 4, 2017) | $20,613,339 | 33.33% | $136,404.28 |
| Alvarez v. XPO Logistics Cartage, LLC, No. 18-cv-03736, ECF No. 584 (C.D. Cal. Feb. 17, 2022) | $20,000,000 | 33.33% | $401,025.83 |
| Avila v. LifeLock, Inc., No. 15-cv-01398, 2020 WL 4362394 at *1 (D. Ariz. Jul. 27, 2020) | $20,000,000 | 30.00% | $253,024.00 |
| Turocy v. El Pollo Loco Holdings, Inc., No. 15-cv-01343, ECF No. 219 (C.D. Cal. Aug. 27, 2019) | $20,000,000 | 30.00% | $554,129.06 |
| In re Impinj, Inc. Sec. Litig., No. 18-cv-05704-RSL, ECF No. 106 (W.D. Wash. Nov. 20, 2020) | $20,000,000 | 25.00% | $176,771.21 |
| In re Banc of Cal. Sec. Litig., No. 17-cv-00118, 2020 WL 1283486 at *1 (C.D. Cal. Mar. 16, 2020) | $19,750,000 | 33.00% | $1,575,210.83 |
| In re Tahoe Resources, Inc. Sec. Litig., No. 17-cv-01868, ECF No. 276 (D. Nev. Apr. 3, 2024) | $19,500,000 | 33.00% | $886,464.29 |
| Shankar v. Imperva, Inc., No. 4-cv-01680-PJH, ECF No. 164 (N.D. Cal. Jan. 31, 2018) | $19,000,000 | 25.00% | $346,800.96 |
| In re Merit Medical Systems, Inc. Sec. Litig., No 19-cv-02326, ECF No. 118 (C.D. Cal. Apr. 15, 2022) | $18,250,000 | 30.00% | $104,686.68 |
| Hessefort v. Super Micro Computer, Inc., No. 18-cv-00838-JST, ECF No. 172 (N.D. Cal. May 5, 2023) | $18,250,000 | 25.00% | $304,937.06 |
| Hayden v. Portola Pharmaceuticals, Inc., No. 20-cv-00367-VC, ECF No. 259 (N.D. Cal. Mar. 6, 2023) | $17,500,000 | 25.00% | $750,612.54 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Waldbuesser v. Northrop Grumman Corp., No. 06-cv-06213, 2017 WL 9614818 at *3 (C.D. Cal. Oct. 24, 2017) | $16,750,000 | 33.33% | $1,159,114.00 |
| Karri v. Oclaro, Inc., No. 18-cv-03435, 2024 WL 5374889 at *1 (N.D. Cal. Jul. 26, 2024) | $15,250,000 | 33.33% | $397,680.55 |
| In re Zillow Grp., Inc. Sec. Litig., No. 17-cv-01387, ECF No. 186 (W.D. Wash. Aug. 8, 2023) | $15,000,000 | 33.33% | $1,165,451.64 |
| Bolding v. Banner Bank, No. 17-cv-00601, 2024 WL 755903 at *2 (W.D. Wash. Feb. 23, 2024) | $15,000,000 | 33.00% | $303,084.08 |
| In re BofI Holding, Inc. Sec. Litig., No. 15-cv-02324-GPC-KSC, 2022 WL 9497235 at *7 (S.D. Cal. Oct. 13, 2022) | $14,100,000 | 25.00% | $1,258,225.85 |
| In re Allied Nevada Gold Corp. Sec. Litig., No. 14-cv-00175, ECF No. 215 (D. Nev. Nov. 16, 2020) | $14,000,000 | 33.33% | $324,557.52 |
| Good Morning to You Prods. Corp. v. Warner/Chappell Music, Inc., No. 13-cv-04460, ECF No. 349 (C.D. Cal. Jun. 30, 2016) | $14,000,000 | 33.00% | $204,461.40 |
| Ferraro v. Corcept Therapeutics Inc., No. 19-cv-01372-JD, (N.D. Cal. Sep. 6, 2024) | $14,000,000 | 25.00% | $576,161.71 |
| Ruiz v. XPO Last Mile, Inc., No. 05-cv-02125, 2017 WL 6513962 at *9 (S.D. Cal. Dec. 20, 2017) | $13,900,000 | 35.00% | $246,889.98 |
| Carbone et al. v. Amyris, Inc., No. 19-cv-01765-YGR, ECF No. 131 (N.D. Cal. Nov. 8, 2022) | $13,500,000 | 25.00% | $360,177.27 |
| Tawfilis v. Allergan, Inc., No. 15-cv-00307, 2018 WL 4849716 at *7 (C.D. Cal. Aug. 27, 2018) | $13,450,000 | 33.33% | $1,101,193.10 |
| Kendall v. Odonate Therapeutics, Inc., No. 20-cv-01828, 2022 WL 1997530 at *6-7 (S.D. Cal. Jun. 6, 2022) | $12,750,000 | 33.33% | $56,147.94 |
| Longo v. OSI Systems, Inc., No. 17-cv-08841-FMO-SK (C.D. Cal. Aug. 31, 2022) | $12,500,000 | 25.00% | $134,863.08 |
| Marshall v. Northrop Grumman Corp., No. 16-cv-06794, 2020 WL 5668935 at *8 (C.D. Cal. Sep. 18, 2020) | $12,375,000 | 33.33% | $390,587.00 |
| Rabin v. PricewaterhouseCoopers LLP, No. 16-cv-02276, 2021 WL 837626 at *7 (N.D. Cal. Feb. 4, 2021) | $11,625,000 | 35.00% | $270,323.63 |
| Gina McLeod v Bank of America, NA, No. 16-cv-03294, 2019 WL 1170487 at *9 (N.D. Cal. Mar. 13, 2019) | $11,000,000 | 30.00% | $58,805.07 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| John M Flynn v. Sientra, Inc., No. 15-cv-07548-SJO-RAO, ECF No. 124 (C.D. Cal. May 22, 2017) | $10,900,000 | 25.00% | $86,480.00 |
| Karlin v. Alcatel, Inc., No 00-cv-00214, ECF No. 175 (C.D. Cal. Apr. 29, 2002) | $10,500,000 | 30.00% | $590,072.74 |
| In re THQ, Inc. Sec. Litig. No 00-cv-01783, ECF No. 128 (C.D. Cal. Jun. 30, 2003) | $10,150,000 | 30.00% | $752,887.68 |
| Derr v. Ra Medical Systems, Inc., No. 19-cv-01079-LAB-AHG, 2022 WL 21306534 at *6 (S.D. Cal. Sep. 23, 2022) | $10,000,000 | 25.00% | $43,131.77 |
| Singh v. Roadrunner Intermodal Servs., LLC, No. 15-cv-01497, 2019 WL 316814 at *9 (E.D. Cal. Jan. 24, 2019) | $9,250,000 | 33.33% | $76,149.55 |
| In re Vocera Communications, Inc. Sec. Litig., No. 13-cv-03567-EMC, 2016 WL 8201593 at *1 (N.D. Cal. Jul. 29, 2016) | $9,000,000 | 25.00% | $382,010.86 |
| Fernandez v. Victoria Secret Stores, LLC, No. 06-cv-04149, 2008 WL 8150856 at *16 (C.D. Cal. Jul. 21, 2008) | $8,500,000 | 34.00% | $148,402.82 |
| Jenson v. First Tr. Corp., No. CV 05-03124, 2008 WL 11338161 at *11, *15 (C.D. Cal. Jun. 9, 2008) | $8,500,000 | 33.33% | $483,800.00 |
| Vigueras v. Red Robin Int'l, Inc., No. 17-cv-01422, ECF No. 182 (C.D. Cal. Dec. 2, 2020) | $8,500,000 | 33.33% | $294,677.68 |
| In re Hansen Medical, Inc. Sec. Litig., No. 09-cv-05094, 2013 WL 12174649 at *4 (N.D. Cal. Dec. 5, 2013) | $8,500,000 | 30.00% | $162,544.44 |
| In re Stable Road Acquisition Corp. Sec. Litig., No. 21-cv-05744-JFW-SHK, 2024 WL 3643393 at *11 (C.D. Cal. Apr. 23, 2024) | $8,500,000 | 25.00% | $101,115.83 |
| Walsh v. Kindred Healthcare, Inc., No. 11-cv-00050, 2013 WL 6623224 (N.D. Cal. Dec. 16, 2013) | $8,250,000 | 30.17% | $110,662.46 |
| In re Gilead Sciences Sec. Litig, No. 03-cv-04999, ECF No. 282 (N.D. Cal. Nov. 5, 2010) | $8,250,000 | 30.00% | $282,906.73 |
| McMorrow v. Mondelez Int'l, Inc., No. 17-cv-02327, 2022 WL 1056098 at *8 (S.D. Cal. Apr. 8, 2022) | $8,000,000 | 33.33% | $288,177.73 |
| Ziegler v. GW Pharmaceuticals, No. 21-cv-01019, 2024 WL 1470532 at *7, 12 (S.D. Cal. Apr. 3, 2024) | $7,750,000 | 33.33% | $33,513.97 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re Violin Memory, Inc. Sec. Litig., No. 13-cv-05486-YGR, ECF No. 178 (N.D. Cal. Jul. 28, 2016) | $7,500,000 | 25.00% | $121,778.53 |
| In re Mullen Automotive Inc. Sec. Litig., No. 22-cv-03026-DMG, 2025 WL 2053574 at *1 (C.D.Cal. Jun. 20, 2025) | $7,250,000 | 28.33% | $85,280.79 |
| In re AMERCO Sec. Litig., No. 04-cv-02182, ECF No. 290 (D. Ariz. Nov. 3, 2006) | $7,000,000 | 30.00% | $598,077.05 |
| In re Aqua Metals, Inc. Sec. Litig., No. 17-cv-07142-HSG, ECF No. 182 (N.D. Cal. Mar. 2, 2022) | $7,000,000 | 25.00% | $95,634.04 |
| Ferreira v. Funko, Inc., No. 20-cv-02319-VAP-MAA, 2022 WL 22877145 at *13 (C.D. Cal. Dec. 13, 2022) | $7,000,000 | 25.00% | $136,142.47 |
| In re MTI Technology Corp. Sec. Litig., No. 00-cv-00745, ECF. No. 127 (C.D. Cal. Jul. 31, 2003) | $6,750,000 | 30.00% | $250,227.07 |
| In re Portland General Electric Company Sec. Litig., No. 20-cv-01583-SI, ECF No. 58 (D. Or. Mar. 22, 2022) | $6,750,000 | 25.00% | $86,382.59 |
| In re Geron Corp. Sec. Litig., No. 14-cv-01224-CRB, ECF No. 135 (N.D. Cal. Jul. 21, 2017) | $6,250,000 | 25.00% | $172,315.12 |
| Hayes v. Magnachip Semiconductor Corp., No. 14-cv-01160-JST, ECF No. 348 (N.D. Cal. May 15, 2018) | $6,200,000 | 25.00% | $795,401.42 |
| Jones v. CertifiedSafety, Inc., No. 17-cv-02229, ECF No. 232 (N.D. Cal. Jun. 1, 2020) | $6,000,000 | 33.33% | $60,397.73 |
| Linney v. Cellular Alaska P'ship, No. 96-cv-03008, 1997 WL 450064 at *7 (N.D. Cal. Jul. 18, 1997) | $6,000,000 | 33.33% | $281,390.38 |
| Pine v. A Place For Mom, Inc., No. 17-cv-01826-TSZ, ECF No. 174 (W.D. Wash. Jan. 11, 2021) | $6,000,000 | 25.00% | $55,080.60 |
| Boyd v. Bank of Am. Corp., No. 13-cv-00561, 2014 WL 6473804 at *9 (C.D. Cal. Nov. 18, 2014) | $5,800,000 | 33.33% | $30,000.00 |
| In re CytRx Corp. Sec. Litig., No. 16-cv-05519, 2018 WL 8950655 at *1 (C.D. Cal. Sep. 17, 2018) | $5,750,000 | 30.00% | $106,607.26 |
| In re Capstone Turbine Corp. Sec. Litig., No. 15-cv-08914-DMG-RAO, ECF No. 134 (C.D. Cal. Nov. 15, 2019) | $5,550,000 | 26.20% | $78,084.47 |
| In re First Regional Bancorp Sec. Litig., No. 10-cv-00537, ECF No. 4964 (C.D. Cal. Jul. 21, 2014) | $5,500,000 | 33.30% | $228,544.85 |

| Case | Settlement Amount | Fee Award | Expenses |
|------|-------------------|-----------|----------|
| In Re LeapFrog Enterprise, Inc. Sec. Litig., No. 15-cv-00347-EMC, ECF No. 194 (N.D. Cal. Oct. 26, 2018) | $5,500,000 | 25.00% | $187,783.96 |
| Kerr v. Zacks Investment Research, Inc., No. 16-cv-01352-GPC-BLM, ECF No. 122 (S.D. Cal. Apr. 9, 2018) | $5,480,000 | 25.00% | $50,166.79 |
| Hilsley v. Ocean Spray Cranberries, Inc., No. 17-cv-02335-GPC-MDD, ECF No. 259 (S.D. Cal. Aug. 3, 2020) | $5,400,000 | 29.51% | $205,895.17 |
| Berry v. Urban Outfitters Wholesale, Inc., No. 13-cv-02628, ECF No. 114 (N.D. Cal. Apr. 7, 2016) | $5,000,000 | 33.33% | $50,000.00 |
| In re Interlink Elec., Inc. Sec. Litig., No. 05-cv-08133, ECF No. 165 (C.D. Cal. Jun. 1, 2009) | $5,000,000 | 33.33% | $52,012.00 |
| Banerjee v. Avinger, Inc., No. 17-cv-03400, 2018 WL 6040194 at *1 (N.D. Cal. Oct. 24, 2018) | $5,000,000 | 30.00% | $74,492.50 |
| Drews v. TNP Strategic Retail Trust, Inc., No. 13-cv-04921-JST, ECF No. 109 (N.D. Cal. Oct. 15, 2015) | $5,000,000 | 25.00% | $44,874.35 |
| Bennett v. SimplexGrinnell LP, No. 11-cv-01854, 2015 WL 12932332 at *6 (N.D. Cal. Sep. 3, 2015) | $4,900,000 | 38.80% | $242,000.00 |
| In re Orexigen Therapeutics, Inc. Sec. Litig., No. 15-cv-00540, ECF No. 155 (S.D. Cal. Nov. 30, 2021) | $4,800,000 | 33.00% | $100,529.65 |
| Hodges v. Akeena Solar, Inc., No. 09-cv-02147, ECF No. 167 (N.D. Cal. Dec. 15, 2011) | $4,770,000 | 33.33% | $142,173.85 |
| Villa v. San Francisco Forty Niners, Ltd., No. 12-cv-05481, ECF No. 167 (N.D. Cal. Nov. 17, 2016) | $4,750,000 | 32.06% | $847,184.64 |
| Zaidi v. Adamas Pharmaceuticals, Inc., No. 19-cv-08051, 2024 WL 4342186 at *1 (N.D. Cal. Sep. 27, 2024) | $4,650,000 | 33.33% | $78,227.23 |
| Aguilar v. Wawona Frozen Foods, No. 15-cv-00093, 2017 WL 2214936 at *9 (E.D. Cal. May 19, 2017) | $4,500,000 | 33.33% | $49,538.26 |
| Siracusano v. Matrixx Initiatives, Inc., No. 04-cv-00886, ECF No. 172 (D. Ariz. Nov. 13, 2012) | $4,500,000 | 30.00% | $196,781.93 |
| Broderick v. Mazur, No. 98-cv-01658, ECF No. 186 (C.D. Cal. Apr. 27, 2004) | $4,500,000 | 30.00% | $262,245.07 |
| Prado v. Warehouse Demo Services, Inc., No. 4-cv-03170, ECF No. 143 (C.D. Cal. Nov. 2, 2015) | $4,250,000 | 30.00% | $71,716.44 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re Restoration Robotics, Inc. Sec. Litig., No. 18-cv-03712-EJD, ECF No. 127 (C.D. Cal. Sep. 9, 2021) | $4,175,000 | 25.00% | $125,142.99 |
| West v. Cal. Serv. Bureau, Inc., No. 16-cv-03124, ECF No. 128 (N.D. Cal. Jan. 23, 2019) | $4,100,000 | 33.33% | $214,457.10 |
| Larson v. Harman-Mgmt. Corp., No. 16-cv-00219, 2020 WL 3402406 at *8 (E.D. Cal. Jun. 19, 2020) | $4,000,000 | 33.33% | $42,987.39 |
| Bergman v. Caribou Biosciences, Inc., No. 23-cv-01742-RLF, ECF No. 99 (N.D. Cal. Feb. 18, 2025) | $3,900,000 | 28.00% | $47,975.35 |
| In re Energy Recovery Inc. Sec. Litig., No. 15-cv-00265-EMC, ECF No. 152 (N.D. Cal. Aug. 29, 2017) | $3,850,000 | 25.00% | $48,080.34 |
| In re Paysign, Inc. Sec. Litig., No. 20-cv-00553, ECF No. 69 (D. Nev. Apr. 18, 2024) | $3,750,000 | 33.33% | $57,471.31 |
| Costas v. Ormat Technologies, Inc., No. 18-cv-00271, ECF No. 104 (D. Nev. Jan. 21, 2021) | $3,750,000 | 31.77% | $175,832.63 |
| Westley v. Oclaro, Inc., No. 11-cv-02448-EMC, ECF No. 206 (N.D. Cal. Aug. 13, 2014) | $3,700,000 | 25.00% | $114,945.53 |
| Schroeder v. Envoy Air, Inc., No. 16-cv-04911, 2019 WL 2000578 at *9 (C.D. Cal. May 6, 2019) | $3,555,941 | 33.00% | $43,885.20 |
| In re IsoRay, Inc. Sec. Litig. No. 15-cv-05046, 2017 WL 11461073 at *1 (E.D. Wash. Mar. 7, 2017) | $3,537,500 | 30.00% | $29,296.98 |
| Mathein v. Pier 1 Imports (U.S.), Inc., No. 16-cv-00087, 2018 WL 1993727 at *9-12 (E.D. Cal. Apr. 27, 2018) | $3,500,000 | 33.33% | $28,275.00 |
| Wise v. Ultra Salon, Cosmetics & Fragrance, Inc., No. 17-cv-00853, 2020 WL 1492672 at *8-9 (E.D. Cal. Mar. 27, 2020) | $3,500,000 | 33.33% | $44,825.32 |
| Cook v. Atossa Genetics, Inc., No. 13-cv-01836, ECF No. 98 (W.D. Wash. Jul. 20, 2018) | $3,500,000 | 33.00% | $62,704.91 |
| In re K12 Inc. Sec. Litig., No. 16-cv-04069, 2019 WL 3766420 at *1 (N.D. Cal. Jul. 10, 2019) | $3,500,000 | 33.00% | $166,978.92 |
| Lako v. loanDepot, Inc., No. 21-cv-01449-JLS-JDE, ECF No. 148 (C.D. Cal. May 19, 2024) | $3,500,000 | 25.00% | $90,000.00 |
| Napoli v. Ampio Pharmaceuticals, Inc., No. 15-cv-03474-TJH-PJW, ECF No. 98 (C.D. Cal. Sep. 29, 2017) | $3,400,000 | 25.00% | $66,215.85 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Vandervort v. Balboa Cap. Corp., 8 F.Supp.3d 1200, 1210 (C.D. Cal. 2014) | $3,300,000 | 33.00% | $54,649.79 |
| In re Maxwell Technologies Inc. Sec. Litig., No. 13-cv-00580, 2015 WL 12791401 at *4 (S.D. Cal. Feb. 17, 2015) | $3,300,000 | 32.60% | $74,769.65 |
| Rabkin v. Lion Biotechnologies, Inc., No. 17-cv-02086-SI, ECF No. 138 (N.D. Cal. Apr. 17, 2019) | $3,250,000 | 25.00% | $56,398.10 |
| Gonzalez v. CoreCivic of Tenn., LLC, No. 16-cv-01891, 2020 WL 1475991 at *10 (E.D. Cal. Mar. 26, 2020) | $3,200,000 | 33.33% | $22,226.31 |
| Howell v. Advantage RN, LLC, No. 17-cv-00883, 2020 WL 5847565 at *5 (S.D. Cal. Oct. 1, 2020) | $3,200,000 | 33.33% | $29,875.92 |
| In re Rocket Fuel Inc. Sec. Litig., No. 14-cv-03998-PJH, ECF No. 233 (N.D. Cal. Oct. 11, 2017) | $3,150,000 | 25.00% | $228,384.59 |
| Byrne v. Westpac Banking Corp., No. 20-cv-00171, ECF No. 52 (D. Or. May 12, 2021) | $3,100,000 | 33.33% | $24,776.41 |
| Szymborski v. Ormat Technologies, Inc., No. 10-cv-00132, 2012 WL 4960098 at *4 (D. Nev. Oct. 16, 2012) | $3,100,000 | 30.00% | $169,749.09 |
| Antonopulos v. N. Am. Thoroughbreds. Inc., No. 87-cv-00979, 1991 WL 427893 at *4, (S.D. Cal. May 6, 1991) | $3,098,000 | 33.33% | $63,984.00 |
| Schmitt v. Kaiser Found. Health Plan of Wash., 17-cv-01611, 2024 U.S. Dist. Lexis 71166 at *7 (W.D. Wash. Apr. 18, 2024) | $3,000,000 | 33.33% | $374,137.63 |
| Clayton Salter v. Quality Carriers, Inc., No. 20-cv-00479, ECF No. 171 (C.D. Cal. Mar. 27, 2023) | $3,000,000 | 33.33% | $35,491.23 |
| Oh v. Hanmi Financial Corp., No. 20-cv-02844, ECF No. 98 (C.D. Cal. Sep. 17, 2024) | $3,000,000 | 31.87% | $65,850.85 |
| Roberts v. Bloom Energy Corp., No. 19-cv-02935-HSG, ECF No. 259 (N.D. Cal. May 6, 2024) | $3,000,000 | 30.00% | $85,000.00 |
| Roberts v. Bloom Energy Corp., No. 19-cv-02935, ECF No. 259 (N.D. Cal. May 6, 2024) | $3,000,000 | 30.00% | $85,000.00 |
| In re: Fat Brands Inc. Sec. Litig., No. 22-cv-01820-MCS-RAO, ECF No. 71 (C.D. Cal. Feb. 28, 2023) | $3,000,000 | 25.00% | $45,000.00 |
| Van Windgerden v. Cadiz, Inc., No. 15-cv-03080-JAK-JEM, ECF No. 92 (C.D. Cal. Feb. 8, 2017) | $3,000,000 | 25.00% | $43,353.94 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re Mikohn Gaming Corp. Sec. Litig., No. 05-cv-1410, ECF No. 96 (D. Nev. Jun. 6, 2007) | $2,800,000 | 33.33% | $100,000.00 |
| In re Resonant Inc. Sec. Litig., No. 15-cv-01970, ECF No. 154 (C.D. Cal. Nov. 20, 2017) | $2,750,000 | 33.00% | $51,133.20 |
| In re 2TheMart.com, Inc. Sec. Litig., No. 99-cv-1127, ECF No. 161 (C.D. Cal. Jul. 8, 2002) | $2,700,000 | 33.33% | $128,949.40 |
| Garnett v. ADT, LLC, No. 14-cv-02851, 2016 WL 3538354 at *6 (E.D. Cal. Jun. 28, 2016) | $2,700,000 | 33.00% | $87,534.60 |
| In re Applied Signal Technology Inc. Sec. Litig., No. 05-cv-01027-SBA, ECF No. 103 (N.D. Cal. Aug. 3, 2009) | $2,700,000 | 30.00% | $51,681.12 |
| In re Applied Signal Technology Inc. Sec. Litig., No. 05-cv-01027, ECF No. 103 (N.D. Cal. Aug. 3, 2009) | $2,700,000 | 30.00% | $51,681.12 |
| Romero v. GrowLife Inc., No. 14-cv-03015-CAS-JEM, ECF No. 57 (C.D. Cal. Aug. 3, 2015) | $2,700,000 | 25.00% | $24,052.55 |
| Plant v. Jaguar Animal Health, Inc., No. 17-cv-04102, ECF No. 97 (N.D. Cal. May 27, 2021) | $2,600,000 | 33.33% | $16,960.20 |
| In re Merix Corp. Sec. Litig., No. 04-cv-00826, ECF No. 236 (D. Or. Jan. 3, 2011) | $2,500,000 | 33.33% | $160,368.31 |
| Brulee v. DAL Global Servs., LLC, No. 17-cv-06433, ECF No. 51 (C.D. Cal. Dec. 13, 2018) | $2,500,000 | 33.33% | $21,139.22 |
| Elliot v. China Green Agric. Inc., No. 10-cv-00648, ECF No. 166 (D. Nev. Aug. 12, 2014) | $2,500,000 | 33.33% | $48,562.76 |
| Figueroa v. Allied Building Products Corp., No. 16-cv-02249, 2018 WL 4860034 at *3 (C.D. Cal. Sep. 24, 2018) | $2,500,000 | 33.33% | $13,877.20 |
| In re Sunrun Inc. Sec. Litig., No. 17-cv-02537-VC, ECF No. 123 (N.D.Cal. Mar. 4, 2019) | $2,500,000 | 30.00% | $60,295.00 |
| In re Sunrun Inc. Sec. Litig., No. 17-cv-02537, ECF No. 123 (N.D. Cal. Mar. 4, 2019) | $2,500,000 | 30.00% | $60,295.00 |
| Fragala v. 500.com Ltd., No. 15-cv-01463-JFW, ECF No. 95 (C.D. Cal. Mar. 6, 2017) | $2,500,000 | 25.00% | $37,965.77 |
| Ali v. Franklin Wireless Corp., No. 21-cv-00687, 2024 WL 5179910 at *12, 18 (S.D. Cal. Dec. 19, 2024) | $2,400,000 | 33.33% | $164,550.52 |
| Brown v. Papa Murphy's Holdings, Inc., No. 19-cv-05514, 2022 WL 1303176 at *4 (W.D. Wash. May 2, 2022) | $2,400,000 | 31.50% | $9,081.40 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Emmons v. Quest Diagnostics Clinical Labs., Inc., No. 13-cv-00474, 2017 WL 749018 at *7-9 (E.D. Cal. Feb. 27, 2017) | $2,350,000 | 33.33% | $11,962.74 |
| Schofield v. Delta Air Lines, Inc., No. 18-cv-00382-EMC, ECF No. 51 (N.D. Cal. Jul. 16, 2019) | $2,300,000 | 25.00% | $13,790.46 |
| Rose v. Deer Consumer Products, Inc., No. 11-cv-03701-DMG-MRW, ECF No. 107 (C.D. Cal. Aug. 9, 2013) | $2,125,000 | 25.00% | $61,102.49 |
| Cheng Jiangchen v. Rentech, Inc., No. 17-cv-01490, 2019 WL 5173771 at *9 (C.D. Cal. Oct. 10, 2019) | $2,050,000 | 33.33% | $64,799.46 |
| Valenzuela v. Walt Disney Parks and Resorts U.S., Inc., No. 17-cv-01988-JVS, 2020 WL 13594812 at *13 (C.D. Cal. Mar. 31, 2020) | $2,000,000 | 30.00% | $124,781.33 |
| In re GTT Communications, Inc. Sec. Litig. No 21-cv-00270, ECF No. 65 (C.D. Cal Mar. 21, 2022) | $2,000,000 | 30.00% | $40,238.30 |
| Valenzuela v. Walt Disney Parks and Resorts U.S., Inc., No. 17-cv-01988, 2020 WL 13594812 at *13 (C.D. Cal. Apr. 1, 2020) | $2,000,000 | 30.00% | $124,781.33 |
| Clayborne v. Newtron, LLC,, No. 19-cv-07624, 2023 WL 5748773 at *6 (N.D. Cal. Sep. 6, 2023) | $1,925,000 | 35.00% | $39,898.45 |
| Baron v. HyreCar Inc., No. 21-cv-06918-FWS-JC, ECF No. 145 (C.D. Cal. Mar. 7, 2025) | $1,900,000 | 33.33% | $114,016.12 |
| Yaron v. Intersect ENT, Inc., No. 19-cv-02647, 2021 WL 5150051 at *1 (N.D. Cal. Nov. 5, 2021) | $1,900,000 | 33.33% | $88,929.16 |
| Likas v. ChinaCache Int'l Holdings Ltd., No. 19-cv-06942, ECF No. 95 (C.D. Cal. Mar. 14, 2022) | $1,800,000 | 33.30% | $67,262.89 |
| In re Biolase, Inc. Sec. Litig., No. 13-cv-01300-JLS, 2015 WL 12720318 at *7  (C.D. Cal. Oct. 13, 2015) | $1,750,000 | 25.00% | $35,003.92 |
| Zhu et al. v. Taronis Tech., Inc., No. 19-cv-04529-PHX-GMS, ECF No. 84 (D. Ariz. Mar. 9, 2021) | $1,700,000 | 25.00% | $30,303.42 |
| Testone v. Barlean's Organic Oils, LLC, No. 19-cv-00169, 2023 WL 2375246 at *7 (S.D. Cal. Mar. 6, 2023) | $1,612,500 | 33.33% | $159,441.09 |
| In Re First Virtual Communications Inc Sec. Litig., No. 04-cv-03585-MJJ, ECF No. 131 (N.D. Cal. Sep. 18, 2007) | $1,600,000 | 30.00% | $73,427.54 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| In re First Virtual Communications Inc. Sec. Litig., No. 04-cv-03585, ECF No. 131 (N.D. Cal. Sep. 18, 2007) | $1,600,000 | 30.00% | $73,427.54 |
| In re AudioEye, Inc. Sec. Litig., No. 15-cv-00163, ECF No. 100 (D. Ariz. May 8, 2017) | $1,525,000 | 33.33% | $26,250.47 |
| In re Kalobios Pharmaceuticals, Inc Sec. Litig., No. 15-cv-05841-EJD, ECF No. 149 (N.D. Cal. Aug. 2, 2018) | $1,500,000 | 25.00% | $19,041.70 |
| Stevens v. Quiksilver, Inc., No. 15-cv-00516-JVS-JCG, ECF No. 61-1 (C.D. Cal. May 1, 2017) | $1,500,000 | 25.00% | $36,250.00 |
| Sherrill v Premera Blue Cross, No. 10-cv-00590-TSZ, ECF No. 67 (W.D. Wash. Aug. 25, 2011) | $1,450,000 | 25.00% | $13,206.00 |
| Antoine de Sejournet v. Goldman Kurland Mohidin LLP, No. 13-cv-01682, ECF No. 114 (C.D. Cal. Mar. 18, 2016) | $1,425,000 | 33.33% | $79,762.41 |
| Morgan v. Childtime Childcare, Inc., No. 17-cv-01641, 2020 WL 218515 at *4 (C.D Cal. Jan. 6, 2020) | $1,250,000 | 33.20% | $11,323.24 |
| Patel v. Axesstel, Inc., No. 14-cv-01037-CAB, 2015 WL 6458073 at *8 (S.D. Cal. Oct. 23, 2015) | $1,250,000 | 30.00% | $11,805.48 |
| Perez v. Izea, Inc., No. 18-cv-02784-SVW-GJS, ECF No. 51 (C.D. Cal. Sep. 26, 2019) | $1,200,000 | 25.00% | $29,343.18 |
| In re YayYo, Inc. Sec. Litig., No. 20-cv-08235-SVW-AFM, ECF No. 197 (C.D. Cal. Jul. 12, 2022) | $1,150,000 | 25.00% | $74,454.78 |
| Monachelli v. Hortonworks, Inc, No. 16-cv-00980-SI, ECF No. 80 (N.D. Cal. Oct. 10, 2017) | $1,100,000 | 28.00% | $27,719.70 |
| In re ECOtality, Inc. Sec. Litig., No. 13-cv-03791-SC, ECF No. 99 (N.D. Cal. Aug. 28, 2015) | $1,100,000 | 25.00% | $38,943.48 |
| Schneider v. Champignon Brands Inc., No. 21-cv-03120-JVS-KES, ECF No. 97 (C.D. Cal. Mar. 16, 2023) | $1,000,000 | 25.00% | $23,953.30 |
| Huang et al. v. Assertio Therapeutics, Inc., No. 17-cv-04830-JST, ECF No. 131 (N.D. Cal. Aug. 29, 2022) | $1,000,000 | 25.00% | $42,656.41 |
| Felipe Garcia v. Hetong Guo, No. 15-cv-01862-MWF-MRW, ECF No. 76 (C.D. Cal. Mar. 6, 2017) | $1,000,000 | 25.00% | $36,729.37 |
| Xu v. ChinaCache Int'l. Holdings Ltd., No. 15-cv-07952-CAS-RAO, ECF No. 74 (C.D. Cal. Aug. 13, 2018) | $990,000 | 25.00% | $29,297.00 |

| Case | Settlement Amount | Fee Award | Expenses |
|---|---|---|---|
| Wong v. Baker Tilly Hong Kong Ltd., No. 14-cv-09959-CBM-MAN, ECF No. 108 (C.D. Cal. Aug. 10, 2017) | $925,000 | 28.00% | $13,988.90 |
| Mandalevy v. BofI Holding, Inc., No. 17-cv-00667-GPC-MSB, 2022 WL 4474263 at *17 (S.D. Cal. Sep. 26, 2022) | $900,000 | 25.00% | $138,631.00 |
| Loreto v. General Dynamics Information Tech., Inc., No. 19-cv-01366-GPC-MSB, 2022 WL 3013029 at *14 (S.D. Cal. Feb. 2, 2022) | $900,000 | 33.33% | $12,940.00 |
| In re Regulus Therapeutics Inc. Sec. Litig., No. 17-cv-00182-BTM-RBB, 2020 WL 6381898 at *8 (S.D. Cal. Oct. 30, 2020) | $900,000 | 25.00% | $10,993.45 |
| Patton v. Midwest Construction Services, Inc., No. 19-cv-08580-JFW-MAA, ECF No. 92 (C.D. Cal. Dec. 7, 2021) | $850,000 | 25.00% | $49,576.71 |
| In re Netsol Technologies, Inc. Sec. Litig., No. 14-cv-05787-PA-PJW, 2016 WL 7496724 at *10 (C.D. Cal. Jul. 1, 2016) | $850,000 | 25.00% | $63,690.00 |
| Katz v. China Century Dragon Media, Inc., No. 11-cv-02769-JAK, 2013 WL 11237202 at * (C.D. Cal. Oct. 10, 2013) | $778,333 | 25.70% | $38,867.94 |
| Special Situations Fund III QP, L.P. v. Marrone Bio Innovations, Inc., No. 14-cv-02571-MCE-KJN, ECF No. 153 (E.D. Cal. Jul. 24, 2019) | $775,000 | 33.00% | $120,000.00 |
| Barney v. Nova Lifestyle, Inc., No. 18-cv-10725-TJH-AFM, ECF No. 108 (C.D. Cal. Jan. 30, 2024) | $750,000 | 25.00% | $63,944.79 |
| Gustavo Benitez v. NBTY Acquisition LLC, No. 16-cv-00469-JFW-AS, ECF No. 41 (C.D. Cal. Jan. 9, 2017) | $750,000 | 25.00% | $7,371.21 |