Sean T. Prosser (SBN 163903)
stprosser@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO P.C.
3580 Carmel Mountain Road Suite 300
San Diego, CA 92130
Telephone:  858 314 1500
Facsimile:   858 314 1501

Attorneys for Defendants
RYVYL INC., BEN ERREZ, FREDI NISAN
AND BENJAMIN CHUNG

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN and SCOT S. COOK, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN and BENJAMIN CHUNG,<br><br>Defendants. | Case No.  3:23-cv-0185-GPC-SBC<br><br>**DEFENDANTS' STATEMENT REGARDING LEAD PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**<br><br>Hearing Date:  December 19, 2025<br>Hearing Time: 1:30 p.m.<br>Courtroom:      12A<br><br>Judge:        Hon. Gonzalo P. Curiel |

**NOTICE IS HEREBY GIVEN** that Defendants RYVYL Inc., Ben Errez, Fredi Nisan and Benjamin Chung (collectively, "Defendants") do not oppose Lead Plaintiffs' pending motion for Final Approval of Class Action Settlement (ECF 114) and take no position regarding Lead Plaintiffs' pending Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF 115) in the above-captioned action.

Respectfully submitted,

Dated: December 5, 2025

MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.

By: /s/ Sean T. Prosser
Sean T. Prosser

Attorneys for Defendants
RYVYL Inc., Ben Errez, Fredi Nisan, and Benjamin Chung

DEFS.' STATEMENT RE MOTION FOR FINAL APPROVAL OF SETTLEMENT
Case No. 3:23-cv-0185-GPC-SBC

## **PROOF OF SERVICE BY ELECTRONIC POSTING**

I, the undersigned, state as follows:

I am not a party to the above case, and I am over eighteen years old. On December 5, 2025, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Southern District of California, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 5, 2025

/s/ Sean T. Prosser
Sean T. Prosser

DEFS.' STATEMENT RE MOTION FOR FINAL APPROVAL OF SETTLEMENT
Case No.  3:23-cv-0185-GPC-SBC