# EXHIBIT 1

Robert V. Prongay (SBN 270796)
Ex Kano S. Sams II (SBN 192936)
Joseph D. Cohen (SBN 155601)
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Email: rprongay@glancylaw.com
Email: esams@glancylaw.com
Email: jcohen@glancylaw.com

Counsel for Lead Plaintiff Scot S. Cook and the
Settlement Class

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK CULLEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>RYVYL INC. F/K/A GREENBOX POS, BEN ERREZ, FREDI NISAN, J DREW BYELICK, BENJAMIN CHUNG, EF HUTTON F/K/A KINGSWOOD CAPITAL MARKETS, A DIVISION OF BENCHMARK INVESTMENTS, INC., and R.F. LAFFERTY & CO.,<br><br>Defendants. | Case No. 3:23-cv-0185-GPC-SBC<br><br>**SUPPLEMENTAL DECLARATION OF JACOB KAMINER CONCERNING: (A) MAILING/EMAILING OF NOTICE; (B) PUBLICATION OF THE SUMMARY NOTICE; (C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS; (D) CLAIMS; AND (E) NOTICE AND ADMINISTRATION COSTS**<br><br>Hearing Date: December 19, 2025<br>Hearing Time: 1:30 p.m.<br>Location: Courtroom 12A<br>Judge: Hon. Gonzalo P. Curiel |

I, Jacob Kamenir, declare as follows:

1. I am a Vice President of Notice at Simpluris, Inc. ("Simpluris"), a nationally recognized class action administration firm.[1] I have an extensive background specializing in the administration of class action cases. Simpluris was established in 2007 and has administered over ten thousand (10,000) class action cases since its inception. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2. Pursuant to the Court's Order: (1) Provisionally Approving Certification of the Proposed Settlement Class; (2) Appointing Class Counsel; (3) Conditionally Approving the Proposed Notice Form and Method of Notice; (4) Approving Lead Plaintiff's Plan of Allocation; [and] (5) Granting Preliminary Approval of Class Action Settlement, dated August 20, 2025 (ECF No. 112) (the "Preliminary Approval Order"), Simpluris was appointed as the Claims Administrator in connection with the Settlement of the above-captioned action (the "Action"). I submit this declaration as a supplement to my earlier declaration, the Declaration of Jacob Kaminer Concerning: (A) Mailing/Emailing of Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated November 10, 2025 (ECF No. 116-2) (the "Initial Mailing Declaration").

## UPDATE ON MAILING/EMAILING OF NOTICE

3. As reported in the Initial Mailing Declaration, as November 3, 2025, notice of the Settlement had been disseminated to 38,915 potential Settlement Class Members and nominees. This consisted of the mailing of 23,130 Postcard Notices and Notice Packets, and the emailing of 15,785 links to the Notice Packet.[2]

4. Since the execution of the Initial Mailing Declaration, Simpluris has received: (a) 15 additional names and addresses of a potential Settlement Class Member from nominees requesting that a

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement, dated July 9, 2025 (ECF No. 106-3) (the "Stipulation").

[2] The Notice Packet is comprised of: (1) the Notice of (I) Pendency of Class Action, Certification of Settlement Class, and Proposed Settlement; (II) Settlement Fairness Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice"); and (2) the Proof of Claim and Release Form.

2

DECLARATION OF JACOB KAMENIR

Postcard Notice be mailed by Simpluris; (b) zero additional email addresses to email a link to the Notice Packet; and (c) zero additional confirmation from nominees of the mailing/emailing of notice. To date, a total of 38,930 potential Settlement Class Members and nominees were either mailed a Postcard Notice or Notice Packet[3] or emailed a link to the Notice Packet.

5.    To date, the United States Postal Service returned 1,750 Postcard Notices as undeliverable without forwarding addresses. Of these, Simpluris was able to locate 1,349 new addresses through TransUnion, an information supplier to which Simpluris subscribes to perform address skip tracing to locate a potential Settlement Class Member's current address when they have moved. Simpluris promptly re-mailed the Postcard Notices to the 1,349 potential Class Members at these updated addresses. Accordingly, not including the 505 Postcard Notices that remain undeliverable despite attempts to obtain updated mailing addresses, as of the date of this Declaration, a total of 38,425 potential Settlement Class Members and nominees were mailed either a Postcard Notice or Notice Packet, or were emailed a link to the Notice Packet.

### PUBLICATION OF THE SUMMARY NOTICE

13.    As set forth in the Initial Mailing Declaration, on September 22, 2025, Simpluris caused the Summary Notice to be published once in *Investor's Business Daily* and transmitted once over the *PR Newswire* on September 22, 2025. Initial Mailing Declaration, ¶13.

### UPDATE ON TOLL-FREE PHONE LINE

14.    On September 18, 2025, Simpluris established a case-specific, toll-free telephone helpline, (833) 360-6785, with an interactive voice response system and live operators, to: (a) assist potential Settlement Class Members with questions about the Action and the Settlement; and/or (b) request a Notice and Claim Form. The automated attendant answers the calls and presents callers with a series of choices to respond to basic questions. Callers requiring further help have the option of being transferred to a live operator during business hours.

---

[3] Since the Initial Mailing Declaration, Simpluris received an additional five requests from potential Settlement Class Members to mail them a Notice Packet. Simpluris immediately mailed them a Notice Packet.

3

DECLARATION OF JACOB KAMENIR

15.     As of December 2, 2025, Simpluris has received a total of 58 calls to the toll-free number dedicated to the Settlement, including 45 that were handled by a live operator.  Simpluris has promptly responded to each telephone inquiry and will continue to address potential Settlement Class Members' inquiries.

**UPDATE ON SETTLEMENT WEBSITE**

16.     On September 18, 2025, Simpluris established the case-specific settlement website, www.RyvylSecuritiesSettlement.com (the "Settlement Website").  The Settlement Website is accessible 24 hours a day, 7 days a week, allows for online claim filing, and provides instructions and a claims filing template for institutional investors.  The Settlement Website contains, among other things, a home page, and an important documents page with downloadable versions of the Notice, Claim Form, Preliminary Approval Order, Complaint, Plan of Allocation, and Stipulation.  Simpluris also prominently posted to the Settlement Website the deadlines for claims, exclusions, and objections, and for the Settlement Hearing, contained in the Preliminary Approval Order.

17.     At the request of Lead Counsel, shortly after their filing with the Court on November 13, 2025, Simpluris posted downloadable copies of the following documents on the Settlement Website: (a) Lead Plaintiff's Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, including the memorandum in support thereof (ECF Nos. 114, 114-1); (b) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, including the memorandum in support thereof (ECF Nos. 115, 115-1); and (c) Declaration of Ex Kano S. Sams II in Support of: (I) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation; and (II) Lead Counsel's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (ECF No. 116), including the exhibits thereto (ECF Nos. 116-1 to 116-10).

18.     To date, the Settlement Website has received 7,200 pageviews from 2,400 unique users.

19.     The Settlement Website will continue to be updated with relevant case information and Court Documents.

4

DECLARATION OF JACOB KAMENIR

**UPDATE TO REPORT ON EXCLUSIONS AND OBJECTIONS**

18.     The Postcard Notice, Notice, Summary Notice, and Settlement Website informed potential Settlement Class Members of the November 28, 2025, deadline for requesting exclusion.  The Notice and Settlement Website provided further instructions on requesting exclusion, including that written requests for exclusion are to be mailed to Simpluris such that they are postmarked no later than November 28, 2025.  Simpluris has monitored all mail delivered for this case.  To date, Simpluris has not received any exclusion requests.

19.     According to the Notice, Settlement Class Members seeking to object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, must file their written objection with the Clerk of the Court on or before November 28, 2025, and must serve the papers on Lead Counsel and Defendants' Counsel so that that the papers are received by, or postmarked no later than, November 28, 2025.  As of the date of this declaration, Simpluris has not been notified of any objections or received any misdirected objections.

**REPORT ON CLAIMS RECEIVED TO DATE**

20.     10.     The Postcard Notice, Notice, Summary Notice and Settlement Website informed potential Settlement Class Members that, if they wished to participate in the Settlement, they must submit a Claim Form and supporting documentation to Simpluris, either online or postmarked, by December 27, 2025.

21.     Consistent with Simpluris' experience in other cases, as well as my own, the vast majority of claims in this Action will be filed at or near the claims filing deadline.  However, as of the date of this Declaration, Simpluris has received approximately 104 Claims, of which we have preliminarily determined 16 are valid Claims, 0 are invalid, and 0 are deficient Claims that Claimants will have the opportunity to cure.  Preliminary determinations have not yet been made with respect to the remaining 88 Claims.  Based on our experience, in settlements of federal securities class actions, the claims response rate varies greatly depending on a variety of factors and can range from less than 5% to more than 20% of the total Postcard Notices/Notices mailed/emailed.

5

DECLARATION OF JACOB KAMENIR

22.    The Claims received, both before and after the claim filing deadline, will be subject to comprehensive review under Simpluris' standard claims-processing procedures, which will identify any deficiencies in the Claims received.  Simpluris will then communicate with Claimants that have deficient, but correctable, Claims to bring those Claims into compliance.  Thus, Simpluris is unable to report on the number of valid Claims submitted at this time.

23.    Once claim processing is complete, Simpluris' recommendations regarding the acceptance and rejection of Claims will be presented to the Court in conjunction with Lead Counsel's Motion for Class Distribution Order.  *See* Stipulation, ¶33.  In our experience, approximately 30% to 50% of the Claims received in a federal securities class action will be valid.

## SIMPLURIS' NOTICE AND ADMINISTRATION COSTS

24.    Pursuant to the Preliminary Approval Order, Simpluris has not been paid for its work on, or reimbursed for the out-of-pocket expenses incurred in conjunction with, the notice and administration of this class action settlement. *See* Preliminary Approval Order, p. 24 ("The Court will determine the reasonableness of such costs at the final approval hearing.").  Rather than seek payment on a piecemeal basis, Simpluris will request Notice and Administration Costs, in a total amount not to exceed $99,000 (excluding nominee payments (*see* Preliminary Approval Order, ¶7)), in conjunction with Lead Plaintiff's Motion for Distribution of Net Settlement Funds.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 2nd day of December 2025, in Albert Lea, Minnesota.

_____
Jacob Kamenir

6
DECLARATION OF JACOB KAMENIR